| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie A Cohen (SBN 93698)<br>leslie@lesliecohenlaw.com<br>Jaime Williams (SBN 261148)<br>jaime@lesliecohenlaw.com<br>LESLIE COHEN LAW PC<br>506 Santa Monica Blvd. Suite 200<br>Santa Monica, CA 90401<br>T: 310.394.5900<br>F: 310.394.9280<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>TODD-SOUNDELUX, LLC<br><br><br><br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:14-bk-19980-SK<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>MOTION BY DEBTOR IN POSSESSION (1) TO APPROVE ASSET PURCHASE AGREEMENT, (2) FOR AUTHORITY TO SELL ESTATE'S INTEREST IN PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (3) DETERMINING THE BUYER TO BE A "GOOD FAITH" PURCHASER WITHIN THE MEANING OF BANKRUPTCY CODE SECTION 363(M) |

PLEASE TAKE NOTE that the order titled [ORDER GRANTING MOTION BY DEBTOR IN POSSESSION (1) TO APPROVE ASSET PURCHASE AGREEMENT, (2) FOR AUTHORITY TO SELL ESTATE'S INTEREST IN PERSONAL PROPERTY /

was lodged on (*date*)  8/4/14  and is attached. This order relates to the motion which is docket number 175.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 1     **F 9021-1.2.BK.NOTICE.LODGMENT**

Leslie A. Cohen, Esq. (SBN: 93698)
    leslie@lesliecohenlaw.com
J'aime K. Williams, Esq. (SBN 261148)
    jaime@lesliecohenlaw.com
Brian A. Link, Esq. (SBN 275683)
    brian@lesliecohenlaw.com
LESLIE COHEN LAW, PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401
Telephone: (310) 394-5900
Facsimile: (310) 394-9280

Attorneys for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| *In re*<br>TODD-SOUNDELUX, LLC<br><br>    Debtor and<br>    Debtor in Possession | Case No. 2:14-bk-19980-SK<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION BY DEBTOR IN POSSESSION (1) TO APPROVE ASSET PURCHASE AGREEMENT, (2) FOR AUTHORITY TO SELL ESTATE'S INTEREST IN PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (3) DETERMINING THE BUYER TO BE A "GOOD FAITH" PURCHASER WITHIN THE MEANING OF BANKRUPTCY CODE SECTION 363(M) [Docket No. 175]**<br><br>**Hearing Information:**<br>**Date: July 31, 2014**<br>**Time: 8:30 a.m.**<br>**Courtroom: 1575**<br>    **U.S. Bankruptcy Court**<br>    **255 E. Temple St.**<br>    **Los Angeles, CA 90012** |

The *Motion By Debtor In Possession (1) To Approve Asset Purchase Agreement, (2) For Authority To Sell Estate's Interest In Personal Property Free and Clear of Liens, Claims, Encumbrances and Interests, (3) Determining The Buyer To Be A "Good Faith" Purchaser Within The Meaning Of Bankruptcy Code Section*

*363(m)* [Docket No. 175] ("**Motion**") filed by Todd-Soundelux, LLC, the above-captioned debtor-in-possession ("**Debtor**") having come on for hearing on shortened notice on July 31, 2014; and upon consideration of the Motion, all other pleadings in support thereof, the arguments of counsel made at the hearing on the Motion, and the entire records of the above-captioned bankruptcy case ("**Bankruptcy Case**"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, its creditors and other parties-in-interest; after due deliberation and good and sufficient cause appearing therefor; it is hereby

**FOUND AND DETERMINED THAT:**

A. Except as otherwise specified in this Order, all capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

B. The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

C. Notice of the Motion and of the hearing thereon has been provided, and was reasonable and adequate under the circumstances.

D. The Debtor has demonstrated sound business justifications for the relief requested and the actions contemplated in the Motion pursuant to section 363 of the Bankruptcy Code. The relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors and other parties-in-interest.

E. The terms and conditions of the APA were negotiated, proposed and agreed to by the Debtor and the Buyer at arm's length without collusion and in good faith, with the participation of the Committee and PNC Bank.

F. The Buyer is a good faith purchaser under section 363(m) of the Bankruptcy Code and, as such, is entitled to all of the protections thereof.

G. The transfer of the Purchased Assets (as defined in the APA) to the Buyer pursuant to the APA will, upon the Closing (as defined in the APA), be a legal, valid and effective transfer of, and vest in the Buyer, free and clear of all liens, claims, encumbrances and other interests, all right, title and interest of the

Debtor in the Purchased Assets (as defined in the APA) pursuant to sections 363(f) and 105(a) of the Bankruptcy Code. PNC Bank has consented to such transfer pursuant to section 363(f)(2) and Section 2.1(e) of the APA.

H. The Committee and PNC Bank have consented to the proposed sale pursuant to Section 3.3(a) of the APA.

**ORDERED THAT:**

1. The Motion is granted in its entirety.

2. The APA attached as Exhibit A to the Motion is approved in all respects.

3. Pursuant to the APA and sections 363(f) and 105(a) of the Bankruptcy Code, all of the Debtor's right, title and interest in the Purchased Assets (as defined in the APA) shall pass to, and vest in, the Buyer upon the Closing (as defined in the APA) free and clear of all liens, claims, encumbrances and interests.

4. The proceeds of sale shall be distributed as follows: (i) $133,109.00 representing the unpaid principal balance due the Debtor's secured lender, PNC, per the terms of the cash collateral order on file; (ii) the balance of $181,891.00, along with the $35,000.00 Deposit previously paid by the Buyer to the Debtor pursuant to the APA, shall be deposited in the Debtor's DIP account.

5. The Buyer is granted and is entitled to all of the protections provided to a good faith purchaser under section 363(m) of the Bankruptcy Code.

6. The Debtor and the Buyer, and any other person or entity having duties or responsibilities under the APA or this Order, are hereby authorized and directed to take all steps reasonably required and/or contemplated to complete the proposed sale pursuant to the terms of the APA and this Order.

7. Notwithstanding the provisions of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, this Order shall not be stayed, and this Order shall be effective immediately upon entry. The provisions of Rule 6004(h), to the extent applicable, are hereby waived, and the parties may consummate the proposed sale under the APA immediately upon entry of this Order.

///

8. The terms and conditions of the APA may be waived, modified, amended or supplemented by written agreement of the Debtor, the Buyer, the Committee and PNC Bank without further action of the Court; provided, however, that any such waiver, modification, amendment or supplement is not material and substantially conforms to and effectuates the APA.

###

APPROVED AS TO FORM AND CONTENT BY:

ARENT FOX LLP

By: Mette H. Kurth
Proposed Counsel for the Official Committee of Unsecured Creditors

and

SIDLEY AUSTIN, L.L.P

LEVY, SMALL & LALLAS

By: Anna M. Gumport
Counsel for Formosa Group, LLC

By: Leo D. Plotkin
Counsel for PNC Bank

8. The terms and conditions of the APA may be waived, modified, amended or supplemented by written agreement of the Debtor, the Buyer, the Committee and PNC Bank without further action of the Court; provided, however, that any such waiver, modification, amendment or supplement is not material and substantially conforms to and effectuates the APA.

###

APPROVED AS TO FORM AND CONTENT BY:

ARENT FOX LLP

_____
By: Mette H. Kurth
Proposed Counsel for the Official
Committee of Unsecured Creditors

and

SIDLEY AUSTIN, L.L.P

LEVY, SMALL & LALLAS

_____
By: Anna M. Gumport
Counsel for Formosa Group, LLC

_____
By: Leo D. Plotkin
Counsel for PNC Bank

8. The terms and conditions of the APA may be waived, modified, amended or supplemented by written agreement of the Debtor, the Buyer, the Committee and PNC Bank without further action of the Court; provided, however, that any such waiver, modification, amendment or supplement is not material and substantially conforms to and effectuates the APA.

###

APPROVED AS TO FORM AND CONTENT BY:

ARENT FOX LLP

By: Mette H. Kurth
Proposed Counsel for the Official
Committee of Unsecured Creditors

and

SIDLEY AUSTIN, L.L.P

LEVY, SMALL & LALLAS

By: Anna M. Gumport
Counsel for Formosa Group, LLC

By: Leo D. Plotkin
Counsel for PNC Bank

4
ORDER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/4/14, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David E Ahdoot    dahdoot@bushgottlieb.com, jpalmer@bushgottlieb.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Barry R Gore    bgore@goreassociates.com, nnarag@goreassociates.com
- Mette H Kurth    kurth.mette@arentfox.com, nancy.peters@arentfox.com;martha.mota@arentfox.com
- Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;cdonoyan@landsberg-law.com;dzuniga@landsberg-law.com
- Dare Law    dare.law@usdoj.gov
- Robert K Lee    uclalaw90@gmail.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Leo D Plotkin    lplotkin@lsl-la.com, hpetrilli@lsl-la.com;dsmall@lsl-la.com
- Lindsey L Smith    lls@lnbyb.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Gilbert B Weisman    notices@becket-lee.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 8/4/14, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Sandra Klein, U.S. Bankruptcy Court, 255 E. Temple St., Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/4/14 | Brian Link | /s/ Brian Link |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 9021-1.2.BK.NOTICE.LODGMENT**