Leslie A. Cohen, Esq. (SBN: 93698)
    leslie@lesliecohenlaw.com
J'aime K. Williams Esq. (SBN 261148)
    jaime@lesliecohenlaw.com
Brian A. Link, Esq. (SBN 275683)
    brian@lesliecohenlaw.com
LESLIE COHEN LAW, PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401
Telephone:  (310) 394-5900
Facsimile:  (310) 394-9280

Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

*In re*

TODD-SOUNDELUX, LLC

            Debtor and
            Debtor in Possession

Case No. 2:14-bk-19980-SK

Chapter 11

**DISCLOSURE STATEMENT AND CHAPTER 11 PLAN**

Disclosure Statement Hearing:
Date:     [TO BE SET BY COURT]
Time:
Courtroom: 1575

**DISCLOSURE STATEMENT AND PLAN FOR:**

**TODD-SOUNDELUX, LLC**

**2:14-bk-19980-SK**

TABLE OF CONTENTS

I.    INTRODUCTION........................................................... 3

II.   GENERAL DISCLAIMER AND VOTING PROCEDURE................... 4

III.  WHO MAY OBJECT TO CONFIRMATION OF THE PLAN.............. 5

IV.   WHO MAY VOTE TO ACCEPT OR REJECT THE PLAN................ 5

V.    VOTES NECESSARY TO CONFIRM THE PLAN....................... 8

VI.   INFORMATION REGARDING VOTING IN THIS CASE................ 8

VII.  DESCRIPTION OF DEBTOR'S PAST AND FUTURE BUSINESS AND EVENTS
      PRECIPITATING BANKRUPTCY FILING........................... 9

VIII. CRITICAL PLAN PROVISIONS.................................. 11

IX.   DESCRIPTION AND TREATMENT OF CLAIMS...................... 12

X.    SOURCE OF MONEY TO PAY CLAIMS AND INTEREST-HOLDERS....... 21

XI.   FINANCIAL RECORDS TO ASSIST IN DETERMINING WHETHER PROPOSED
      PAYMENT IS FEASIBLE....................................... 22

XII.  ASSETS AND LIABILITIES OF THE ESTATE..................... 23

XIII. TREATMENT OF NONCONSENTING CLASSES....................... 24

XIV.  TREATMENT OF NONCONSENTING MEMBERS OF CONSENTING CLASS
      (CHAPTER 7 LIQUIDATION ANALYSIS).......................... 25

XV.   FUTURE DEBTOR............................................. 28

XVI.  SALE OR TRANSFER OF PROPERTY; ASSUMPTION OF CONTRACTS AND
      LEASES; OTHER PROVISIONS.................................. 30

XVII. BANKRUPTCY PROCEEDINGS.................................... 31

XVIII.TAX CONSEQUENCES OF PLAN.................................. 35

XIX.  EFFECT OF CONFIRMATION OF PLAN........................... 41

XX.   DECLARATION IN SUPPORT OF DISCLOSURE STATEMENT AND PLAN.. 44

I.    **INTRODUCTION**

On May 21, 2014, Todd-Soundelux, LLC, a New York limited liability company ("Debtor") filed a bankruptcy petition under Chapter 11 of the Bankruptcy Code ("Code").  The document you are reading is <u>both</u> the Plan of Reorganization ("Plan") and the Disclosure Statement (DS). The Debtor ("Proponent") has proposed the Plan to treat the claims of the Debtor's creditors and, if applicable, the interests of shareholders or partners, and to reorganize the Debtor's business affairs.  A DS describes the assumptions that underlie the Plan and how the Plan will be executed.  The Bankruptcy Court (Court) has approved the form of this document as an adequate disclosure statement, containing enough information to enable parties affected by the Plan to make an informed judgment about the Plan.  The Court has not yet confirmed the Plan, which means the terms of the Plan are not now binding on anyone.

The Proponent has reserved **[To Be Set By Court]** at 255 E. Temple Street, Los Angeles, CA 90012 in Courtroom 1575 for a hearing to determine whether the Court will confirm the Plan.

Any interested party desiring further information should contact Debtor's counsel at: Leslie Cohen Law, PC, Attn: J'aime Williams, 506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401; Telephone: 310.394.5900x12; <u>jaime@lesliecohenlaw.com</u>.

3

## II.   GENERAL DISCLAIMER AND VOTING PROCEDURE

PLEASE READ THIS DOCUMENT, INCLUDING THE ATTACHED EXHIBITS, CAREFULLY. IT EXPLAINS WHO MAY OBJECT TO CONFIRMATION OF THE PLAN.  IT EXPLAINS WHO IS ENTITLED TO VOTE TO ACCEPT OR REJECT THE PLAN.  IT ALSO TELLS ALL CREDITORS AND ANY SHAREHOLDERS OR PARTNERS WHAT TREATMENT THEY CAN EXPECT TO RECEIVE UNDER THE PLAN, SHOULD THE PLAN BE CONFIRMED BY THE COURT.

THE SOURCES OF FINANCIAL DATA RELIED UPON IN FORMULATING THIS DOCUMENT ARE SET FORTH IN THE DECLARATION IN SECTION XX BELOW.  ALL REPRESENTATIONS ARE TRUE TO THE PROPONENT'S BEST KNOWLEDGE.

NO REPRESENTATIONS CONCERNING THE DEBTOR THAT ARE INCONSISTENT WITH ANYTHING CONTAINED HEREIN ARE AUTHORIZED EXCEPT TO THE EXTENT, IF AT ALL, THAT THE COURT ORDERS OTHERWISE.

After carefully reviewing this document and the attached exhibits, please vote on the enclosed ballot and return it in the enclosed envelope.

The Proponent has reserved a hearing date for a hearing to determine whether the Court will confirm the Plan.  Please refer to Section I above for the specific hearing date.  If, after receiving the ballots, it appears that the Proponent has the requisite number of votes required by the Code, the Proponent will file a Motion for an Order Confirming the Plan.

4

The Motion shall at least be served on all impaired creditors and partners or shareholders who reject the Plan and on the Office of the United States Trustee.  Any Opposition to the Motion shall be filed and served on the Proponent no later than fourteen days prior to the hearing date.  Failure to oppose the confirmation of the Plan may be deemed consent to the Plan's confirmation.

## III. WHO MAY OBJECT TO CONFIRMATION OF THE PLAN

Any party in interest may object to confirmation of the Plan, but as explained below not everyone is entitled to vote to accept or reject the Plan.

## IV.  WHO MAY VOTE TO ACCEPT OR REJECT THE PLAN

A party can vote to accept or reject the Plan only if the party has an allowed and impaired claim or interest.  A claim is defined by the Code to include a right to payment from the Debtor.  An interest represents an ownership stake in the Debtor.

In order to vote a creditor or interest-holder must first have an allowed claim or interest. With the exceptions explained below, a claim is allowed if proof of the claim or interest is properly filed before any bar date and no party in interest has objected, or if the Court has entered an order allowing the claim or interest.  Please refer to Section VI below for specific information regarding bar dates in this case.

Under certain circumstances a creditor may have an allowed

5

claim even if a proof of claim was not filed and the bar date for filing a proof of claim has passed.  A claim is deemed allowed if the claim is listed on the Debtor's schedules and is not scheduled as disputed, contingent, or unliquidated.  **Exhibit "A"** contains a list of claims that are not scheduled as disputed, contingent, or unliquidated.

Similarly, an interest is deemed allowed if it is shown on the list of equity security holders filed by the Debtor with the Court and is not scheduled as disputed.

In order to vote, an allowed claim or interest must also be impaired by the Plan. <u>Impaired creditors</u> include those whose legal, equitable, and contractual rights are altered by the Plan, even if the alteration is beneficial to the creditor.  A contract provision that entitles a creditor to accelerated payment upon default does not, however, necessarily render the claimant impaired, even if the Debtor defaulted and the Plan does not provide the creditor with accelerated payment.  The creditor is deemed unimpaired so long as the Plan cures the default, reinstates the maturity of such claim as it existed before default, compensates for any damages incurred as a result of reasonable reliance upon the acceleration clause, and (except for a default arising from failure to operate a nonresidential lease subject to 11 U.S.C.A. § 365 (b)(1)(A) (West Supp. 2006)) compensates for any actual pecuniary loss incurred as a result of

6

any failure to perform a non-monetary obligation.

Impaired interest-holders include those whose legal,
equitable, and contractual rights are altered by the Plan, even
if the alteration is beneficial to the interest holder.

There are also some types of claims that the Code requires
be treated a certain way.  For that reason they are considered
unimpaired and therefore holders of these claims cannot vote.

To summarize, there are two prerequisites to voting: a claim
or interest must be both allowed and impaired under the Plan.

If a creditor or interest-holder has an allowed and impaired
claim or interest, then he or she may vote either to accept or
reject the Plan (unimpaired claimants or interest-holders are
deemed to have accepted the Plan).  Impaired claims or interests
are placed in classes and it is the class that must accept the
Plan.  Members of unimpaired classes do not vote, although as
stated above, they may object to confirmation of the Plan.  Even
if all classes do not vote in favor of the Plan, the Plan may
nonetheless be confirmed if the dissenting classes are treated in
a manner prescribed by the Code.  Please refer to Section VI
below for information regarding impaired and unimpaired classes
in this case.

Section IX sets forth which claims are in which class.
Secured claims are placed in separate classes from unsecured
claims.  Fed. R. Bankr. P. 3018(d) provides: "A creditor whose

claim has been allowed in part as a secured claim and in part as an unsecured claim shall be entitled to accept or reject a plan in both capacities."

## V. VOTES NECESSARY TO CONFIRM THE PLAN

The Court may confirm the Plan if at least one non-insider impaired class of claims has accepted the Plan and certain statutory requirements are met as to both nonconsenting members within a consenting class and as to dissenting classes.  A class of claims has accepted the Plan when more than one-half in number and at least two-thirds in amount of the allowed claims actually voting, vote in favor of the Plan.  A class of interests has accepted the Plan when at least two-thirds in amount of the allowed interests of such class actually voting have accepted it.  It is important to remember that even if the requisite number of votes to confirm the Plan are obtained, the Plan will not bind the parties unless and until the Court makes an independent determination that confirmation is appropriate.  That is the subject of any upcoming confirmation hearing.

## VI. INFORMATION REGARDING VOTING IN THIS CASE

The bar date for filing a proof of claim in this case was September 1, 2014.

The bar date for objecting to claims is November 3, 2014.

In this case the Proponent believes that class(es) 2-4 [priority unsecured claims, general unsecured claims, and equity

8

holders] is/are impaired and therefore entitled to vote.  Class 3

is entitled to vote.  Classes 1-2 are unimpaired and therefore do

not vote [secured claimant has already been satisfied and

equipment lease claimants [Class 2] are being paid in full upon

the Effective Date.[1]  A party that disputes the Proponent's

characterization of its claim or interest as unimpaired may

request a finding of impairment from the Court in order to obtain

the right to vote.

Ballots must be received by the Proponent, addressed to

Leslie Cohen Law PC, Attn: J'aime Williams, 506 Santa Monica

Blvd., Suite 200, Santa Monica, CA 90401 by **[To Be Set By Court]**.

**VII. DESCRIPTION OF DEBTOR'S PAST AND FUTURE BUSINESS AND EVENTS**

**PRECIPITATING BANKRUPTCY FILING**

The Debtor is a New York limited liability company.  Debtor

is not a small business debtor, as defined in 11 U.S.C.A. §

101(51D).

Debtor conducted its business activity in Southern

California, in or near the greater-Los Angeles area.  What

follows is a brief summary of the dates and circumstances that

led Debtor to file bankruptcy.

The Debtor was an independent creative post production sound

company which provided services for film and television.   The

Debtor is 100% owned by Empire Investment Holdings LLC.

---

1 See page 13 for a discussion of the Effective Date.

9

The Debtor leased multiple premises in Southern California at the following locations:

(A)  7080 Hollywood Blvd., Hollywood, CA 90028 ("Hollywood Property");

(B)  2901 West Alameda Ave., Burbank, CA 91505 ("Burbank Property");

(C)  625 Arizona Avenue, Santa Monica, CA 90401 ("625 Arizona");

(D)  900 Seward Street, Hollywood, CA 9003 ("900 Seward"); and

(E)  3000 Olympic Boulevard, Santa Monica, CA 90404 (the "Lantana Property" and together with the Hollywood Property, Burbank Property, 625 Arizona and 900 Seward, the "Properties").

The Debtor moved to reject these leases on or about July 1, 2014 (the "Lease Rejection Motion") [Docket No. 105], which on August 4, 2014 the Court granted with retroactive effect [Docket No. 218].

The Debtor's financial difficulties were caused by a significant decline in revenues, primarily in the feature film segment, which has impacted the independent post production sound industry in the Los Angeles area.

The Debtor commenced the chapter 11 case in good faith, with the intention to liquidate through the sale of its business

10

segments.  Currently the Debtor has ceased its business
operations and is preparing for the sale of its equipment and
other tangible personal property.

What follows is a brief description of the Debtor's business
and future plans.  Further details relating to the Debtor's
financial condition and post-confirmation operation of the Debtor
are found in sections X, XI, XII, XVI, and XV.

The Debtor currently has current assets consisting primarily
of receivables, equipment, sound library and cash on hand.  The
Debtor currently has liabilities of trade debt, advances from
Empire Investment Holdings, LLC, and anticipated lease rejection
damages.  Secured creditor PNC Bank ("PNC") [Claim 1] has been
paid in full.

**VIII.CRITICAL PLAN PROVISIONS**

Listed below are the sources of money earmarked to pay
creditors and interest-holders.

a. Collections of accounts receivable;

b. Sale of Equipment;

c. Sale of sound libraries (Soundelux & Hollywood Edge);

d. Any potential post-petition causes of action, if any,
including for preferential or fraudulent conveyances and recovery
of security deposits;

e. Cash on hand.

Most likely, priority unsecured creditors can expect payment

11

on:

    a.    On the Effective Date,

    b.    in the amount of $1,515,170.00.

**IX.  DESCRIPTION AND TREATMENT OF CLAIMS**

    a.   <u>Overview of Plan Payments</u>

Below is a summary of who gets paid what, when and from what source.  The identity of members within a particular class is explained beginning on the next page.  The second column lists two amounts.  First, the amount of each payment, or if only one is to be made, then that amount; second, the total amount that will be paid.  <u>The Proponent is usually not required by law to pay an unsecured creditor or interest holder everything it would otherwise be entitled to, had a bankruptcy case not commenced.</u> The "Payment Due Date" column states the frequency with which payments will be made and the starting and ending dates.  Look at the starting date to figure out who will be paid before and after you and in what amount.  The "Source of Payment" column describes the expected source of payment.  Further details regarding the source of payment are found in sections X and XI.

The timing of payments to many creditors is determined by the "Effective Date."  Administrative claims, unless otherwise stated, must be paid by the Effective Date.  The timing of payments to impaired creditors is measured from the Effective Date.  In this case, the Effective Date shall be determined after

Court approval of the Disclosure Statement, and is estimated to

occur January 15, 2015.

| Payment Recipient | Amount of each Payment<br><br>(Total amount to be paid) | Payment Due Date | Source of Payment |
|---|---|---|---|
| 1. Administrative Expense Fees, including:<br>a. Leslie Cohen Law, P.C.;<br>b. Musick, Peeler, & Garrett, LLP<br>c. Arent Fox<br>d. Deloitte<br>e. Unpaid Administrative Rent<br>f. United States Trustee fees<br>g. Court fees<br>h. Cigna Medical<br>i. Life Insurance Company of N.A. | $549,676.51 - $847,676.51 (est.) | Paid in Full on Effective Date; estimated 1/15/15 | Cash in DIP Account; sale proceeds; collections of A/R |
| 2. Unsecured Priority Tax Claims Franchise Tax Board (FTB) | $ 3,329.62 (lump sum) | Paid in Full on Effective Date; estimated 1/15/15 | Cash in DIP Account; sale proceeds, collection of A/R |
| 3. Class "1" –  PNC Bank (secured) | $0 (satisfied) | N/A [paid in full] | N/A [paid in full] |
| 4. Class "2" – Priority Unsecured Claims (Employees) | Payment = $1,515,170lump sum)<br>Total = $1,813,614.23 claims<br>[subject to objection] | Lump sum following sale of assets, est. 1/15/15 | Cash in DIP Account; sale proceeds, collection of A/R |
| 5. Class "3" – Allowed General Unsecured Claims | $0 payment<br>(Total claims = $18,685,021.85)<br>[subject to objection, should funds be available to disburse to unsecured creditors] | N/A | N/A |
| 6. Class "4" – Shareholder Interests | N/A – shares to be extinguished by law upon entry of the Order confirming the Plan, and Debtor is  authorized to take any and all actions , including the filing of all documentation, necessary to dissolve the Debtor under the New York Law | N/A | N/A |

13

Below is a detailed description and treatment of administrative
expenses, claims and interests

   b.   Administrative Expenses

        1.   These include the "actual, necessary costs and
             expenses of preserving the estate" as determined
             by the Court after notice to creditors of a
             request for payment and after a hearing thereon.

        2.   The Code requires that allowed administrative
             expenses be paid on the Effective Date unless the
             party holding the administrative expense agrees
             otherwise.  The claimant has not agreed otherwise.

        Administrative Expense #1.

        Claimant:  Clerk's Office Fees

        $ 0 (estimated)

        Administrative Expense # 2.

        Claimant:  Office of the U.S. Trustee Fees

        $29,250(estimated; this amount includes pre- and post-
        confirmation quarterly UST fees per the projections
        attached as Exhibit "C")

        Administrative Expense # 3.

        Claimant:  Leslie Cohen Law P.C. (counsel for Debtor)

        $ 100,000-$230,000 (est.) (this amount includes pre-
        and post-confirmation fees per the projections attached

                                  14

as Exhibit "C"), subject to court approval

Administrative Expense # 4.

Claimant:  Musick, Peeler & Garrett LLP (labor counsel

for Debtor)

$20,000 (est.)($30,000 less $10,000 retainer already

paid), subject to court approval

Administrative Expense # 5.

Claimant:  Arent Fox (counsel for Committee)

$ 150,000-$333,000 (est.) (this amount includes pre-

and post-confirmation fees per the projections attached

as Exhibit "C"), subject to court approval

Administrative Expense # 6.

Claimant:  Deloitte Transactions and Business

Analytics, LLP (financial analysts for Committee)

$ 15,000-$30,000 (est.), subject to court approval

Administrative Expense # 7.

Claimant:  Unpaid Administrative Rent

$ 210,560.63

Administrative Expense # 8.

Claimant:  Cigna Medical (Cigna Health and Life

Insurance Company)

$ 24,277.62

Administrative Expense # 9.

Claimant:  Life Insurance Company of North America

$ 588.26

TOTAL $ 549,676.51 – $847,676.51 (estimated)

c.    <u>Unsecured Priority Tax Claims</u>

1.    These include certain types of property, sales, and income taxes.

2.    The Code requires that the holders of such claims receive regular installment payments in cash over a period ending not later than five years after the date of the order for relief, unless agreed otherwise.  The claimant has not agreed otherwise. The total cash payments must have a present value equal to the amount of the allowed claim.  The treatment of this claim is in a manner not less favorable than the most favored nonpriority unsecured claim provided in this Plan (other than any cash payments to an administratively convenient class). The amount of the allowed claim includes the amount of tax owed plus interest of (see below) %.  The present value is calculated as of the Effective Date.

Priority <u>Tax Claim # 1.</u>

Claimant: Franchise Tax Board

Date(s) of order for relief: May 21, 2014

16

Total amount of allowed claim as of Effective Date:
$ 3,329.62

Total amount of cash payments (over time) to satisfy
the claim: $3,329.62

Interest rate (to compensate creditor because claim is
paid over time): n/a

First payment date: Effective Date (est. Jan. 15, 2015)

Amount of each installment: $3,329.62

Frequency of payments: One-time

Total yearly payments: N/A

Final Payment date: Effective Date

Priority Tax Claim # 2.

Claimant: Internal Revenue Service

Date(s) of order for relief: May 21, 2014

Total amount of allowed claim as of 6/16/14:

$ 0.00 (IRS filed Claim No. 9-1 in the amount of
$2,275.58, but is amending its claim to $0)

Total amount of cash payments (over time) to satisfy
the claim: N/A

Interest rate (to compensate creditor because claim is
paid over time): N/A

First payment date: N/A

Amount of each installment: N/A

Frequency of payments: N/A

17

Total yearly payments: N/A

Final Payment date: N/A

TOTAL UNSECURED TAX CLAIM(S) $3,329.62 plus any

applicable interest ordered by the Court.

d.    CLASS ONE

Secured Claim of PNC Bank   (credit facility was

extended to the Debtor pursuant to the terms of that certain

Revolving Credit and Security Agreement dated as of March 8, 2013

(as amended and modified from time to time).

Total amount of allowed claim: $0.00 (Claimant has been

paid in full during the chapter 11 case).

Total amount of payments (over time) to satisfy the

secured claim: N/A (Claimant has been paid in full)

Interest rate (to compensate creditor because claim

is paid over time): N/A

Unimpaired

First payment date: N/A

Amount of each installment: N/A

Frequency of payments: N/A

Total yearly payments: N/A

Final payment date: N/A

Lien is not modified in any way by the Plan.

Description of Collateral: Debtors' personal property,

including accounts receivable – claimant has been

18

satisfied, and provided permission for use of cash

collateral during case

Additional comments: Claimant's claim was paid in full

in course of bankruptcy case, post-petition, from

Court-approved sale of assets.

e.    CLASS TWO

Priority Unsecured Claims

See **Exhibit "B"** for list of claimants and

amount owed each.

Total amount of allowed claims: $1,813,614.23 (*this

amount includes the Motion Picture Editors Guild I.A.T.S.E. Local

700s Claim No. 87 for $946,197.90 which is disputed and will be

subject to claim objection. Debtor reserves all rights.)

Total amount of payments (over time) to satisfy claims:

$1,515,170.00

Interest rate: 0%

Impaired

First payment date: Effective Date

Amount of each installment: $1,515,170.00

Frequency of payments: Lump sum

Total yearly payments: N/A

Final payment date: N/A (one time payment)

Additional comments:

TOTAL PRIORITY UNSECURED CLAIMS $ 1,813,614.23 (*this

amount includes the Motion Picture Editors Guild
I.A.T.S.E. Local 700s Claim No. 87 for $946,197.90
which is disputed and will be subject to claim
objection. Debtor reserves all rights.)

f.    CLASS THREE

General Unsecured Claims

See **Exhibit "B"** for list of claimants and
amount owed each.

Total amount of allowed claims: $18,685,021.85 (*this
amount includes the Motion Picture Editors Guild I.A.T.S.E. Local
700s Claim No. 87 for $3,332,014.05, as well as filed duplicate
claims, which are disputed and will be subject to claim
objections, should there be funds available to pay general
unsecured claims.  Debtor reserves all rights.)

Total amount of payments (over time) to satisfy claims:
$0

Interest rate: 0%

Impaired

First payment date: N/A

Amount of each installment: $0

Frequency of payments: N/A

Total yearly payments: N/A

Final payment date: N/A (one time payment)

Additional comments:

TOTAL GENERAL UNSECURED CLAIMS $ 18,685,021.85 (*this amount includes the Motion Picture Editors Guild I.A.T.S.E. Local 700s Claim No. 87 for $3,332,014.05, as well as filed duplicate claims, which are disputed and will be subject to claim objections. Debtor reserves all rights.)

g.    CLASS FOUR

LLC Interests

1.    Under the Plan, all shares/LLC interests will be cancelled, and Debtor is authorized to take any and all actions, including the filing of all documentation, necessary to dissolve the Debtor under New York Law.

**X.    SOURCE OF MONEY TO PAY CLAIMS AND INTEREST-HOLDERS**

The Plan cannot be confirmed unless the Court finds that it is "feasible," which means that the Proponent has timely submitted evidence establishing that the Debtor will have sufficient funds available to satisfy all expenses, including the scheduled creditor payments discussed above.  What follows is a statement of projected cash flow for the duration of the Plan. The focus is on projected cash receipts and cash disbursements. All non-cash items such as depreciation, amortization, gains and losses are omitted.  A positive number reflects a source of cash; a (negative number) reflects a use of cash.  A more detailed statement of cash flow projections for the duration of Plan

21

payments is attached as **Exhibit "C"**.

| | Years of Plan Payments | |
|---|---|---|
| | year#1 | year#2 |
| | 2014 | 2015 |
| Net cash flow | | |
| From operating activities: | | |
| Collections from Sale Proceeds | $2,260,000 | (N/A) |
| Cash on hand | $ 819,000 | |
| Taxes, Insurance and Admin | (1,557,724.42) | (N/A) |
| **Total** | $1.51 mil. | N/A |
| Yearly plan payments: | ($1. 51 mil.) | (N/A) |
| **Net cash available to Debtor** | | |
| **after all plan payments made:** | N/A | (N/A) |

Source of funds includes: money on hand; collection of accounts receivable; sale of equipment; sale of sound library/ies; and recovery of preferential and/or fraudulent conveyances, if any.

Additional years not required for cash statement: Plan is a liquidating plan.

Section XV(c) states the assumptions and details surrounding the statement of projected cash flow.

On the Effective Date, the Plan pays up to $847,676.51 in administrative costs.

XI.  **FINANCIAL RECORDS TO ASSIST IN DETERMINING WHETHER PROPOSED PAYMENT IS FEASIBLE**

Attached as **Exhibit "D"** are three types of financial

22

documents, including balance sheets, cash flow statements and income and expense statements for the period including the most recent twelve-month calendar year.

## XII. ASSETS AND LIABILITIES OF THE ESTATE

   a.   Assets

   The identity and fair market value of the estate's assets are listed in **Exhibit "E"** so that the reader can assess what assets are at least theoretically available to satisfy claims and to evaluate the overall worth of the bankruptcy estate.  Whether the Plan proposes to sell any of these assets is discussed in section XVI.

   Total assets are estimated at $3,074,392.

   b.   Liabilities

   **Exhibit "B"** shows the allowed claims against the estate, claims whose treatment is explained in detail by section IX.

   Liabilities of the estate include up to $847,676.51 in administrative costs (estimated), $3,329.62 in priority tax claims, priority unsecured claims of $1,813,614.23 (subject to the Debtor's reserved right to object to claims), and general unsecured claims of $18,685,021.85 (subject to the Debtor's reserved right to object to claims should there be funds available on hand to distribute to unsecured creditors), (equity is being extinguished), totaling $21,349,642.21.

c.   <u>Summary</u>

The fair market value of all assets equals $3,074,392 (see **Exhibit "E").** Total liabilities equal $21,349,642.21.

## XIII. TREATMENT OF NONCONSENTING CLASSES

As stated above, even if all classes do not consent to the proposed treatment of their claims under the Plan, the Plan may nonetheless be confirmed if the dissenting classes are treated in a manner prescribed by the Code.  The process by which dissenting classes are forced to abide by the terms of a plan is commonly referred to as "cramdown."  The Code allows dissenting classes to be crammed down if the Plan does not "discriminate unfairly" and is "fair and equitable."  The Code does not define discrimination, but it does provide a minimum definition of "fair and equitable."  The term can mean that <u>secured claimants</u> retain their liens and receive cash payments whose present value equals the value of their security interest.  For example, if a creditor lends the Debtor $100,000 and obtains a security interest in property that is worth only $80,000, the "fair and equitable" requirement means that the claimant is entitled to cash payments whose present value equals $80,000 and not $100,000.  The term means that <u>unsecured claimants</u> whose claims are not fully satisfied at least know that no claim or interest that is junior to theirs will receive anything under the Plan, except where the Debtor is an individual, has elected to retain property included

24

in the Estate under 11 U.S.C.A. § 1115 (West Supp. 2006) and has satisfied 11 U.S.C.A. § 1129(b)(2)(B)(ii) (West Supp. 2006). "Fair and equitable" means that each <u>holder of an interest</u> must receive the value of such interest or else no junior interest is entitled to receive anything.

Therefore, if a class of general unsecured claims votes against the Plan, the Plan ordinarily cannot be confirmed where a non-individual Debtor or a class of interest holders (e.g. shareholders or partners) will receive or retain any property under the Plan, <u>unless</u> the Plan provides that the class of general unsecured claims shall be paid in full with interest.

*If a class of interest holders' votes against the Plan, the Plan cannot be confirmed where the Debtor will receive or retain any property under the Plan, unless the Plan provides that the class of interest holders shall be paid in full with interest.*

These are complex statutory provisions and the preceding paragraphs do not purport to state or explain all of them.

**XIV. TREATMENT OF NONCONSENTING MEMBERS OF CONSENTING CLASS**

   **(CHAPTER 7 LIQUIDATION ANALYSIS)**

The Plan must provide that a nonconsenting impaired claimant or interest holder of a consenting class receive at least as much as would be available had the Debtor filed a Chapter 7 petition instead.

In a Chapter 7 case the general rule is that the Debtor's

25

assets are sold by a trustee.  Unsecured creditors generally

share in the proceeds of sale only after secured creditors and

administrative claimants are paid.  Certain unsecured creditors

get paid before other unsecured creditors do.  Unsecured

creditors with the same priority share in proportion to the

amount of their allowed claim in relationship to the total amount

of allowed claims.

In this case, creditors would recover from the assets of the

bankruptcy estate less under Chapter 7 than under Chapter 11 for

three reasons.  First, the chapter 7 liquidation value of the

Debtor's assets is less than its Chapter 11 liquidation value of

$3 million because property in a chapter 7 often sells for less

than fair market value, and less than chapter 11 liquidation

value, especially for specialized equipment, as is the case here,

and receivables, which diminish in value over time and are

typically less collectible once a company goes into chapter 7.

Second, in a chapter 7 case a trustee is appointed and is

entitled to compensation from the bankruptcy estate in an amount

no more than 25% of the first $5,000 of all moneys disbursed, 10%

on any amounts over $5,000 and up to $50,000, 5% on all amounts

over $50,000 and up to $1,000,000, and such reasonable

compensation no more than 3% of moneys over $1,000,000, in

addition to the chapter 7 trustee's professional fees, and the

chapter 11 administrative expenses which have already been

26

incurred prior to any hypothetical conversion.

In this case, with an anticipated chapter 7 distribution of $2.25 million (based on 75% value ch. 7 liquidation value of $3 million in assets), a chapter 7 trustee's fees, not including the trustee's professional fees, would amount to $90,750.  In contrast to a chapter 7, here, the Debtor's officers, who are not employees, have been working on the chapter 11 and liquidation at no cost to the estate.  In a chapter 7, the Trustee would have to engage employees such as adjusters, etc., as well as professionals, at estate expense, which would diminish the assets available to pay unsecured creditors.  A chapter 7 recovery would also be less on a present value basis because a chapter 7 liquidation would take years longer to complete and distribute monies to creditors.  The chart below summarizes the Debtor's best estimate of the comparison between chapter 7 liquidation value and the value under the Plan.  As noted in the chart, under this Plan, priority creditors will receive 83.54% on their claims, as compared to 58.3% in a chapter 7 liquidation.  In addition, as noted above, the recovery to priority unsecured creditors would take at least 1-2 years longer in chapter 7, further reducing the present value of their claims.

27

|  | Chapter 7 | Chapter 11 |
|---|---|---|
| 1. Value of Assets | $2.25 million | $3 million |
| 2. Chapter 7 Administrative Exp. |  |  |
|  | ch. 7 prof. fees est. at $250,000 | 0 |
|  |  |  |
| Chapter 11 Admin. Exp., including admin rent (Est. as of filing this Plan) | $847,676.51 | $847,676.51 |
| 3.Tax Claims | $3,329.62 | $3,329.62 |
| 4. Chapter 7 Trustee Fees | $90,750.00 | 0 |
|  |  |  |
| 5. Priority Unsecured Claims | $1,813,614.23 | $1,813,614.23 |
| 6. Exemptions | N/A | N/A |
| TOTAL available for distribution to general unsecured creditors. | $0 | $0 |
|  | unsecured creditors receive 0% of total claims | unsecured creditors receive 0% of total claims |
|  | priority unsecured creditors receive 58.3% of total claims | priority unsecured creditors receive 83.54% of total claims |

**XV.   FUTURE DEBTOR**

a.   Management of Debtor

Not applicable –Except with respect to activities associated

with the liquidation of its assets, the Debtor has ceased

28

virtually all operations (the Debtor still maintains the

Hollywood Edge and will do so until its sale) and is effectively

out of business.[2]

    b.    Liquidating Agent

    The Liquidating agent is responsible for collecting money

intended for distribution to claimants and transmitting it to

them.  Debtor will select a liquidating agent in consultation

with the Committee, with compensation to be determined and

disclosed prior to confirmation.  The Liquidating Agent will be a

third party with no connection to the Debtor or its principals,

to be selected by the Debtor in consultation with the Committee.


    c.    Future Financial Outlook

    This provision is not applicable, as Debtor has gone out of

business.

    Section X provides a summary of the projected cash flow of

the Debtor for the duration of the liquidating Plan.  The

following assumptions underlie the projections: 1) sale of assets

at estimated value, and 2) that Debtor's Claims remain as stated.

 Please note that the Plan the Debtor is proposing is a

liquidating Plan.

    As previously stated, Plan payments will come from the

---

2 One of the assets of the Debtor is the online sale of licenses for the use
of sound effects contained in The Hollywood Edge sound library.  That internet
portal is still operational.

liquidation of various assets of the Debtor's business, cash on hand, collection of any outstanding accounts receivable and post-confirmation recovery on avoiding powers actions as allowed under the Bankruptcy Code, if any.

**XVI. SALE OR TRANSFER OF PROPERTY; ASSUMPTION AND REJECTION OF CONTRACTS AND LEASES; OTHER PROVISIONS**

The Plan provides for the following:

a.    Sale of property of the estate, if any is remaining on hand at the time of confirmation;

b.    Collection of remaining accounts receivable.

c.    The rejection, of any remaining executory contracts or unexpired leases.

The Debtor is assuming the following leases and executory contracts in accordance with 11 U.S.C. § 365 (West 2004 & Supp. 2006):  None (Debtor has already given notice of intent to close down operations and move out of the Hollywood property effective October 31, 2014).  Prior to confirmation, the Debtor anticipates assuming and assigning certain agreements in connection with the sale of the Hollywood Edge and Sound Library.

The Debtor is rejecting the following lease(s) and contracts:

The Debtor has already rejected its pre-petition leases; the post-petition lease agreements and letter agreements were of temporary duration, while assets are being sold. The Debtor is rejecting all service contracts, if any. The Debtor also proposes to reject its collective bargaining agreements with the following entites under this Plan, pursuant to Bankruptcy Code Section 1113:  I.A.T.S.E. Local 700 and SAG-AFTRA Interactive.

The Court must make certain findings of fact before approving the aforementioned provisions as part of the Plan.  The Proponent will request that the Court make the appropriate findings at the confirmation hearing, based upon evidence submitted in support of the confirmation motion.

## XVII. BANKRUPTCY PROCEEDINGS

| | |
|---|---|
| 5/21/2014 | Debtor filed its Chapter 11 Petition |
| 5/22/2014 | Stipulation for Use of Cash Collateral, and Motion Thereon |
| 5/22/2014 | Debtor's Application to Employ Bankruptcy Counsel |
| 5/29/2014 | Motion to Extend Deadline to File Schedules etc. |
| 5/29/2014 | Debtor's Application to Employ Real Estate Broker |
| 6/3/2014 | Order Granting Motion for Extension of Time re: Schedules |

31

| | |
|---|---|
| 6/9/14 | Motion for Pre-Petition Payments to Critical Vendors |
| 6/9/14 | Motion for Pre-Petition Payment of Wages |
| 6/9/14 | Second Stipulation and Motion for Use of Cash Collateral |
| 6/13/14 | Order Granting Application to Employ Bankruptcy Counsel |
| 6/16/14 | Order on Motion to Authorize Pre-Petition Payments to Critical Vendors |
| 6/16/14 | Order on Motion to Authorization Payment of Pre-Petition Wages |
| 6/16/14 | Final Order Approving First Stipulation re: Use of Cash Collateral |
| 6/17/14 | Order Granting Motion to Approve Second Stipulation for Use of Cash Collateral |
| 6/23/14 | Status Report |
| 6/30/14 | Stipulation By 900 Seward Hollywood, LLC and Debtor Regarding Rejection of Non-Residential Real Property Lease |
| 7/1/2014 | First Omnibus Motion To Reject Lease Agreements |
| 7/2/2004 | Order Approving Stipulation between Debtor and 900 Seward Hollywood, LLC |
| 7/7/2014 | Debtors Schedules, Statements and Related Documents |

32

| | |
|---|---|
| 7/10/14 | Status Hearing and Case Management Conference |
| 7/10/2014 | Claims Bar Date Notice |
| 7/11/2014 | Scheduling Order |
| 7/15/2014 | Stipulation By 900 Seward Hollywood, LLC and Debtor Regarding Disposition Of Personal Property Remaining On Premises At 900 Seward Street |
| 7/15/2014 | Committee's Application to Employ Counsel |
| 7/15/2014 | Debtor's Application to Employ Labor Counsel |
| 7/16/2014 | Order Approving Stipulation Between Debtor And Landlord 900 Seward Hollywood, LLC Regarding Disposition of Personal Property Remaining on Premises |
| 7/17/14 | Committee's Joinder in First Omnibus Lease Rejection Motion |
| 7/23/2014 | Motion To Approve Non-Residential Lease Agreements |
| 7/23/2014 | Motion To Approve Letter Agreement Regarding Temporary Storage At Former Non-Residential Lease Location [at Burbank] |
| 7/23/2014 | Committee's Application to Employ Financial Consultants |
| 7/23/2014 | Motion To Approve Letter Agreement Regarding Temporary Storage At Former Non-Residential Lease Location At 625 Arizona |
| 7/24/2014 | Motion For Sale of Property of the Estate [to |

33

|   | Ascent] |
|---|---|
| 8/1/2014 | Order Approving Letter Agreement [Arizona] |
| 8/1/2014 | Order Approving Letter Agreement [Burbank] |
| 8/1/2014 | First Interim Fee Application of Debtor's Counsel |
| 8/4/2014 | Order Granting First Omnibus Lease Rejection Motion |
| 8/4/2014 | Order Granting Motion to Approve Asset Purchase Agreement [Ascent sale] |
| 8/4/2014 | Order Approving Committee Application to Employ Counsel |
| 8/6/2014 | Order Granting Motion to Approve Non-Residential Lease Agreements |
| 8/8/2014 | Order Granting Second Cash Collateral Agreement on Final Basis |
| 8/11/2014 | Debtor's Motion for Sale of Assets and Employment of Tiger Remarketing as Auctioneer |
| 8/15/2014 | Order Approving Committee Application to Employ Financial Consultants |
| 8/29/2014 | Order Granting Motion for Sale of Estate Assets at Auction and Approval of Employment of Auctioneer |
| 9/4/2014 | Order Granting First Interim Fee Application of Debtor's Counsel |
| 9/4/2014 | Order Granting Debtor's Application to Employ Labor Counsel |

34

## XVIII.    TAX CONSEQUENCES OF PLAN

CREDITORS CONCERNED WITH HOW THE PLAN MAY AFFECT THEIR TAX LIABILITY SHOULD CONSULT WITH THEIR OWN ACCOUNTANTS, ATTORNEYS AND/OR ADVISORS.

The following disclosure of possible tax consequences is intended solely for the purpose of alerting readers about possible tax issues the Plan may present to the Debtors. The Debtors CANNOT and DO NOT represent that the tax consequences contained below are the only tax consequences of the Plan because the Tax Code embodies many complicated rules which make it difficult to state completely and accurately all the tax implications of any action on Debtors' tax liability. The following are the tax consequences which the Plan will have on the Debtors' tax liability:

DUE TO THE UNSETTLED AND COMPLEX NATURE OF SOME OF THE TAX ISSUES, AS WELL AS THE POSSIBILITY THAT DEVELOPMENTS SUBSEQUENT TO THE DATE HEREOF COULD AFFECT THE TAX CONSEQUENCES OF THE PLAN, THE FOLLOWING DISCUSSION SHOULD NOT BE REGARDED AS DEFINITIVE OR AS COVERING ALL POSSIBLE TAX CONSEQUENCES. ADDITIONALLY, THIS SUMMARY DOES NOT DISCUSS ALL ASPECTS OF FEDERAL INCOME TAXATION THAT MAY BE RELEVANT TO A PARTICULAR CREDITOR OR HOLDER OF AN EQUITY INTEREST IN LIGHT OF ITS INDIVIDUAL CIRCUMSTANCES OR TO CERTAIN CREDITORS AND HOLDERS OF EQUITY INTERESTS SUBJECT TO SPECIAL TREATMENT UNDER THE FEDERAL INCOME TAX LAWS (FOR EXAMPLE,

35

LIFE INSURANCE COMPANIES, TAX-EXEMPT ORGANIZATIONS, FOREIGN
CORPORATIONS AND INDIVIDUALS WHO ARE NOT CITIZENS OR RESIDENTS OF
THE UNITED STATES).

THIS SUMMARY DOES NOT DISCUSS ANY ASPECT OF STATE, LOCAL OR
FOREIGN TAXATION. HOLDERS OF CLAIMS ARE STRONGLY URGED TO CONSULT
WITH THEIR OWN TAX ADVISORS AS TO THE SPECIFIC TAX CONSEQUENCES
(FEDERAL, STATE, LOCAL, AND FOREIGN) TO THEM OF THE PLAN.

This summary is based upon the laws, regulations, rulings,
and decisions in effect on the date hereof and upon certain
proposed and temporary regulations, all of which are subject to
change (possibly with retroactive effect) by legislation,
administrative action or judicial decision.

Moreover, due to a lack of definitive judicial or
administrative authority and interpretation, substantial
uncertainties exist with respect to various tax consequences of
the Plan as discussed herein. No rulings have been or are
expected to be requested from the IRS or any state tax agency
concerning any of the tax matters described herein. There can be
no assurance that the IRS or any state tax agency will not
challenge the positions taken by the Debtors with respect to any
of the issues addressed herein or that a court of competent
jurisdiction would not sustain such a challenge.

The amount of tax liabilities, if any, will be affected by
any deductions the Debtors will be entitled to during the year.

36

Thus, at this time, the Debtor cannot estimate the amount of tax liabilities that will be incurred.

**Federal Tax Consequences to the Debtor:**

To the best of the Debtor's knowledge, the commencement of the Case should not create a separate taxable estate for federal income-tax purposes and should not change the taxable year for federal income-tax reporting purposes. Consequently, the Debtor, as a limited liability company, should continue to be treated as a "pass through" entity for tax purposes, such that the implications of the Plan and Distributions made thereunder will be addressed by the Debtor's members, not the Debtor itself.

**Federal Tax Consequences to Holders of Claims:**

To the best of the Debtor's knowledge, the federal income-tax consequences of the Plan to Holders of Claims, including the character, amount, and timing of income, gain, or loss recognized as a consequence of the Plan and distributions provided for or by the Plan, may depend upon, among other things (i) the manner in which a holder acquired a claim; (ii) the length of time a claim has been held; (iii) whether the claim was acquired at a discount; (iv) whether the holder of a claim has taken a worthless-debt deduction in the current or prior years; (v) whether the holder has previously included accrued but unpaid interest with respect to a claim; (vi) the method of tax accounting of the holder; (vii) whether a claim is an installment

37

obligation for federal income-tax purposes; (viii) whether the holder's present claim constitutes a security for federal income-tax purposes; and (ix) the type of consideration received or deemed received by the holder in exchange for its claim.

Therefore, holders of claims should consult their tax advisors for advice as to their particular situations and circumstances and the tax consequences to such holders as a result thereof.

A claimant may recognize ordinary income for federal income-tax purposes to the extent that any payment or distribution of cash or property by the Reorganized Debtor is attributable to interest (including original issue discount ("OID") that has accrued while the Claimant held the debt and that the claimant has not previously included in income. A claimant may recognize a loss (if a loss was not previously recognized) to the extent interest (including OID), if accrued while the claimant held the debt and the claimant previously included in income, exceeds the fair market value of the property received by the claimant that is attributable to such accrued interest (including OID).

A claimant may recognize gain or loss on the exchange of its claim (other than with respect to a claim for accrued interest) for any consideration, unless the exchange qualifies as a tax-free reorganization for federal income-tax purposes. The amount of gain or loss recognized by the claimant should equal the

38

difference between the "amount realized" by the claimant in respect of such claim and the claimant's adjusted tax basis in such claim. The "amount realized" should be an amount equal to the sum of (a) the cash, plus (b) the fair market value of any of the property, including any stock received in such exchange.

A debt-for-debt exchange by a claimant, including a deemed debt-for-debt exchange resulting from a significant modification of an existing debt obligation, may be taxable unless the exchange qualifies as a tax-free reorganization under IRC sections 368 and 354. If the exchange is taxable, the claimant may realize and recognize gain (or loss) measured by the difference between the amount realized by the claimant and the claimant's adjusted tax basis of the Claim. If IRC sections 368 and 354 apply, no gain or loss should be recognized provided both the Claim and the new debt instrument constitute "securities" for purposes of IRC section 354, and the principal amount of the securities received by the Claimant does not exceed the principal amount of securities surrendered by the claimant.

For a claimant whose claim does not constitute a capital asset, the gain or loss realized in the exchange may generally constitute ordinary income or loss for federal income-tax purposes. For a claimant whose claim constitutes a capital asset, the claimant's gain or loss recognized should generally be classified as a capital gain or loss, except to the extent of

39

accrued but unpaid interest.

Certain payments, including the payments of claims pursuant to the Plan, may be generally subject to information reporting by the Debtor to the Internal Revenue Service or other taxing authorities. Moreover, such reportable payments may be subject to backup withholding under certain circumstances. Under federal income tax law, interest, dividends, and other reportable payments may, under certain circumstances, be subject to "backup withholding" at then applicable withholding rate. Backup withholding generally applies if the holder (a) fails to furnish its social security number or other taxpayer identification number ("TIN"), (b) furnishes an incorrect TIN, (c) fails properly to report interest or dividends, or (d) under certain circumstances, fails to provide a certified statement, signed under penalty of perjury, that the TIN provided is its correct number and that it is not subject to backup withholding. Backup withholding is not an additional tax but merely an advance payment, which may be refunded to the extent it results in an overpayment of tax. Certain Persons are exempt from backup withholding, including, in certain circumstances, corporations and financial institutions.

THE FOREGOING SUMMARY HAS BEEN PROVIDED FOR INFORMATIONAL PURPOSES ONLY. ALL HOLDERS OF CLAIMS OR INTERESTS ARE URGED TO CONSULT THEIR OWN TAX ADVISORS CONCERNING THE FEDERAL, STATE,

LOCAL AND OTHER TAX CONSEQUENCES APPLICABLE UNDER THE PLAN.

**XIX. EFFECT OF CONFIRMATION OF PLAN**

    a.   <u>General comments</u>

The provisions of a confirmed Plan bind the Debtor, any entity acquiring property under the Plan, and any creditor, interest holder, or general partner of the Debtor, even those who do not vote to accept the Plan.

The confirmation of the Plan vests all property of the estate in the Post Confirmation Estate, subject to the control of the Liquidating Agent.

    b.   <u>Discharge of liability for payment of debts; status of liens; equity security holders</u>

Unless the Debtor is not entitled to receive a discharge pursuant to 11 U.S.C.A. 1141(d)(3) (West 2004), the debtor may obtain a discharge only upon specific order of the Court.

*The confirmation of the Plan does not discharge the Debtor from any debt of a kind specified in 11 U.S.C.A. § 523(a)(1)(A)-(B) (West 2004 S& Supp. 2006) that is owed to a domestic government unit, or owed to a person as the result of an action filed under subchapter III of chapter 37 of title 31 or any similar State statute, or for a tax or customs duty with respect to which the debtor made a fraudulent tax return or willfully attempted in any manner to evade or to defeat such tax or customs duty.*

41

c.  Modification of the Plan

The Proponent may modify the Plan pursuant to 11 U.S.C.A. § 1127
(West 2004 & Supp. 2006).

d.  Post-Confirmation Causes of Action

To the best knowledge of the Proponent, the estate has the
following causes of action: Debtor is looking into and analyzing
any potential claims for preferential or fraudulent conveyances.
The Committee is also investigating potential claims.

THE DEBTOR HAS NOT FULLY REVIEWED WHETHER OTHER
POSTCONFIRMATION ESTATE CLAIMS EXIST, INCLUDING, WITHOUT
LIMITATION, WHETHER OR NOT THERE ARE ANY AVOIDANCE ACTIONS WHICH
MAY BE BROUGHT BY THE REORGANIZED DEBTOR AFTER THE EFFECTIVE
DATE. THIS INVESTIGATION IS ON-GOING AND WILL OCCUR IN LARGE PART
AFTER THE EFFECTIVE DATE, AS A RESULT, CREDITORS AND OTHER
PARTIES-IN-INTEREST SHOULD BE, AND ARE PURSUANT TO THE TERMS OF
THE FIRST AMENDED PLAN, SPECIFICALLY ADVISED THAT,
NOTWITHSTANDING THAT THE EXISTENCE OF ANY PARTICULAR POST-
CONFIRMATION ESTATE CLAIM MAY NOT BE LISTED, DISCLOSED, OR SET
FORTH IN THE FIRST AMENDED PLAN OR THE FIRST AMENDED DISCLOSURE
STATEMENT, A POST-CONFIRMATION ESTATE CLAIM MAY BE BROUGHT
AGAINST ANY CLAIMANT AT ANY TIME, SUBJECT TO THE BAR DATE
LIMITATIONS SET FORTH IN THE PLAN. A third party company, to be
selected by the Debtor and Liquidating Agent in consultation with
the Committee, will represent the estate on a contingency fee

basis to handle all avoiding powers causes of action.

The Liquidating Agent is designated as representative of the estate under 11 U.S.C.A. § 1123(b)(3) (West 2004) and shall have the right to assert any or all of the above causes of action post-confirmation in accordance with applicable law.

 e. <u>Final Decree</u>

Once the Plan has been consummated, a final decree may be entered upon motion of the Proponent.  The effect of the final decree is to close the bankruptcy case.  After such closure, a party seeking any type of relief relating to a Plan provision can seek such relief in a state court of general jurisdiction.

**XX.    DECLARATION IN SUPPORT OF DISCLOSURE STATEMENT AND PLAN**

I, Michael T. Greif, declare under penalty of perjury under the laws of the United States of America that the following statements are true and based upon personal knowledge.

1.    This document was prepared by Debtor and its counsel Leslie Cohen Law, P.C.

2.    The source of all financial data is the Debtor.

3.    All facts and representations in the Plan and Disclosure Statement are true to my knowledge.

4.    No fact material to a claimant or equity security holder in voting to accept or reject the proposed Plan has been omitted to my knowledge.

5.    The name of the person who prepared the cash flow projections and the other financial documents on behalf of the Debtor is Bob Buhay

6.    The accounting method(s) used to prepare the cash flow projections and the other financial documents are cash and accrual.


Signature: _____

Print Name: Michael T. Greif

Title: Vice President, Secretary

Date:   September 17, 2014

44

**Todd-Soundelux, LLC Exhibits**

**Exhibit "A"**

**List of all scheduled claims**



## Left Document — Schedule D

B6D (Official Form 6D) (12/07)

In re Todd-Soundelux, LLC
Debtor                          (If Known)

Case No. 2:14-bk-19980-SK

### SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PNC Bank<br>c/o Leo Plotkin<br>815 Moraga Drive<br>Los Angeles, CA 90049 | | | Revolving credit and security agreement<br><br>VALUE $6,068,403.95 | | | | 1,647,470.84 | 0.00 |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |
| 0 continuation sheets attached | | | Subtotal $<br>(Total of this page) | | | | $ 1,647,470.84 | $ 0.00 |
| | | | Total $<br>(Use only on last page) | | | | $ 1,647,470.84 | $ 0.00 |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

American LegalNet, Inc.
www.FormsWorkflow.com

## Right Document — Schedule E

B6E (Official Form 6E) (04/13)

In re Todd-Soundelux, LLC
Debtor

Case No. 2:14-bk-19980-SK
(if known)

**AMENDED**

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extension of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC _____,    Case No. 2:14-bk-19980-SK
                    Debtor                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Type of Priority for Claims Listed on This Sheet** ||||||||||
| Account No. | | | | | | | | | 0.00 |
| Arango, Andrea<br>42957 W. Guyman Ave.<br>Lancaster, CA 93536 | | | Vacation/personal holiday wages (non-union) | | | | 87.23 | 87.23 | |
| Account No. | | | | | | | | | 0.00 |
| Armstrong, Dora<br>517 View Crest Drive<br>Montebello, CA 90640 | | | Vacation/personal holiday wages (non-union) | | | | 1,391.06 | 1,391.06 | |
| Account No. | | | | | | | | | 0.00 |
| Arnett, Paula C<br>808 Princeton Apt. C<br>Santa Monica, CA 90403 | | | Vacation/personal holiday wages (non-union) | | | | 2,290.10 | 2,290.10 | |
| Account No. | | | | | | | | | 0.00 |
| Arredondo, Ron R<br>252 East Beverly Blvd. Unit A<br>Montebello, CA 90640 | | | Vacation/personal holiday wages (non-union) | | | | 797.60 | 797.60 | |
| Sheet no. 1 of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals▶<br>(Totals of this page) | | | | $ 4,565.99 | $ 4,565.99 | $ 0.00 |
| | | | Total▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Total▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |



---

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC _____,    Case No. 2:14-bk-19980-SK
                    Debtor                          (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___47___  continuation sheets attached



---

B6E (Official Form 6E) (04/13) -- Cont.

Case 2:14-bk-19980-SK  Doc 148  Filed 07/21/14  Entered 07/21/14 16:22:05  Desc
Main Document   Page 9 of 134

In re Todd-Soundelux, LLC

Case No. 2:14-bk-19980-SK

Debtor                                          (if known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Beam, Eric M 1744 Brockton Ave #104 Los Angeles, CA 90025 | | | Vacation/personal holiday wages (non-union) | | | | 8,588.00 | 8,588.00 | |
| Account No. Bowman, Jennifer L 1255 Midvale Avenue Los Angeles, CA 90024 | | | Vacation/personal holiday wages (non-union) | | | | 1,885.96 | 1,885.96 | |
| Account No. Bozzone, Nicholas P 7100 Alvern St Unit 411 Los Angeles, CA 90045 | | | Vacation/personal holiday wages (non-union) | | | | 3,310.20 | 3,310.20 | |
| Account No. Burnette, Richard Glen 13220 Riverside Dr #203 Sherman Oaks, CA 91423 | | | Vacation/personal holiday wages (non-union) | | | | 11,919.66 | 11,919.66 | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page) $ 25,703.82 | $ 25,703.82 | 0.00

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

---

B6E (Official Form 6E) (04/13) -- Cont.

Case 2:14-bk-19980-SK  Doc 148  Filed 07/21/14  Entered 07/21/14 16:22:05  Desc
Main Document   Page 10 of 134

In re Todd-Soundelux, LLC

Case No. 2:14-bk-19980-SK

Debtor                                          (if known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Canning, Patrick J5625 Crescent Parkway #305 Playa Vista     CA     90094 | | | Vacation/personal holiday wages (non-union) | | | | 332.64 | 332.64 | |
| Account No. Casler, Brooke A 1430 Amherst Avenue #6 Los Angeles, CA 90025 | | | Vacation/personal holiday wages (non-union) | | | | 857.24 | 857.24 | |
| Account No. Dorf, Mitchell A 2653 32nd Street Santa Monica, CA 90405 | | | Vacation/personal holiday wages (non-union) | | | | 17,057.89 | 12,475.00 | 4,582.89 |
| Account No. Flick, Bradley M 3652 Ferdonia Drive Apt B Los Angeles     CA     90068 | | | Vacation/personal holiday wages (non-union) | | | | 199.68 | 199.68 | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page) $ 18,447.45 | $ 13,864.56 | 4,582.89

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $



American LegalNet, Inc.
www.FormsWorkFlow.com

## Left Form

B6E (Official Form 6E) (04/13)—Cont.

Case No. 2:14-bk-19980-SK (if known)

In re Todd-Soundelux, LLC, Debtor

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Garten, Joseph, 528 3rd Street, Manhattan Beach, CA 90266 | | | Vacation/personal holiday wages (non-union) | | | | 2,035.09 | 2,035.09 | |
| Account No. Gonzalez, Arazena, 9509 Havenwood Street, Pico Rivera, CA 90660 | | | Vacation/personal holiday wages (non-union) | | | | 453.79 | 453.79 | |
| Account No. Gonzalez, Jessica, 15656 Yermo St, Whittier, CA 90603 | | | Vacation/personal holiday wages (non-union) | | | | 865.80 | 865.80 | |
| Account No. Henderson, Elizabeth A, 5323 Virginia Avenue, Los Angeles, CA 90029 | | | Vacation/personal holiday wages (non-union) | | | | 417.00 | 417.00 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | | | Subtotal ► (Totals of this page) | $ 3,771.68 | $ 3,771.68 | 0.00 |
| | | | | | | Total ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | | | | | | Totals ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

## Right Form

B6E (Official Form 6E) (04/13)—Cont.

Case No. 2:14-bk-19980-SK (if known)

In re Todd-Soundelux, LLC, Debtor

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Jimenez, Kimberly A, 427 South Griffith Park Drive, Burbank, CA 91506 | | | Vacation/personal holiday wages (non-union) | | | | 20,307.71 | 12,475.00 | 7,832.71 |
| Account No. Koo, Karl, 11259 Arrowood Street, Arcadia, CA 91006 | | | Vacation/personal holiday wages (non-union) | | | | 1,612.99 | 1,612.99 | |
| Account No. Lipman, Samue, 814 19th St #G, Santa Monica, CA 904031 | | | Vacation/personal holiday wages (non-union) | | | | 2,057.73 | 2,057.73 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | | | Subtotal ► (Totals of this page) | $ 23,978.43 | $ 16,145.72 | $ 7,832.71 |
| | | | | | | Total ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | | | | | | Totals ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |




American LegalNet, Inc.
www.FormsWorkFlow.com



## Left Sheet

Case 2:14-bk-19980-SK    Doc 148    Filed 07/21/14    Entered 07/21/14 16:22:05    Desc Main Document    Page 13 of 134

B6E (Official Form 6E) (04/13) - Cont.

In re Todd-Soundelux, LLC
Debtor

Case No. 2:14-bk-19980-SK
(if known)

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Loveman, Thomas E 1616 N. Fuller Avenue #120 Los Angeles, CA 90046 | | | Vacation/personal holiday wages (non-union) | | | | 1,440.15 | 1,440.15 | |
| Account No. Luiten, Andrew R 510 S. Burnside Avenue 7K Los Angeles  CA  90036 | | | Vacation/personal holiday wages (non-union) | | | | 561.60 | 561.60 | |
| Account No. Mulooly, Brittany A. 1926 Berkeley Avenue Los Angeles, CA 90026 | | | Vacation/personal holiday wages (non-union) | | | | 653.76 | 653.76 | |
| Account No. McEvoy, Peter D 2212 A Curtis Avenue Redondo Beach, CA 90278 | | | Vacation/personal holiday wages (non-union) | | | | 1,140.19 | 1,140.19 | |
| | | | | | | Subtotal (Totals of this page) | $ 3,795.70 | $ 3,795.70 | 0.00 |
| | | | | | | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | | | | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

Type of Priority for Claims Listed on This Sheet

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

## Right Sheet



Case 2:14-bk-19980-SK    Doc 148    Filed 07/21/14    Entered 07/21/14 16:22:05    Desc Main Document    Page 14 of 134

B6E (Official Form 6E) (04/13) - Cont.

In re Todd-Soundelux, LLC
Debtor

Case No. 2:14-bk-19980-SK
(if known)

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Mehri, Jenna J 7651 Laurel Canyon Blvd. #306 North Hollywood, CA  91605 | | | Vacation/personal holiday wages (non-union) | | | | 56.16 | 56.16 | |
| Account No. Miller, Michael S 17748 W Sweetgum Ln Fair Oaks Ranch, CA  91387 | | | Vacation/personal holiday wages (non-union) | | | | 15,944.14 | 12,475.00 | 3,469.14 |
| Account No. Montero, Irene 858 N. Nantes Ave La Puente    CA    91744 | | | Vacation/personal holiday wages (non-union) | | | | 1,706.30 | 1,706.30 | |
| Account No. Monterroso, Jennifer J 6549 Troost Ave North Hollywood, CA  91606 | | | Vacation/personal holiday wages (non-union) | | | | 1,121.07 | 1,121.07 | |
| | | | | | | Subtotal (Totals of this page) | $ 18,827.67 | $ 15,358.53 | 3,469.14 |
| | | | | | | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | | | | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

Type of Priority for Claims Listed on This Sheet

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

B6E (Official Form 6E) (04/13) - Cont.

In re Todd-Soundelux, LLC
Debtor

Case No. 2:14-bk-19980-SK
(if known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)



| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Pinkston, Christopher J<br>404 Hermosa Ave. #3<br>Hermosa Beach CA    90254 | | | Vacation/personal holiday wages (non-union) | | | | 2,159.54 | 2,159.54 | |
| Account No.<br>Quintero, David A<br>5341 Dewar Avenue<br>Los Angeles    CA    90022 | | | Vacation/personal holiday wages (non-union) | | | | 1,091.12 | 1,091.12 | |
| Account No.<br>Ramos, Aiden<br>41 29th Avenue #1B<br>Venice, CA    90291 | | | Vacation/personal holiday wages (non-union) | | | | 670.50 | 670.50 | |
| Account No.<br>Rincon, Peter<br>5 Vista Terrace<br>Pacific Palisades, CA    90272 | | | Vacation/personal holiday wages (non-union) | | | | 17,884.62 | 12,475.00 | 5,409.62 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | Subtotal ▶ (Totals of this page) | | | $ 21,805.78 | $ 16,396.16 | 5,409.62 |
| | | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | $ | | |
| | | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ |

B6E (Official Form 6E) (04/13) - Cont.

In re Todd-Soundelux, LLC
Debtor

Case No. 2:14-bk-19980-SK
(if known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)



| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Montgomery, Garrett Phillip<br>3630 Marathon Street #208<br>Los Angeles    CA    90026 | | | Vacation/personal holiday wages (non-union) | | | | 1,405.20 | 1,405.20 | |
| Account No.<br>Munoz, Roxana Rossany<br>4946 W. 99th Street<br>Inglewood    CA    90301 | | | Vacation/personal holiday wages (non-union) | | | | 1,920.32 | 1,920.32 | |
| Account No.<br>Neary, Thomas J<br>1119 Harrison Avenue<br>Venice CA    90291-5024 | | | Vacation/personal holiday wages (non-union) | | | | 1,229.93 | 1,229.93 | |
| Account No.<br>Outwater, Kurt<br>289 S. Barrington Avenue #302<br>Los Angeles    CA    90049 | | | Vacation/personal holiday wages (non-union) | | | | 772.96 | 772.96 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | Subtotal ▶ (Totals of this page) | | | $ 5,328.41 | $ 5,328.41 | 0.00 |
| | | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | $ | | |
| | | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ |

American LegalNet, Inc.
www.FormsWorkFlow.com

## Left Sheet (Page 17 of 134)

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC
_____ Debtor

Case No. 2:14-bk-19980-SK
(if known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Rodenhizer, John S<br>11035 otsego st #204<br>North Hollywood, CA  91601 | | | Vacation/personal holiday wages (non-union) | | | | 402.62 | 402.62 | |
| Account No.<br>Rodriguez, Paul George<br>3567 El Lado Drive<br>Glendale      CA     91208 | | | Vacation/personal holiday wages (non-union) | | | | 2,306.11 | 2,306.11 | |
| Account No.<br>Said, Sharene A<br>4453 Woodman Ave #10<br>Sherman Oaks    CA    91423 | | | Vacation/personal holiday wages (non-union) | | | | 2,443.88 | 2,443.88 | |
| Account No.<br>Santos, Berta Barrera<br>3835 W. 7th Street #11<br>Los Angeles     CA     90005 | | | Vacation/personal holiday wages (non-union) | | | | 1,088.88 | 1,088.88 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ▶ (Totals of this page) | | | | $   6,241.49 | $   6,241.49 | 0.00 |
| | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |



## Right Sheet (Page 18 of 134)

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC
_____ Debtor

Case No. 2:14-bk-19980-SK
(if known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Seos, Kyle K<br>1012 N Laurel Ave #5<br>Los Angeles      CA      90046 | | | Vacation/personal holiday wages (non-union) | | | | 5,802.22 | 5,802.22 | |
| Account No.<br>Siegel, Alec F<br>11725 Montana Ave #205<br>Los Angeles      CA      90049 | | | Vacation/personal holiday wages (non-union) | | | | 392.92 | 392.92 | |
| Account No.<br>Soto, Alicia Mercedes<br>8333 Grand View Dr<br>Los Angeles      CA      90046 | | | Vacation/personal holiday wages (non-union) | | | | 871.40 | 871.40 | |
| Account No.<br>Soto-Mendez, Berta L<br>34 Fano Street Apt E<br>Arcadia      CA      91006 | | | Vacation/personal holiday wages (non-union) | | | | 2,459.13 | 2,459.13 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ▶ (Totals of this page) | | | | $   9,525.67 | $   9,525.67 | 0.00 |
| | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |




B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC,
Debtor

Case No. 2:14-bk-19980-SK (if known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> Thomas, Carol <br> 10975 Bluffside Drive Apt 1420 <br> Studio City    CA    91604 | | | Vacation/personal holiday wages (non-union) | | | | 444.23 | 444.23 | |
| Account No. <br> Torres, Christian A <br> 11138 Sunshine Terrace <br> Studio City    CA    91604 | | | Vacation/personal holiday wages (non-union) | | | | 369.60 | 369.60 | |
| Account No. <br> Vega, Tracy Anne <br> 1029 S. Edith Avenue #212 <br> Alhambra    CA    91803 | | | Vacation/personal holiday wages (non-union) | | | | 1,127.40 | 1,127.40 | |
| Account No. <br> Wachel, Ann Marie <br> 2104 Roselin Place <br> Los Angeles    CA    90039 | | | Vacation/personal holiday wages (non-union) | | | | 1,730.00 | 1,730.00 | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal▶ (Totals of this page) $ 3,671.23 | $ 3,671.23 | 0.00

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

---

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC,
Debtor

Case No. 2:14-bk-19980-SK (if known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> West, Tim <br> 2577 S. Westgate Aven <br> Los Angeles    CA    90064 | | | Vacation/personal holiday wages (non-union) | | | | 14,252.22 | 12,475.00 | 1,777.22 |
| Account No. <br> Zeller, Dean R <br> 1305 2nd Street Apt 106 <br> Santa Monica    CA    90401 | | | Vacation/personal holiday wages (non-union) | | | | 633.88 | 633.88 | |
| Account No. <br> Zmrawska, Liliana <br> 1517 Princeton St #3 <br> Santa Monica    CA    90404 | | | Vacation/personal holiday wages (non-union) | | | | 59.47 | 59.47 | |
| Account No. | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal▶ (Totals of this page) $ 14,945.57 | $ 13,168.35 | 1,777.22

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

American LegalNet, Inc.
www.FormsWorkFlow.com

## Right Page

B6E (Official Form 6E) (04/13) — Cont.

In re Todd-Soundelux, LLC
Debtor

Case No. 2:14-bk-19980-SK
(if known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Barrick, Christopher 810 S. Spring Street Los Angeles, CA 90014 | | | Holiday wages (Union) | | | | 1,269.36 | 1,269.36 | |
| Account No. | | | | | | | | | |
| Bartkiewicz, Stephen M 934 Sonora Court San Dimas, CA 91773 | | | Holiday wages (Union) | | | | 487.21 | 487.21 | |
| Account No. | | | | | | | | | |
| Batha, Robert D 24024 Bridgeport Lane #29 Valencia, CA 91355 | | | Holiday wages (Union) | | | | 529.66 | 529.66 | |
| Account No. | | | | | | | | | |
| Bedrosian, Ron H 27620 Navajo Ct Castaic, CA 91384 | | | Holiday wages (Union) | | | | 1,868.01 | 1,868.01 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ▶ (Totals of this page) | | | | $ 4,154.24 | $ 4,154.24 | $ 0.00 |
| | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |



American LegalNet, Inc.
www.FormsWorkFlow.com

## Left Page

B6E (Official Form 6E) (04/13) — Cont.

In re Todd-Soundelux, LLC
Debtor

Case No. 2:14-bk-19980-SK
(if known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Althoff, Robert T 4056 Angela St Simi Valley, CA 93063 | | | Holiday wages (Union) | | | | 1,004.17 | 1,004.17 | |
| Account No. | | | | | | | | | |
| Altus, Julie M 824 N. Lima Street Burbank, CA 91505 | | | Holiday wages (Union) | | | | 1,240.97 | 1,240.97 | |
| Account No. | | | | | | | | | |
| Atkinson, Laura 1971 Santa Rosa Ave Pasadena, CA 91104 | | | Holiday wages (Union) | | | | 100.03 | 100.03 | |
| Account No. | | | | | | | | | |
| Barnett, Joseph R 653 Oak Run Trail #201 Oak Park, CA 91377 | | | Holiday wages (Union) | | | | 2,810.53 | 2,810.53 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ▶ (Totals of this page) | | | | $ 5,155.70 | $ 5,155.70 | $ 0.00 |
| | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

American LegalNet, Inc.
www.FormsWorkFlow.com

## Left Sheet

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC,  Debtor

Case No. 2:14-bk-19980-SK (if known)

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  Beigel, Ethan D 1500 N. Lima Street Burbank, CA  91505 | | | Holiday wages (Union) | | | | 1,678.57 | 1,678.57 | |
| Account No.  Blank, Onnalee 234 N Gramercy Place Los Angeles, CA  90004 | | | Holiday wages (Union) | | | | 2,961.81 | 2,961.81 | |
| Account No.  Burns, Kevin P 1465 Scenic Drive Pasadena, CA  91103 | | | Holiday wages (Union) | | | | 1,930.22 | 1,930.22 | |
| Account No.  Camaru, Rick 2664 Regina Ave Thousand Oaks, CA  91360 | | | Holiday wages (Union) | | | | 1,468.56 | 1,468.56 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | | Subtotal ► (Totals of this page) | | $ 8,039.16 | $ 8,039.16 | $ 0.00 |
| | | | | | Total ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | $ | | |
| | | | | | Totals ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | $ |

## Right Sheet

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC,  Debtor

Case No. 2:14-bk-19980-SK (if known)

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  Carmean Williams, Kerry Ann 2051 El Monte Drive Thousand Oaks, CA  91362 | | | Holiday wages (Union) | | | | 825.57 | 825.57 | |
| Account No.  Chalfant, John M 1200 W. Riverside Drive #359 Burbank, CA  91506 | | | Holiday wages (Union) | | | | 1,707.09 | 1,707.09 | |
| Account No.  Check, Michael Francis 3575 Lowry Rd Los Angeles, CA  90027 | | | Holiday wages (Union) | | | | 83.67 | 83.67 | |
| Account No.  Cohen, Harry 30052 Hunstock Castaic, CA  91384 | | | Holiday wages (Union) | | | | 453.07 | 453.07 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | | Subtotal ► (Totals of this page) | | $ 3,069.40 | $ 3,069.40 | $ 0.00 |
| | | | | | Total ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | $ | | |
| | | | | | Totals ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | $ |




American LegalNet, Inc.
www.FormsWorkFlow.com

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC, Debtor    Case No. 2:14-bk-19980-SK (if known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Davis, Ross S<br>29002 Catherwood Court<br>Agoura Hills, CA 91301 | | | Holiday wages (Union) | | | | 117.93 | 117.93 | |
| Account No. | | | | | | | | | |
| Account No.<br>Dimuro, Dino R<br>578 N. Grover Street<br>Los Angeles, CA 90004 | | | Holiday wages (Union) | | | | 388.88 | 388.88 | |
| Account No.<br>Dzahan, Joseph Michael<br>1823 1/2 THAYER AVE<br>LOS ANGELES, CA 90025 | | | Holiday wages (Union) | | | | 386.52 | 386.52 | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▶ (Totals of this page)    $ 893.33   $ 893.33   $ 0.00

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $   $



American LegalNet, Inc.
www.FormsWorkFlow.com

---

B6E (Official Form 6E) (04/13) – Cont.

In re ___, Debtor    Case No. 2:14-bk-19980-SK (if known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Colonby, Michael A<br>P.O. Box 93302<br>Los Angeles, CA 90093 | | | Holiday wages (Union) | | | | 2,154.17 | 2,154.17 | |
| Account No.<br>Corpuz, Ermlie Ann<br>1622 Lake Shore Avenue<br>Los Angeles, CA 90026 | | | Holiday wages (Union) | | | | 859.12 | 859.12 | |
| Account No.<br>Daddario, Andrew C<br>21815 W. Jeffers Ln.<br>Saugus, CA 91350 | | | Holiday wages (Union) | | | | 317.97 | 317.97 | |
| Account No.<br>Davis, Jeremy B<br>5110 Tujunga Avenue Apt 1<br>North Hollywood, CA 91401 | | | Holiday wages (Union) | | | | 744.47 | 744.47 | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▶ (Totals of this page)    $ 4,075.73   $ 4,075.73   $ 0.00

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $   $

American LegalNet, Inc.
www.FormsWorkFlow.com



Case 2:14-bk-19980-SK    Doc 148    Filed 07/21/14    Entered 07/21/14 16:22:05    Desc
Main Document        Page 28 of 134

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC
Debtor

Case No. 2:14-bk-19980-SK
(if known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Fairfield, Paula K 13331 Moorpark Street #307 Sherman Oaks, CA   91423 | | | Holiday wages (Union) | | | | 674.37 | 674.37 | |
| Account No. | | | | | | | | | |
| Fearing, Tammy 5252 Wilkinson Avenue Unit 2 Valley Village, CA   91607 | | | Holiday wages (Union) | | | | 87.39 | 87.39 | |
| Account No. | | | | | | | | | |
| Febrman, Alexandra Jane 3202 Rowena Ave Apt 2 Los Angeles, CA   90027 | | | Holiday wages (Union) | | | | 1,464.58 | 1,464.58 | |
| Account No. | | | | | | | | | |
| Feiner, Julie L. 6036 Eucalyptus Ln. Los Angeles,    CA   90042 | | | Holiday wages (Union) | | | | 68.60 | 68.60 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | Subtotals ▶ (Totals of this page) | | | $ 2,294.94 | $ 2,294.94 | $ 0.00 |
| | | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | $ | | |
| | | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | $ | $ |

**Type of Priority for Claims Listed on This Sheet**



---

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC
Debtor

Case No. 2:14-bk-19980-SK
(if known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Drabun, Justin E 120 2nd Street Hermosa Beach, CA   90254 | | | Holiday wages (Union) | | | | 533.34 | 533.34 | |
| Account No. | | | | | | | | | |
| Ejnes, Samuel E. 11225 Huston Street #304 North Hollywood, CA   91601 | | | Holiday wages (Union) | | | | 559.59 | 559.59 | |
| Account No. | | | | | | | | | |
| Ellis, Kimberly N 9834 Rabbit Ave Northridge, CA 91325 | | | Holiday wages (Union) | | | | 117.16 | 117.16 | |
| Account No. | | | | | | | | | |
| Ennis, Victor 630 Cooper Dr Placentia, CA  92870 | | | Holiday wages (Union) | | | | 81.81 | 81.81 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | Subtotals ▶ (Totals of this page) | | | $ 1,291.90 | $ 1,291.90 | $ 0.00 |
| | | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | $ | | |
| | | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | $ | $ |

**Type of Priority for Claims Listed on This Sheet**

## Left Schedule

B6E (Official Form 6E) (04/13) - Cont.

In re Todd-Soundelux, LLC, Debtor

Case No. 2:14-bk-19980-SK (if known)

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Fitzpatrick, James F<br>19955 Avenue of the Oaks<br>Newhall, CA 91321 | | | Holiday wages (Union) | | | | 1,578.15 | 1,578.15 | |
| Account No.<br>Garlington, Marshall W<br>8956 Odessa Ave<br>North Hills, CA 91343 | | | Holiday wages (Union) | | | | 1,806.33 | 1,806.33 | |
| Account No.<br>Gezalyan, Nerses<br>21451 Alamo St.<br>Woodland Hills, CA 91364 | | | Holiday wages (Union) | | | | 2,408.40 | 2,408.40 | |
| Account No.<br>Gika, Hector<br>3601 Glen Abbey Lane<br>Oxnard, CA 93036 | | | Holiday wages (Union) | | | | 896.69 | 896.69 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | Subtotal ▶ (Totals of this page) | | | $ 6,689.57 | $ 6,689.57 | $ 0.00 |
| | | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | $ | | |
| | | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ |

## Right Schedule

B6E (Official Form 6E) (04/13) - Cont.

In re Todd-Soundelux, LLC, Debtor

Case No. 2:14-bk-19980-SK (if known)

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Godwin, Kurt L<br>1352 Roxbury Drive<br>Los Angeles, CA 90035 | | | Holiday wages (Union) | | | | 14.78 | 14.78 | |
| Account No.<br>Grimalla, Glynna M<br>1014 Ozone Avenue<br>Santa Monica, CA 90405 | | | Holiday wages (Union) | | | | 411.66 | 411.66 | |
| Account No.<br>Hadaway, Lauren C<br>1121 S. Rimpau Blvd<br>Los Angeles, CA 90019 | | | Holiday wages (Union) | | | | 132.94 | 132.94 | |
| Account No.<br>Hayes, Gregory Michael<br>7661 Wish Avenue<br>Lake Balboa, CA 91406 | | | Holiday wages (Union) | | | | 158.29 | 158.29 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | Subtotal ▶ (Totals of this page) | | | $ 717.67 | $ 717.67 | $ 0.00 |
| | | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | $ | | |
| | | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ |




American LegalNet, Inc.
www.FormsWorkFlow.com

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC _____
Debtor

Case No. 2:14-bk-19980-SK
(if known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Hogan, Chris 5377 Indian Hills Dr Simi Valley, CA    93063 | | | Holiday wages (Union) | | | | 83.67 | 83.67 | |
| Account No. | | | | | | | | | |
| Howard, Zack Michael 14409 Hatteras Street Sherman Oaks, CA    91401 | | | Holiday wages (Union) | | | | 222.27 | 222.27 | |
| Account No. | | | | | | | | | |
| Hugentobler, Kaspar 3615 Lavell Drive Los Angeles, CA    90065 | | | Holiday wages (Union) | | | | 332.12 | 332.12 | |
| Account No. | | | | | | | | | |
| Jobe, David M 3217 Canon Place Topanga, CA    90290 | | | Holiday wages (Union) | | | | 240.20 | 240.20 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | Subtotals ▶ (Totals of this page) | | | $ 878.26 | $ 878.26 | 0.00 |
| | | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | $ | | |
| | | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ |



American LegalNet, Inc.
www.FormsWorkFlow.com

---

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC _____
Debtor

Case No. 2:14-bk-19980-SK
(if known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Hayes, Shane D 1221 Seward Street #101 Los Angeles, CA    90038 | | | Holiday wages (Union) | | | | 131.08 | 131.08 | |
| Account No. | | | | | | | | | |
| Hegeman, Daniel 16331 Hernala St. Granada Hills, CA    91344 | | | Holiday wages (Union) | | | | 124.29 | 124.29 | |
| Account No. | | | | | | | | | |
| Hernandez, Martin C 3392 Tareco Road Los Angeles, CA    90068 | | | Holiday wages (Union) | | | | 263.22 | 263.22 | |
| Account No. | | | | | | | | | |
| Hertlein, Michael K 2005 Harkness Street Manhattan Beach, CA    90266 | | | Holiday wages (Union) | | | | 174.79 | 174.79 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | Subtotals ▶ (Totals of this page) | | | $ 693.38 | $ 693.38 | 0.00 |
| | | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | $ | | |
| | | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ |



American LegalNet, Inc.
www.FormsWorkFlow.com

## Left Sheet

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC
Debtor

Case No. 2:14-bk-19980-SK
(if known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Katona, Bradley C 7658 Bobby Boyar Ave West Hills, CA 91304 | | | Holiday wages (Union) | | | | 400.13 | 400.13 | |
| Account No. | | | | | | | | | |
| Keller, Michael 14885 Round Valley Dr. Sherman Oaks, CA 91403 | | | Holiday wages (Union) | | | | 108.90 | 108.90 | |
| Account No. | | | | | | | | | |
| Kirk, Dennis G 11230 Otsego St #208 North Hollywood, CA 91601 | | | Holiday wages (Union) | | | | 2,548.33 | 2,548.33 | |
| Account No. | | | | | | | | | |
| Kornbluth, Yishai B 865 Comstock Ave #12A Los Angeles, CA 90024 | | | Holiday wages (Union) | | | | 98.25 | 98.25 | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal▶ (Totals of this page) $ 3,155.61 | $ 3,155.61 | $ 0.00

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

---

## Right Sheet

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC
Debtor

Case No. 2:14-bk-19980-SK
(if known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Lamberti, Anthony 928 N. Florence St. Burbank, CA 91505 | | | Holiday wages (Union) | | | | 339.91 | 339.91 | |
| Account No. | | | | | | | | | |
| Landers, John C 4705 Franklin Ave #5 Los Angeles, CA 90027 | | | Holiday wages (Union) | | | | 695.23 | 695.23 | |
| Account No. | | | | | | | | | |
| Levy, Aaron M 13680 Bear Valley Rd Moorpark, CA 93021 | | | Holiday wages (Union) | | | | 3,741.57 | 3,741.57 | |
| Account No. | | | | | | | | | |
| Longstaffe, Paul 1860 Alpha Road Glendale, CA 91208 | | | Holiday wages (Union) | | | | 464.07 | 464.07 | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal▶ (Totals of this page) $ 5,240.78 | $ 5,240.78 | $ 0.00

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $


American LegalNet, Inc.
www.FormsWorkFlow.com

B6E (Official Form 6E) (04/13) – Cont.

In re Todds-Soundelux, LLC — Debtor    Case No. 2:14-bk-19980-SK (if known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Mackenzie, Anna C 2207 1/2 Ocean Park Blvd Santa Monica, CA 90405 | | | Holiday wages (Union) | | | | 802.47 | 802.47 | 802.47 |
| Account No. | | | | | | | | | |
| Macleod, Nancy B 1341 Cambridge Dr Glendale, CA 91205 | | | Holiday wages (Union) | | | | 334.71 | 334.71 | 334.71 |
| Account No. | | | | | | | | | |
| Mandel, Verna 7642 Airlie Drive Tujunga, CA 91042 | | | Holiday wages (Union) | | | | 981.50 | 981.50 | 981.50 |
| Account No. | | | | | | | | | |
| Mann, Darrin S 11536 Cumpston Street North Hollywood, CA 91601 | | | Holiday wages (Union) | | | | 22.61 | 22.61 | 22.61 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | Subtotal ▶ (Totals of this page) | | | $ 2,141.29 | $ 2,141.29 | $ 0.00 |
| | | | | Total ▶ (Use only on last page of the completed Schedule E.) | | | $ | | |
| | | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ |

Type of Priority for Claims Listed on This Sheet

---

Case 2:14-bk-19980-SK    Doc 148    Filed 07/21/14    Entered 07/21/14 16:22:05    Desc
Main Document    Page 36 of 134

B6E (Official Form 6E) (04/13) – Cont.

In re Todds-Soundelux, LLC — Debtor    Case No. 2:14-bk-19980-SK (if known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Marion, Michael P 22728 Garzota Drive Valencia, CA 91354 | | | Holiday wages (Union) | | | | 1,718.72 | 1,718.72 | |
| Account No. | | | | | | | | | |
| Manilo, Gary V 14300 Albers Street Sherman Oaks, CA 91401 | | | Holiday wages (Union) | | | | 1,526.96 | 1,526.96 | |
| Account No. | | | | | | | | | |
| Mccullough, Kevin M 16 Surfside Court Newport Beach, CA 92663 | | | Holiday wages (Union) | | | | 219.25 | 219.25 | |
| Account No. | | | | | | | | | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | Subtotal ▶ (Totals of this page) | | | $ 3,464.93 | $ 3,464.93 | 0.00 |
| | | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | $ | | |
| | | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ |

Type of Priority for Claims Listed on This Sheet





American LegalNet, Inc.
www.FormsWorkFlow.com

## Left Panel

B6E (Official Form 6E) (04/13) - Cont.

In re Todd-Soundelux, LLC, Debtor

Case No. 2:14-bk-19980-SK (if known)

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Minker, Christian Paul 3539 Santa Calotta Street La Crescenta, CA 91214 | | | Holiday wages (Union) | | | | 679.46 | 679.46 | |
| Account No. Nakamura, Daniel 29530 Blake Wy Canyon Country, CA 91387 | | | Holiday wages (Union) | | | | 1,107.99 | 1,107.99 | |
| Account No. Niesen, Todd A 213 N. Naomi St. Burbank, CA 91505 | | | Holiday wages (Union) | | | | 153.48 | 153.48 | |
| Account No. Orr, Todd K 8837 Grove Avenue #1602 Rancho Cucamonga, CA 91730 | | | Holiday wages (Union) | | | | 2,003.23 | 2,003.23 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ► (Totals of this page) | | | | $ 3,944.16 | $ 3,944.16 | 0.00 |
| | | | Total ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

## Right Panel

B6E (Official Form 6E) (04/13) - Cont.

In re Todd-Soundelux, LLC, Debtor

Case No. 2:14-bk-19980-SK (if known)

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Osborn, Ayree 949 E. Mount Curve Avenue Altadena, CA 91001 | | | Holiday wages (Union) | | | | 162.82 | 162.82 | |
| Account No. Papagiannis, Stephen G 1200 W. Riverside Drive #204 Burbank, CA 91506 | | | Holiday wages (Union) | | | | 483.36 | 483.36 | |
| Account No. Parker, Douglas L 28315 Altamiros Drive Santa Clarita, CA 91350 | | | Holiday wages (Union) | | | | 1,375.11 | 1,375.11 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ► (Totals of this page) | | | | $ 2,021.29 | $ 2,021.29 | 0.00 |
| | | | Total ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |



American LegalNet, Inc.
www.FormsWorkFlow.com

## Left Panel

B6E (Official Form 6E) (04/13) - Cont.

In re Todd-Soundelux, LLC
Debtor

Case No. 2:14-bk-19980-SK (if known)

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Paterson, Mark 818 18th Street Unit D Santa Monica, CA 90403 | | | Holiday wages (Union) | | | | 2,780.66 | 2,780.66 | |
| Account No. | | | | | | | | | |
| Payne, Michael J 500 N. Hollywood Way Burbank, CA 91505 | | | Holiday wages (Union) | | | | 672.33 | 672.33 | |
| Account No. | | | | | | | | | |
| Peterson, Dennis 21517 Velicata Street Woodland Hills, CA 91364 | | | Holiday wages (Union) | | | | 1,607.49 | 1,607.49 | |
| Account No. | | | | | | | | | |
| Peterson, Brian J 5245 Bellaire Avenue Valley Village, CA 91607 | | | Holiday wages (Union) | | | | 36.97 | 36.97 | 0.00 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | | Subtotals ▶ (Totals of this page) | | $ 5,097.45 | $ 5,097.45 | $ 0.00 |
| | | | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | $ | | |
| | | | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | $ |

## Right Panel

B6E (Official Form 6E) (04/13) - Cont.

In re Todd-Soundelux, LLC
Debtor

Case No. 2:14-bk-19980-SK (if known)

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Prestwood Smith, Michael 8577 Wonderland Ave. Los Angeles, CA 90046 | | | Holiday wages (Union) | | | | 194.26 | 194.26 | |
| Account No. | | | | | | | | | |
| Pugh, Alexander 400 W. Madison Avenue #4 Pasadena, CA 91101 | | | Holiday wages (Union) | | | | 32.75 | 32.75 | |
| Account No. | | | | | | | | | |
| Quiroz, Dwayne 1878 Ridgewood Dr. Camarillo, CA 93012 | | | Holiday wages (Union) | | | | 12.89 | 12.89 | |
| Account No. | | | | | | | | | |
| Raines, David J 525 N. Sycamore Avenue #221 Los Angeles, CA 90036 | | | Holiday wages (Union) | | | | 1,366.58 | 1,366.58 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | | Subtotals ▶ (Totals of this page) | | $ 1,606.48 | $ 1,606.48 | 0.00 |
| | | | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | $ | | |
| | | | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | $ |

American LegalNet, Inc.
www.FormsWorkFlow.com




Case 2:14-bk-19980-SK    Doc 148    Filed 07/21/14    Entered 07/21/14 16:22:05    Desc
Main Document    Page 42 of 134

B6E (Official Form 6E) (04/13)—Cont.

In re Todd-Soundelux, LLC                    Case No. 2:14-bk-19980-SK
                    Debtor                        (if known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Rose, Catherine L 8512 Tuscany Avenue #218 Playa del Rey, CA   90293 | | | Holiday wages (Union) | | | | 326.57 | 326.57 | |
| Account No. | | | | | | | | | |
| Schloemer, Martin Allan 4756 W 167Th Street Lawndale, CA   90260 | | | Holiday wages (Union) | | | | 1,110.57 | 1,110.57 | |
| Account No. | | | | | | | | | |
| Sephton, Robert L 5229 Carmenita Drive Oak Park, CA   91377 | | | Holiday wages (Union) | | | | 405.37 | 405.37 | |
| Account No. | | | | | | | | | |
| Serrano, Gabriel Joseph 145 N. Hamilton Drive #8 Beverly Hills, CA   90211 | | | Holiday wages (Union) | | | | 44.35 | 44.35 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal▶ (Totals of this page) | | | | $ 1,886.86 | $ 1,886.86 | 0.00 |
| | | | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Total▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

---

Case 2:14-bk-19980-SK    Doc 148    Filed 07/21/14    Entered 07/21/14 16:22:05    Desc
Main Document    Page 41 of 134

B6E (Official Form 6E) (04/13)—Cont.

In re Todd-Soundelux, LLC                    Case No. 2:14-bk-19980-SK
                    Debtor                        (if known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Ralsten, Stephen 27452 N Elderview Dr Valencia, CA   91354 | | | Holiday wages (Union) | | | | 699.89 | 699.89 | |
| Account No. | | | | | | | | | |
| Reese, Yuri A 1317 W. Clark Avenue Burbank, CA   91506 | | | Holiday wages (Union) | | | | 3,364.26 | 3,364.26 | |
| Account No. | | | | | | | | | |
| Rivera, Miguel 5645 Ponce Avenue Woodland Hills, CA   91367 | | | Holiday wages (Union) | | | | 490.63 | 490.63 | |
| Account No. | | | | | | | | | |
| Robinson, Stephen P 205 Joy Street Highland Park, CA   90042 | | | Holiday wages (Union) | | | | 366.32 | 366.32 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal▶ (Totals of this page) | | | | $ 4,921.10 | $ 4,921.10 | 0.00 |
| | | | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Total▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

## First Continuation Sheet

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC — Debtor — Case No. 2:14-bk-19980-SK (if known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Smith, Damien Michael 11741 Ricasoli Way Porter Ranch, CA  91326 | | | Holiday wages (Union) | | | | 622.26 | 622.26 | |
| Account No. Smith, William K 10854 Debra Ave. Granada Hills, CA  91344 | | | Holiday wages (Union) | | | | 2,335.55 | 2,335.55 | |
| Account No. Snell, Peter H 655 Hampshire Road #3 Westlake Village, CA  91361 | | | Holiday wages (Union) | | | | 117.14 | 117.14 | |
| Account No. Spain, Patrick J 2004 Apex Ave #4 Los Angeles, CA  90039 | | | Holiday wages (Union) | | | | 680.07 | 680.07 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal ▶ (Totals of this page) | | | | $ 3,755.02 | $ 3,755.02 | 0.00 |
| | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | $ |

## Second Continuation Sheet

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC — Debtor — Case No. 2:14-bk-19980-SK (if known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. St. John, Dean L 410 N Frederic St Upper Burbank, CA  91505 | | | Holiday wages (Union) | | | | 1,616.77 | 1,616.77 | |
| Account No. St. John, Alexander M 6542 Balcom Ave Reseda, CA  91335 | | | Holiday wages (Union) | | | | 1,592.70 | 1,592.70 | |
| Account No. Stanke, David C 21622 Glen Canyon Pl Santa Clarita, CA  91390 | | | Holiday wages (Union) | | | | 1,257.21 | 1,257.21 | |
| Account No. Stateman, Wylie 2801 Halsey Rd Topanga, CA  90290 | | | Holiday wages (Union) | | | | 6,027.21 | 6,027.21 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal ▶ (Totals of this page) | | | | $ 10,493.89 | $ 10,493.89 | 0.00 |
| | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | $ |



American LegalNet, Inc.
www.FormsWorkFlow.com



B6E (Official Form 6E) (04/13) - Cont.

In re Todd-Soundelux, LLC _____ ,   Case No. 2:14-bk-19980-SK _____
              Debtor                                              (if known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** Steele, Gregory, 1131 E Tujunga Ave, Burbank, CA 91501 | | | Holiday wages (Union) | | | | 1,241.32 | 1,241.32 | |
| **Account No.** Sterner, Elizabeth R, 3836 Clayton Avenue, Los Angeles, CA 90027 | | | Holiday wages (Union) | | | | 478.69 | 478.69 | |
| **Account No.** Suckley, Nathaniel Alison, 119 N. Lincoln Street, Burbank, CA 91506 | | | Holiday wages (Union) | | | | 238.16 | 238.16 | |
| **Account No.** Sullivan Coblentz, Rebecca S, 17438 Tuscan Drive, Granada Hills, CA 91321 | | | Holiday wages (Union) | | | | 1,247.99 | 1,247.99 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal ▶ (Totals of this page) | | | | $ 3,206.16 | $ 3,206.16 | $ 0.00 |
| | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |



Case 2:14-bk-19980-SK    Doc 148    Filed 07/21/14    Entered 07/21/14 16:22:05    Desc
Main Document    Page 46 of 134

B6E (Official Form 6E) (04/13) - Cont.

In re Todd-Soundelux, LLC _____ ,   Case No. 2:14-bk-19980-SK _____
              Debtor                                              (if known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** Sustar, Lucy, 535 S. Curson Ave. #10C, Los Angeles, CA 90036 | | | Holiday wages (Union) | | | | 45.22 | 45.22 | |
| **Account No.** Szakmeister, Michael, 25325 Bowie Ct., Stevenson Ranch, CA 91381 | | | Holiday wages (Union) | | | | 188.18 | 188.18 | |
| **Account No.** Tarlecki, Brian, 12730 Mitchell Avenue #4, Los Angeles, CA 90066 | | | Holiday wages (Union) | | | | 478.77 | 478.77 | |
| **Account No.** Teaney, Kenneth M, 9409 Via Yolanda, Burbank, CA 91504 | | | Holiday wages (Union) | | | | 1,287.41 | 1,287.41 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal ▶ (Totals of this page) | | | | $ 1,999.58 | $ 1,999.58 | $ 0.00 |
| | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

## Left Page

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC
Debtor

Case No. 2:14-bk-19980-SK
(if known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Thomas, Gretchen M<br>20908 Bilyeu<br>Bend, OR    97701 | | | Holiday wages<br>(Union) | | | | 120.87 | 120.87 | |
| Account No.<br>Thomas, Ceri G<br>10975 Bluffside Drive #1420<br>Studio City, CA 91604 | | | Holiday wages<br>(Union) | | | | 707.53 | 707.53 | |
| Account No.<br>Thomas, Jody H<br>3217 Canon Pl<br>Topanga, CA  90290 | | | Holiday wages<br>(Union) | | | | 248.71 | 248.71 | |
| Account No.<br>Tice, Jon<br>4284 Farmdale Ave<br>Studio City, CA 91604 | | | Holiday wages<br>(Union) | | | | 267.76 | 267.76 | |
| Sheet no. __ of __ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ▶ (Totals of this page) | | | | $ 1,344.87 | $ 1,344.87 | 0.00 |
| | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

Type of Priority for Claims Listed on This Sheet

## Right Page

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC
Debtor

Case No. 2:14-bk-19980-SK
(if known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Toenes, Richard W<br>11635 Mccormick St.<br>Valley Village, CA   91601 | | | Holiday wages<br>(Union) | | | | 433.95 | 433.95 | |
| Account No.<br>Townsend, Gregory C<br>1137 Coronado Street<br>Los Angeles, CA   90026 | | | Holiday wages<br>(Union) | | | | 108.20 | 108.20 | |
| Account No.<br>Treadwell, Tami<br>4437 Tujunga Ave. #3<br>Studio City, CA 91602 | | | Holiday wages<br>(Union) | | | | 1,266.32 | 1,266.32 | |
| Account No.<br>Turner, Johanna C<br>19113 Archwood St.<br>Reseda, CA    91335 | | | Holiday wages<br>(Union) | | | | 206.05 | 206.05 | |
| Sheet no. __ of __ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ▶ (Totals of this page) | | | | $ 2,014.52 | $ 2,014.52 | 0.00 |
| | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

Type of Priority for Claims Listed on This Sheet

American LegalNet, Inc.
www.FormsWorkFlow.com



B6E (Official Form 6E) (04/13) - Cont.

In re Todd-Soundelux, LLC
_____ Debtor _____    Case No. 2:14-bk-19980-SK (if known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Wesley, Gayle 19789 Northcliff Dr. Canyon Country, CA 91351 | | | Holiday wages (Union) | | | | 888.01 | 888.01 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Zebert, Eliza P 5725 Walk Avenue Encino, CA 91316 | | | Holiday wages (Union) | | | | 446.28 | 446.28 | |
| Account No. | | | | | | | | | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal ▶ (Totals of this page) | | | | $ 1,334.29 | $ 1,334.29 | 0.00 |
| | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Total ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

---

B6E (Official Form 6E) (04/13) - Cont.

In re Todd-Soundelux, LLC
_____ Debtor _____    Case No. 2:14-bk-19980-SK (if known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Van Slyke, David F 5038 Westwood Blvd. Culver City, CA 90230 | | | Holiday wages (Union) | | | | 626.69 | 626.69 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Weber, Loren Scott 25842 Tennyson Lane Stevenson Ranch, CA 91381 | | | Holiday wages (Union) | | | | 2,764.54 | 2,764.54 | |
| Account No. | | | | | | | | | |
| Weingart, Richard 95 Coronado Street Ventura, CA 93001 | | | Holiday wages (Union) | | | | 2,168.92 | 2,168.92 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal ▶ (Totals of this page) | | | | $ 5,560.15 | $ 5,560.15 | 0.00 |
| | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Total ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

American LegalNet, Inc.
www.FormsWorkFlow.com


American LegalNet, Inc.
www.FormsWorkFlow.com

## Left Panel

B6E (Official Form 6E) (04/13) - Cont.

In re Todd-Soundelux, LLC, Debtor    Case No. 2:14-bk-19980-SK (if known)

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>ANDREW DECRISTOFARO<br>8 PACKSADDLE ROAD<br>ROLLING HILLS, CA 90274 | | | Wages/Commissions - $18,966.77 Holiday wages (union) - $1,452.54 | | | | 20,419.31 | 12,475.00 | 7,944.31 |
| Account No.<br>DAVID MCMOYLER<br>1929 N. ROSE STREET<br>BURBANK, CA 91505 | | | Wages/Commissions - $2,152.31 Holiday wages (union) - $880.14 | | | | 3,032.45 | 3,032.45 | 0.00 |
| Account No.<br>JACKIE JONES<br>729 N. WILTON PL.<br>LOS ANGELES, CA 90038 | | | Wages/Commissions - $59,000.27 Vacation/Personal holiday wages (non-union) - $8,879.23 | | | | 67,881.50 | 12,475.00 | 55,406.50 |
| Account No.<br>Kelly Cabral<br>18760 Tuba Street<br>Northridge, CA 91324 | | | Wages/Commissions | | | | 5,301.52 | 5,301.52 | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ▶ (Totals of this page) | | | | $ 96,634.78 | $ 33,283.97 | $ 63,350.81 |
| | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | $ |

## Right Panel

B6E (Official Form 6E) (04/13) - Cont.

In re Todd-Soundelux, LLC, Debtor    Case No. 2:14-bk-19980-SK (if known)

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>KELLY OXFORD<br>5625 MARICOPA DR<br>SIMI VALLEY, CA 93063 | | | Wages/Commissions - $2,520.86 Holiday wages (union) - $1006.83 | | | | 3,527.69 | 3,527.69 | 0.00 |
| Account No.<br>MATTHEW WATERS<br>2321 DRAYTON AVE<br>THOUSAND OAKS, CA 91360 | | | Wages/Commissions - $11,406.00 Holiday wages (union) - $2,755.86 | | | | 14,161.86 | 12,475.00 | 1,686.86 |
| Account No.<br>MICHAEL WILHOIT<br>9834 BABBITT AVE<br>NORTHRIDGE, CA 91325 | | | Wages/Commissions - $3,716.93 Holiday wages (union) - $248.13 | | | | 3,965.06 | 3,965.06 | |
| Account No.<br>PETER BROWN<br>2437 18th St.<br>Santa Monica, CA 90405 | | | Wages/Commissions | | | | 33,151.00 | 12,475.00 | 20,676.00 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ▶ (Totals of this page) | | | | $ 54,805.61 | $ 32,442.75 | $ 22,362.86 |
| | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | $ |




American LegalNet, Inc.
www.FormsWorkFlow.com

## Left Sheet

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC
Debtor

Case No. 2:14-bk-19980-SK
(if known)

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. |  |  |  |  |  |  |  |  |  |
| SARA DURAN-SINGER 1151 FISKE ST PACIFIC PALISADES, CA 90272 |  |  | Severance |  |  |  | 27,187.50 | 12,475.00 | 14,712.50 |
| Account No. |  |  |  |  |  |  |  |  |  |
| Nisin Laniado 115 Southwood Circle Syosset, NY 11791 |  |  | Severance |  |  |  | 16,666.66 | 12,475.00 | 4,191.66 |
| Account No. |  |  |  |  |  |  |  |  |  |
| Gary Hecker 839 7th St. Hermosa Beach, CA 90254 |  |  | Severance |  |  |  | 129,375.00 | 12,475.00 | 116,900.00 |
| Account No. |  |  |  |  |  |  |  |  |  |
| MIKE MINKLER 6250 Hollywood Blvd Unit 50 Los Angeles, CA 90028 |  |  | Severance |  |  |  | 400,000.00 | 12,475.00 | 387,525.00 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims |  |  | Subtotals ▶ (Totals of this page) |  |  |  | $ 573,229.16 | $ 49,900.00 | $ 523,329.16 |
|  |  |  | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) |  |  |  | $ |  |  |
|  |  |  | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) |  |  |  |  | $ | $ |

## Right Sheet

B6E (Official Form 6E) (04/13) – Cont.

In re Todd-Soundelux, LLC
Debtor

Case No. 2:14-bk-19980-SK
(if known)

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)



| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. |  |  |  |  |  |  |  |  | 0.00 |
| FRANCHISE TAX BOARD P.O. BOX 942857 SACRAMENTO, CA 94257-0531 |  |  | Taxes |  |  |  | 3,332.09 | 3,332.09 |  |
| Account No. |  |  |  |  |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |  |  |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims |  |  | Subtotals ▶ (Totals of this page) |  |  |  | $ 3,332.09 | $ 3,332.09 | $ 0.00 |
|  |  |  | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) |  |  |  | $ 989,752.24 |  |  |
|  |  |  | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) |  |  |  |  | $ 357,637.83 | $ 632,114.41 |



American LegalNet, Inc.
www.FormsWorkFlow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC,
Debtor

Case No. 2:14-bk-19980-SK
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Advisors, LLP<br>11911 San Vicente Blvd, Ste 265<br>Los Angeles, CA 90049 | | | Trade debt | | | | 1,400.00 |
| ACCOUNT NO.<br>Air Conditioning Solutions Inc<br>2233 El Sol Ave<br>Altadena, CA 91001 | | | Trade debt | | | | 6,242.34 |
| ACCOUNT NO.<br>Allied Waste Services<br>PO Box 78829<br>Phoenix, AZ 85062-8829 | | | Trade debt | | | | 3,125.73 |
| ACCOUNT NO.<br>Amazing J. Landscaping Services<br>537 San Pascual Ave<br>Los Angeles, CA 90042 | | | Trade debt | | | | 300.00 |
| ACCOUNT NO.<br>American Hi Definition<br>2 Beta Drive<br>Pittsburgh, PA 15238 | | | Trade debt | | | | 3,595.00 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 14,663.07

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

---

B6F (Official Form 6F) (12/07)

In re Todd-Soundelux, LLC,
Debtor

Case No. 2:14-bk-19980-SK
(If known)

# AMENDED SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>7080 Hollywood LLC<br>Dept 9385<br>Los Angeles, CA 90084-9385 | | | Trade debt | | | | 30,873.23 |
| ACCOUNT NO.<br>900 Seward Hollywood, LLC<br>3103 Nelson Way, Ste A<br>Santa Monica, CA 90405 | | | Trade debt | | | | 100,787.50 |
| ACCOUNT NO.<br>ACCO Engineered Systems<br>6265 San Fernando Rd<br>Glendale, CA 91202 | | | Trade debt | | | | 3,475.00 |
| ACCOUNT NO.<br>Advanced Audio<br>3096 N. Clybourn Ave<br>Burbank, CA 91505 | | | Trade debt | | | | 1,200.00 |

___ continuation sheets attached

Subtotal ▶ $ 136,335.73

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

Case No. 2:14-bk-19980-SK (if known)

In re Todd Soundelux, LLC, Debtor

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. APPLE COMPUTER, INC. P O BOX 846095 DALLAS, TX 75284-6095 | | | Trade debt | | | | 1,177.84 |
| ACCOUNT NO. APPLEONE EMPLOYMENT SERVICES PO BOX 29048 GLENDALE, CA 91209 | | | Trade debt | | | | 20,196.84 |
| ACCOUNT NO. AQUA-TECH BACKFLOW SERVICES INC 2275 HUNTINGTON DR # 875 SAN MARINO, CA 91108 | | | Trade debt | | | | 270.00 |
| ACCOUNT NO. ARROWHEAD DIRECT #215 6661 DIXIE HWY, SUITE 4 LOUISVILLE, KY 40258 | | | Trade Debt | | | | 2,361.63 |
| ACCOUNT NO. ARU LLC 625 N. MICHIGAN AVE STE 2400 CHICAGO, IL 60611 | | | Trade debt | | | | 1,150.00 |

Sheet no. ____ of ____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 25,156.31

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

---

B6F (Official Form 6F) (12/07) - Cont.

Case No. 2:14-bk-19980-SK (if known)

In re Todd Soundelux, LLC, Debtor

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. Andersen Commercial Plumbing INC 190 E Arrow Hwy, Suite H | | | Trade debt | | | | 265.00 |
| ACCOUNT NO. Anixter PO Box 847428 Dallas, TX 75284-7428 | | | Trade debt | | | | 410.00 |
| ACCOUNT NO. Anna Mackenzie 2207 E. Ocean Park Blvd Santa Monica, CA 90406 | | | Trade debt | | | | 425.00 |

Sheet no. ____ of ____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 1,843.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

Case 2:14-bk-19980-SK   Doc 148   Filed 07/21/14   Entered 07/21/14 16:22:05   Desc
Main Document    Page 60 of 134

In re Todd-Soundelux, LLC,   Debtor    Case No. 2:14-bk-19980-SK (if known)

AMENDED

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AUDIO RENTS<br>1541 NORTH WILCOX AVE.<br>HOLLYWOOD, CA 90028 | | | Trade debt | | | | 140.00 |
| ACCOUNT NO.<br>AUDIO RUCKUS<br>10 S 5TH ST., SUITE # 440<br>MINNEAPOLIS, MN 55402 | | | Trade debt | | | | 1,400.00 |
| ACCOUNT NO.<br>BAGEL BROKER MANAGEMENT GROUP<br>7825 Beverly Blvd.<br>Los Angeles, CA 90036 | | | Trade debt | | | | 1,238.98 |
| ACCOUNT NO.<br>BERKE-WEISS & PECHMAN LLP<br>488 Madison Avenue<br>New York, NY 10022 | | | Trade Debt | | | | 1,260.00 |
| ACCOUNT NO.<br>BLUE PLANET SOUND<br>P.O. BOX 30291<br>HONOLULU, HI 96820-9998 | | | Trade debt | | | | 439.79 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $   4,478.77

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

Case 2:14-bk-19980-SK   Doc 148   Filed 07/21/14   Entered 07/21/14 16:22:05   Desc
Main Document    Page 59 of 134

In re Todd-Soundelux, LLC,   Debtor    Case No. 2:14-bk-19980-SK (if known)

AMENDED

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ASCENT MEDIA GROUP LLC<br>PO BOX 816288<br>DALLAS, TX 75381 | | | Trade debt | | | | 379,734.02 |
| ACCOUNT NO.<br>ASSOCIATED PRODUCTION MUSIC LLC<br>6255 SUNSET BLVD STE 900<br>HOLLYWOOD, CA 90028-9084 | | | Trade debt | | | | 470.00 |
| ACCOUNT NO.<br>AT&T<br>AT&T PO BOX 5094<br>Carol Stream, IL 60197-5094 | | | Trade debt | | | | 27,315.59 |
| ACCOUNT NO.<br>AT&T LONG DISTANCE<br>PO BOX 5017<br>CAROL STREAM IL 60197-5017 | | | Trade Debt | | | | 1,934.34 |
| ACCOUNT NO.<br>Atomic Sound Post Production Services<br>Attn: Thomas E de Gorter<br>P.O. Box 802211<br>Valencia, Ca. 91380-2211 | | | Trade debt | | | | 33,000.00 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $   442,453.95

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC, Debtor    Case No. 2:14-bk-19980-SK (if known)

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  MANUEL CASTRO CASTRO JANITOR SERVICES P.O. BOX 30644 LOS ANGELES CA 90030-0644 | | | Trade debt | | | | 14,650.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO.  CHURCH AUDIO POST 11822 W. JEFFERSON BLVD CULVER CITY, CA 90230 | | | Trade debt | | | | 388.20 |
| | | | | | Subtotal ▶ | | $ 15,094.20 |
| | | | | | Total ▶ | | $ |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

---

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC, Debtor    Case No. 2:14-bk-19980-SK (if known)

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO.  CAL-PACIFIC PRINTING 2306 Fox Hills Dr., #302 LOS ANGELES, CA 90064 | | | Trade debt | | | | 479.00 |
| ACCOUNT NO.  Capital Fire Protection 5007 Lodge Ave North Hollywood, CA 91601 | | | Trade Debt | | | | 334.00 |
| ACCOUNT NO.  CAPTAIN AUDIO SOUND EDITORIAL 215 NORTH NAOMI STREET BURBANK, CA 91505 | | | Trade debt | | | | 7,650.00 |
| | | | | | Subtotal ▶ | | $ 9,147.00 |
| | | | | | Total ▶ | | $ |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

## Right Form

Case 2:14-bk-19980-SK   Doc 148   Filed 07/21/14   Entered 07/21/14 16:22:05   Desc
Main Document   Page 64 of 134

B6F (Official Form 6F) (12/07) - Cont.   Case No. 2:14-bk-19980-SK   (if known)

In re Todd Sonneblex, LLC,
Debtor

AMENDED

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. COHNREZNICK, LLP 1900 AVENUE OF THE STARS, 28TH FLR LOS ANGELES, CA 90067 | | | Trade debt | | | | 15,000.00 |
| ACCOUNT NO. EDGEWISE MEDIA/COMTEL PRO MEDIA PO BOX 75614 Cleveland, OH 44101-4755 | | | Trade debt | | | | 1,137.61 |
| ACCOUNT NO. COSTCO MEMBERSHIP PO Box 34783 Seattle WA 98124-1783 | | | Trade debt | | | | 165.00 |
| ACCOUNT NO. CROWD CONTROL GROUP, LLC 1040 N. LAS PALMAS, BLDG. 19 HOLLYWOOD, CA 90038 | | | Trade Debt | | | | 2,800.00 |
| ACCOUNT NO. DCI CORPORATE PO BOX 79910 Baltimore, MD 21279-0910 | | | Trade debt | | | | 1,200.00 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 20,302.61

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkFlow.com

## Left Form

Case 2:14-bk-19980-SK   Doc 148   Filed 07/21/14   Entered 07/21/14 16:22:05   Desc
Main Document   Page 63 of 134

B6F (Official Form 6F) (12/07) - Cont.   Case No. 2:14-bk-19980-SK   (if known)

In re Todd Sonneblex, LLC,
Debtor

AMENDED

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CITY OF BURBANK COMMUNITY DEVELOPMENT DEPT/BUILDING DIV PO BOX 6459 BURBANK, CA 91510-6459 | | | Trade debt | | | | 388.20 |
| ACCOUNT NO. CITY OF LOS ANGELES BUILDING & SAFETY P.O. BOX 514260 LOS ANGELES, CA 90051-4260 | | | Trade debt | | | | 174.96 |
| ACCOUNT NO. CITY OF SANTA MONICA POLICE DEPARTM ATTN: FALSE ALARM BILLING 333 OLYMPIC DRIVE SANTA MONICA, CA 90401 | | | Trade debt | | | | 329.72 |
| ACCOUNT NO. CLIMATE CONTROLLED STORAGE VAULTS INC P O BOX 926 Los Angeles, CA 90028 | | | Trade debt | | | | 1,200.00 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 3,823.88

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkFlow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC, Debtor          Case No. 2:14-bk-19980-SK (if known)

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. DOCUMEDIA GROUP 2182 DUPONT DRIVE UNIT 2 IRVINE, CA 92612 | | | Trade debt | | | | 1,034.61 |
| ACCOUNT NO. DOCUSOURCE, LLC 13100 ALONDRA BLVD STE 108 CERRITOS, CA 90703 | | | Trade debt | | | | 85.00 |
| ACCOUNT NO. DOLBY LABORATORIES INC 16841 COLLECTIONS CENTER DR CHICAGO, IL 60693 | | | Trade debt | | | | 2,150.00 |
| ACCOUNT NO. DOPPLER STUDIOS INC 1922 PIEDMONT CIR NE ATLANTA, GA 30324 | | | Trade Debt | | | | 632.50 |
| ACCOUNT NO. EDNET 1291 SW 29TH AVE POMPANO BEACH, FL 33069 | | | Trade debt | | | | 33,818.17 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 37,720.28

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

---

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC, Debtor          Case No. 2:14-bk-19980-SK (if known)

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. DESIGN FX P.O. BOX 491087 LOS ANGELES, CA 90049 | | | Trade debt | | | | 6,300.00 |
| ACCOUNT NO. DIALOGUE AUDIO RESTORATION 2905 HARKNESS S MANHATTAN BEACH, CA 90266 | | | Trade debt | | | | 11,190.00 |
| ACCOUNT NO. DIRECT TV PO BOX 60036 LOS ANGELES, CA 90060-0036 | | | Trade debt | | | | 491.50 |
| ACCOUNT NO. DISCOVERY STUDIOS LLC ONE DISCOVERY PL SILVER SPRING, MD 20910-3354 | | | Trade Debt | | | | 491.00 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 19,194.50

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

## Form 1 (Page 68 of 134)

B6F (Official Form 6F)

In re: Todd-Soundelux, LLC, Debtor

Case No. 2:14-bk-19980-SK (if known)

AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. GRAHAM COMPANY 28231 AVENUE CROCKER #50 VALENCIA, CA 91355 | | | Trade debt | | | | 240.00 |
| ACCOUNT NO. GRAYCON INC. 232 8TH AVENUE CITY OF INDUSTRY, CA 91746-3200 | | | Trade debt | | | | 1,063.06 |
| ACCOUNT NO. GSI US 7887 Washington Village Dr Suite 300 Dayton, OH 45459-8605 | | | Trade debt | | | | 715.00 |
| ACCOUNT NO. Harell Electric Co. Inc. 7531 WHEATLAND AVE SUN VALLEY, CA 91352 | | | Trade Debt | | | | 519.79 |
| ACCOUNT NO. HIGHLAND COMMERCIAL ROOFING 5105 HEINTZ STREET BALDWIN PARK, CA 91706 | | | Trade debt | | | | 300.00 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | Subtotal ► | $ 2,837.85 |
| | | | | | | Total ► (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

American LegalNet, Inc.
www.FormsWorkFlow.com

## Form 2 (Page 67 of 134)

B6F (Official Form 6F)

In re: Todd-Soundelux, LLC, Debtor

Case No. 2:14-bk-19980-SK (if known)

AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. THE ESPRESSO MASTERS ATTN: ANDREW SWANSON 14701 ARMINTA STREET VAN NUYS, CA 91402 | | | Trade debt | | | | 2,083.94 |
| ACCOUNT NO. FEDEX PO BOX 7221 PASADENA, CA 91109-7321 | | | Trade debt | | | | 94.39 |
| ACCOUNT NO. FULL CIRCLE RECYCLING COMPANY 13222 Estrella Ave. Gardena, CA 90248 | | | Trade Debt | | | | 300.00 |
| ACCOUNT NO. GOURMET COFFEE SERVICE, INC. PO BOX 8318 VAN NUYS, CA 91409 | | | Trade debt | | | | 2,294.96 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | Subtotal ► | $ 4,802.29 |
| | | | | | | Total ► (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

American LegalNet, Inc.
www.FormsWorkFlow.com

---

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC ,
Debtor

Case No. 2:14-bk-19980-SK
(if known)

**AMENDED**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>JAM PRODUCTIONS INC<br>2806 AZALEA PLACE<br>NASHVILLE, TN 37204 | | | Trade debt | | | | 500.00 |
| ACCOUNT NO.<br>JAMESTOWN LANTANA NORTH, L.P.<br>PO BOX 31001-2064<br>PASADENA, CA 91110-2064 | | | Trade debt | | | | 287,482.54 |
| ACCOUNT NO.<br>JIVAN TAHMIZIAN<br>3730 RANCH TOP RD<br>PASADENA, CA 91107 | | | Trade Debt | | | | 23,600.00 |
| ACCOUNT NO.<br>JOAN ROWE<br>311 VIRGINIA STREET, #A<br>EL SEGUNDO, CA 90245 | | | Trade debt | | | | 36,900.00 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | Subtotal ▶ | $    350,283.54 |
| | | | | | | Total ▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

American LegalNet, Inc.
www.FormsWorkflow.com

---

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC ,
Debtor

Case No. 2:14-bk-19980-SK
(if known)

**AMENDED**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>HILDEBERTO CRUZ<br>3835 w. 7th ST, Apt 11<br>Los Angeles, CA 90005 | | | Trade debt | | | | 270.00 |
| ACCOUNT NO.<br>HOLLYWOOD VINYL SIGNS<br>922 N. GARDNER STREET<br>W. HOLLYWOOD, CA 90046 | | | Trade debt | | | | 438.18 |
| ACCOUNT NO.<br>INTERDUBS, LLC<br>2054 BROADWAY<br>SANTA MONICA, CA 90404 | | | Trade debt | | | | 1,623.03 |
| ACCOUNT NO.<br>IRON MOUNTAIN<br>P.O. BOX 601002<br>PASADENA, CA 91189-1002 | | | Trade debt | | | | 2,875.10 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | Subtotal ▶ | $    5,206.31 |
| | | | | | | Total ▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

American LegalNet, Inc.
www.FormsWorkflow.com

## Table 1

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC ,                                    Case No. 2:14-bk-19980-SK
                Debtor                                                    (if known)

**AMENDED**

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. <br> KROLL BACKGROUND AMERICA, INC. <br> P.O. Box 847514 <br> DALLAS, TX 75284-7514 | | | Trade debt | | | | 314.00 |
| ACCOUNT NO. <br> LA DWP <br> P.O. BOX 30808 <br> LOS ANGELES, CA 90030-0808 | | | Trade debt | | | | 52,158.43 |
| ACCOUNT NO. <br> LAZ PARKING <br> 3000 Olympic Blvd Suite 1450 <br> Santa Monica, CA 90404 | | | Trade Debt | | | | 8,598.25 |
| ACCOUNT NO. <br> LCFRE SM Arizona, LP <br> P.O. Box 844118 <br> Los Angeles, CA 90084-4118 | | | Trade debt | | | | 87,338.90 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 148,409.58

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

## Table 2

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC ,                                    Case No. 2:14-bk-19980-SK
                Debtor                                                    (if known)

**AMENDED**

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> LEFTS DUB, INC. <br> ATTN: BOB BEEMER <br> 815 LACHMAN LANE <br> PACIFIC PALISADES, CA 90272 | | | Trade debt | | | | 11,207.01 |
| ACCOUNT NO. <br> Level 3 Post <br> 2901 Alameda <br> Burbank, CA 91505 | | | Trade debt | | | | 5,500.00 |
| ACCOUNT NO. <br> LOGISTIC PARKING INC. <br> 11271 VENTURA BLVD. SUITE 103 <br> STUDIO CITY, CA 91604 | | | Trade debt | | | | 3,088.00 |
| ACCOUNT NO. <br> LOS ANGELES SIGN COMPANY <br> Qhun Pro Inc <br> 3505 Motor Ave <br> Los Angeles, CA 90034 | | | Trade Debt | | | | 1,667.68 |
| ACCOUNT NO. <br> LOS ANGELES TIMES <br> 202 W. First Street, 6th Floor <br> Los Angeles, CA 90012 | | | Trade debt | | | | 122.84 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 21,585.53

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

## Document 1

Case 2:14-bk-19980-SK  Doc 148  Filed 07/21/14  Entered 07/21/14 16:22:05  Desc
Main Document  Page 74 of 134

B6F (Official Form 6F) (12/07) - Cont.  Case No. 2:14-bk-19980-SK (if known)

In re Todd-Soundelux, LLC, Debtor

AMENDED

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. MARSHALL M. MILLER ASSOCIATES,INC. 3000 MARCUS AVENUE SUITE 3W8 LAKE SUCCESS, NY 11042 | | | Trade debt | | | | 1,250.00 |
| ACCOUNT NO. Martin Alonso Zevallos 1657 12TH STREET SANTA MONICA, CA 90404 | | | Trade debt | | | | 382.50 |
| ACCOUNT NO. MCMASTER-CARR SUPPLY CO P.O. BOX 7690 CHICAGO, IL 60680-7690 | | | Trade debt | | | | 333.00 |
| ACCOUNT NO. MCS RECORDING STUDIOS 550 Queen St. E Suite G-100 Toronto, ON M5A 1V2 | | | Trade Debt | | | | 497.00 |
| ACCOUNT NO. MESSENGERS INC 4402 W. MAGNOLIA BLVD BURBANK, CA 91505 | | | Trade debt | | | | 160.50 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 2,623.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

## Document 2

Case 2:14-bk-19980-SK  Doc 148  Filed 07/21/14  Entered 07/21/14 16:22:05  Desc
Main Document  Page 73 of 134

B6F (Official Form 6F) (12/07) - Cont.  Case No. 2:14-bk-19980-SK (if known)

In re Todd-Soundelux, LLC, Debtor

AMENDED

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. MANHATTAN BEATGRUPO PANACEA, S.A. DE C.V. GRAL. SALVADOR ALVARADO NO. 8 INT. 501 COL. HIPODROMO CONDESA MEXICO, D.F. C.P. 06170 | | | Trade debt | | | | 450.00 |
| ACCOUNT NO. MIRROR IMAGE AUDIO LLC 21815 W. JEFFERS LANE, SANTA CLARITA, CA 91350 | | | Trade debt | | | | |
| ACCOUNT NO. NOISYBEAU INC. 549 SAN JUAN AVE., APT. W VENICE CA 90291 | | | Trade debt | | | | 16,046.03 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 16,496.03

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

---

Case 2:14-bk-19980-SK   Doc 148   Filed 07/21/14   Entered 07/21/14 16:22:05   Desc
Main Document   Page 76 of 134

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC,
Debtor
Case No. 2:14-bk-19980-SK (if known)

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. MOVING IMAGE TECHNOLOGIES 17760 NEWHOPE STREET FOUNTAIN VALLEY CA 92708 | | | Trade debt | | | | 964.65 |
| ACCOUNT NO. ORKIN PEST CONTROL PO BOX 7161 PASADENA, CA 91109-7161 | | | Trade debt | | | | 259.68 |
| ACCOUNT NO. OSCAR ESTEVEZ DE JERONIMO 3760 S. JASMINE AVENUE, #21 LOS ANGELES, CA 90034 | | | Trade Debt | | | | 600.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 2,259.33

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

---

Case 2:14-bk-19980-SK   Doc 148   Filed 07/21/14   Entered 07/21/14 16:22:05   Desc
Main Document   Page 75 of 134

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC,
Debtor
Case No. 2:14-bk-19980-SK (if known)

AMENDED

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. MINKLER CORPORATION 6250 Hollywood Blvd Unit 50 Los Angeles, CA 90028 | | | Trade debt | | | | 61,538.40 |
| ACCOUNT NO. MITCHELL SILBERBERG & KNUPP LLP 11377 WEST OLYMPIC BLVD LOS ANGELES, CA 90064-1683 | | | Trade debt | | | | 2,790.14 |
| ACCOUNT NO. MOBILE MINI PO BOX 7144 Pasadena CA 91109-7144 | | | Trade debt | | | | 1,132.82 |
| ACCOUNT NO. MOTION PICTURE INDUSTRY, SOUNDELUX PO BOX 1999 STUDIO CITY, CA 91604 | | | Trade Debt | | | | 58,922.57 |
| ACCOUNT NO. MOTION PICTURE INDUSTRY, TODD AO PO BOX 1999 STUDIO CITY, CA 91604 | | | Trade debt | | | | 164,328.14 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 288,712.07

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

## (First form — Page 78 of 134)

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC.,    Debtor    Case No. 2:14-bk-19980-SK (if known)

**AMENDED**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PITNEY BOWES GLOBAL FINANCIAL SERVI<br>PO BOX 371887<br>PITTSBURGH, PA 15250-7887 | | | Trade debt | | | | 721.17 |
| ACCOUNT NO.<br>PITNEY BOWES PURCHASE POWER<br>PO BOX 371874<br>PITTSBURGH, PA 15250-7874 | | | Trade debt | | | | 1,010.48 |
| ACCOUNT NO.<br>POLYLABEL.COM<br>196 MCINTYRE DRIVE, UNIT 1<br>KITCHENER, ONTARIO<br>N2R 1H4 | | | Trade debt | | | | 173.75 |
| ACCOUNT NO.<br>PREMIERE GLOBAL SERVICES<br>PO Box 404351<br>Atlanta, GA 30384-4351 | | | | | | | 1.91 |
| ACCOUNT NO.<br>RANDSTAD Professionals<br>12516 Collection Center Drive<br>Chicago, IL 60693 | | | Trade debt | | | | 10,703.00 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 12,610.31

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

## (Second form — Page 77 of 134)

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC.,    Debtor    Case No. 2:14-bk-19980-SK (if known)

**AMENDED**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PARAGON MICRO INC<br>DEPARTMENT 7116<br>CAROL STREAM, IL 60122-7116 | | | Trade debt | | | | 1,057.97 |
| ACCOUNT NO.<br>PCM PC MALL<br>FILE 55327<br>LOS ANGELES, CA 90074-5327 | | | Trade debt | | | | 375.11 |
| ACCOUNT NO.<br>PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY 40285-6390 | | | Trade debt | | | | 137.83 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 1,606.91

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.    Case 2:14-bk-19980-SK    Doc 148    Filed 07/21/14    Entered 07/21/14 16:22:05    Desc
Main Document    Page 80 of 134

In re Todd Soundelux, LLC, __Debtor__    Case No. 2:14-bk-19980-SK (if known)

**AMENDED**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ROBB HUTZAL 28 Brookpark Mews SW Calgary, Alberta, Canada T2W 2P3 | | | Trade debt | | | | 8.00 |
| ACCOUNT NO. SCOTT CAMPBELL COMPANY 2532 EAST 40TH STREET VERNON, CA 90058 | | | Trade debt | | | | 795.00 |
| ACCOUNT NO. SERVICE BY AIR INC P.O. BOX 7777 OLD BETHPAGE, NY 11804-0060 | | | Trade debt | | | | 1,050.00 |
| ACCOUNT NO. SINC PRODUCTIONS 1138 S. FLOWER ST #17 LOS ANGELES, CA 90015 | | | Trade debt | | | | 50,200.00 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | Subtotal ▶ | $ 52,053.00 |
| | | | | | | Total ▶ (Use only on last page of the completed Schedule F.) | $ |
| | | | | | (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | | |

American LegalNet, Inc.
www.FormsWorkflow.com

---

B6F (Official Form 6F) (12/07) - Cont.    Case 2:14-bk-19980-SK    Doc 148    Filed 07/21/14    Entered 07/21/14 16:22:05    Desc
Main Document    Page 79 of 134

In re Todd Soundelux, LLC, __Debtor__    Case No. 2:14-bk-19980-SK (if known)

**AMENDED**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Reel to Reel Studios, Inc. 14 CANYON RIDGE DRIVE ROCKWALL, TX 75087 | | | Trade debt | | | | 2.00 |
| ACCOUNT NO. RELAMPIT 50 ORVILLE DR STE 3 BOHEMIA, NY 11716 | | | Trade debt | | | | 2,200.00 |
| ACCOUNT NO. RJS SODA SERVICE INC 2300 PECK ROAD WHITTIER, CA 90601 | | | Trade debt | | | | 60.00 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | Subtotal ▶ | $ 2,289.00 |
| | | | | | | Total ▶ (Use only on last page of the completed Schedule F.) | $ |
| | | | | | (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | | |

American LegalNet, Inc.
www.FormsWorkflow.com

## Upper Document

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC., _____ Debtor

Case No. 2:14-bk-19980-SK (if known)

AMENDED

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. SOUNDLINE INC 11166 GAULT ST NORTH HOLLYWOOD, CA 91605 | | | Trade debt | | | | 400.00 |
| ACCOUNT NO. SOUNDTRACK 936 Broadway New York, NY 10010 | | | Trade debt | | | | 4,571.25 |
| ACCOUNT NO. SOUTHERN CALIFORNIA EDISON P.O. BOX 300 ROSEMEAD, CA 91772-0001 | | | Trade debt | | | | 29,591.99 |
| ACCOUNT NO. SOVEREIGN SOUND INC 15458 CABRITO RD. STAGE A VAN NUYS, CA 91406 | | | Trade Debt | | | | 36,060.00 |
| ACCOUNT NO. SPARKLETTS DRINKING WATER PO BOX 660579 DALLAS, TX 75266-0579 | | | Trade debt | | | | 849.83 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 71,473.07

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

## Lower Document

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC., _____ Debtor

Case No. 2:14-bk-19980-SK (if known)

AMENDED

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Slate Run Productions 6115 Margarido Dr. Oakland, CA 94618 | | | Trade debt | | | | 443.75 |
| ACCOUNT NO. SLICK SOUNDS 5038 WESTWOOD BLVD CULVER CITY, CA 90230 | | | Trade debt | | | | 7,569.74 |
| ACCOUNT NO. SNAPPER HEAD, INC 14704 SUTTON STREET SHERMAN OAKS, CA 91403 | | | Trade debt | | | | 14,999.99 |
| ACCOUNT NO. SONY ELECTRONICS INC PO Box 100172 Pasadena, CA 91189-0172 | | | Trade Debt | | | | 4,833.00 |
| ACCOUNT NO. | | | Trade debt | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 27,846.48

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.   Case 2:14-bk-19980-SK   Doc 148   Filed 07/21/14   Entered 07/21/14 16:22:05   Desc
Main Document   Page 84 of 134

In re Todd-Soundelux, LLC,   Debtor   Case No. 2:14-bk-19980-SK (if known)

AMENDED
SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| THE GAS COMPANY P O BOX C MONTEREY PARK, CA 91756 | | | Trade debt | | | | 3,975.61 |
| ACCOUNT NO. | | | | | | | |
| THYSSENKRUPP ELEVATOR CORP P.O. BOX 933013 ATLANTA, GA 31193-3013 | | | Trade debt | | | | 1,990.48 |
| ACCOUNT NO. | | | | | | | |
| TIMBRE INC. 21313 OAK ORCHARD RD. NEWHALL, CA 91321 | | | Trade Debt | | | | 5,437.99 |
| ACCOUNT NO. | | | | | | | |
| TIME WARNER CABLE PO BOX 60074 City of Industry, CA 91716-0074 | | | Trade debt | | | | 457.18 |

Sheet no. ____ of ____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 12,161.26
Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

---

B6F (Official Form 6F) (12/07) - Cont.   Case 2:14-bk-19980-SK   Doc 148   Filed 07/21/14   Entered 07/21/14 16:22:05   Desc
Main Document   Page 83 of 134

In re Todd-Soundelux, LLC,   Debtor   Case No. 2:14-bk-19980-SK (if known)

AMENDED
SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| SPECIAL T WATER SYSTEMS, INC P. O. Box 165 WHITTIER, CA 90608-0165 | | | Trade debt | | | | 92.00 |
| ACCOUNT NO. | | | | | | | |
| STANDARD PARKING 7080 HOLLYWOOD BLVD SUITE #1004 Hollywood, CA 90028 | | | Trade debt | | | | 19,050.00 |
| ACCOUNT NO. | | | | | | | |
| STAPLES ADVANTAGE Dept LA PO Box 83689 Chicago, IL 60696-3689 | | | Trade debt | | | | 883.86 |
| ACCOUNT NO. | | | | | | | |
| SUPERIOR ALARM SYSTEMS PO Box 10084 CANOGA PARK, CA 91309 | | | Trade Debt | | | | 1,007.38 |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____ of ____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 21,033.24
Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

---

**B6F (Official Form 6F) (12/07) - Cont.**

In re Todd-Soundelux, LLC ,
Debtor

Case No. 2:14-bk-19980-SK (if known)

**AMENDED**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>TREW AUDIO LOS ANGELES, INC<br>3325 CAHUENGA BLVD WEST<br>LOS ANGELES, CA 90068-1327 | | | Trade debt | | | | 165.00 |
| ACCOUNT NO.<br>TW TELECOM<br>P.O. BOX 172567<br>DENVER, CO 80217-2567 | | | Trade debt | | | | 3,092.51 |
| ACCOUNT NO.<br>TYCO INTEGRATED SECURITY<br>PO BOX 371967<br>PITTSBURGH, PA 15250-7967 | | | Trade debt | | | | 2,521.26 |
| ACCOUNT NO.<br>UPS<br>PO Box 894820<br>Los Angeles, CA 90189-4820 | | | Trade Debt | | | | 1.43 |
| ACCOUNT NO.<br>VERIZON CALIFORNIA<br>PO BOX 920041<br>DALLAS, TX 75392-0041 | | | Trade debt | | | | 1,853.52 |

Sheet no. ____ of ____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 7,633.72

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

---

**B6F (Official Form 6F) (12/07) - Cont.**

In re Todd-Soundelux, LLC ,
Debtor

Case No. 2:14-bk-19980-SK (if known)

**AMENDED**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>VERIZON WIRELESS<br>PO BOX 660108<br>Dallas, TX 75266-0108 | | | Trade debt | | | | 2,184.31 |
| ACCOUNT NO.<br>VIRTUAL GRAFFITI INC<br>9979 MUIRLANDS BLVD.<br>IRVINE CA 92618 | | | Trade debt | | | | 1,400.00 |
| ACCOUNT NO.<br>WESTERN EXTERMINATOR CO.<br>3333 W. TEMPLE ST.<br>LOS ANGELES, CA 90026 | | | Trade debt | | | | 382.50 |
| ACCOUNT NO.<br>WESTLAKE PRO, INC<br>4101 LANKERSHIM BLVD<br>NORTH HOLLYWOOD, CA 91602 | | | Trade Debt | | | | 829.41 |
| ACCOUNT NO.<br>WRECKER PRODUCTIONS<br>ATTN: GARY HECKLER<br>839 7TH STREET<br>HERMOSA BEACH, CA 90254 | | | Trade debt | | | | 20,143.43 |

Sheet no. ____ of ____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 24,939.65

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

Case 2:14-bk-19980-SK   Doc 148   Filed 07/21/14   Entered 07/21/14 16:22:05   Desc
Main Document   Page 87 of 134

In re Todd-Soundelux, LLC, _____ Debtor   Case No. 2:14-bk-19980-SK (if known)

**AMENDED**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>XYTECH SYSTEMS CORPORATION ATTN: ACCOUNTS RECEIVABLE 15451 SAN FERNANDO MISSION BLVD MISSION HILLS, CA 91345 | | | Trade debt | | | | 3,500.00 |
| ACCOUNT NO.<br>ZAYO GROUP PO Box 952136 Dallas, TX 75395-2136 | | | Trade debt | | | | 93,796.39 |
| ACCOUNT NO.<br>Empire Investment Holdings, LLC 1000 NW 57th Ct, Suite 900 Miami, FL 33126 | | | Loans | | | | 2,126,462.00 |
| ACCOUNT NO.<br>Accountemps P.O. BOX 743295 Los Angeles, CA 90074-3295 | | | Trade debt | | | | 1,520.00 |
| ACCOUNT NO.<br>Antonio Cleaning Services 8207 Langdon Avenue, #100 Van Nuys, CA 91406 | | | Trade debt | | | | 9,200.00 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $  2,234,478.39

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

---

B6F (Official Form 6F) (12/07) - Cont.

Case 2:14-bk-19980-SK   Doc 148   Filed 07/21/14   Entered 07/21/14 16:22:05   Desc
Main Document   Page 88 of 134

In re Todd-Soundelux, LLC, _____ Debtor   Case No. 2:14-bk-19980-SK (if known)

**AMENDED**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ABM Parking Services ALAMEDA MEDIA BUILDING 2901 W. Alameda Ave. Burbank, CA 91505 PARKING OFFICE - LEVEL P2 | | | Trade debt | | | | 225.00 |
| ACCOUNT NO.<br>ADS Recording 8006 SE 17TH STREET PORTLAND, OR 97202-6717 | | | Trade debt | | | | 195.00 |
| ACCOUNT NO.<br>American Express CPC REMITTANCE PROCESSING P.O. BOX 32900 WESTON, FL 33332-9000 | | | Trade debt | | | | 62,735.88 |
| ACCOUNT NO.<br>Apocalypse Sound 2437 18th Street, SANTA MONICA, CA 90405d | | | Trade debt | | | | 14,645.37 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $  77,801.25

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

## Right Table

B6F (Official Form 6F) (12/07) - Cont.

Case 2:14-bk-19980-SK    Doc 148    Filed 07/21/14    Entered 07/21/14 16:22:05    Desc
Main Document    Page 90 of 134

In re Todd-Soundelux, LLC,    Debtor    Case No. 2:14-bk-19980-SK (if known)

AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. DPA Microphones Inc 1500 KANSAS AVE SUITE 3A LONGMONT, CO 80501. | | | Trade debt | | | | 908.10 |
| ACCOUNT NO. Eyemed Vision Care PO Box 632530 Cincinnati, OH 45263-2530 | | | Trade debt | | | | 1,206.12 |
| ACCOUNT NO. E-Z Office Machines 1439 S. Robertson blvd. Los Angeles, CA 90035 | | | Trade debt | | | | 95.00 |
| ACCOUNT NO. Hacienda Security Services 15902-A HALLIBURTON AVE.#211 HACIENDA HEIGHTS, CA 91745 | | | Trade debt | | | | 210.00 |
| ACCOUNT NO. HP2 Productions 5091CATALON AVE. WOODLAND HILLS, CA 91364 | | | Trade debt | | | | 18,760.00 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 21,179.22

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

## Left Table

B6F (Official Form 6F) (12/07) - Cont.

Case 2:14-bk-19980-SK    Doc 148    Filed 07/21/14    Entered 07/21/14 16:22:05    Desc
Main Document    Page 89 of 134

In re Todd-Soundelux, LLC,    Debtor    Case No. 2:14-bk-19980-SK (if known)

AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Avid Technology Inc PO BOX 203339 DALLAS, TX 75320-3339 | | | Trade debt | | | | 213.53 |
| ACCOUNT NO. Barnes & Thornburg LLP 2049 CENTURY PARK EAST STE 3550 LOS ANGELES, CA 90067 | | | Trade debt | | | | 1,441.85 |
| ACCOUNT NO. Bar-Mac Group Inc 7265 SANTA MONICA BLVD LOS ANGELES, CA 90046. | | | Trade debt | | | | 2,405.00 |
| ACCOUNT NO. Cigna Medical PO BOX 8500-110 PHILADELPHIA, PA 19178-0110 | | | Trade debt | | | | 20,353.64 |
| ACCOUNT NO. City of Los Angeles - Office of Finance PO BOX 513996 LOS ANGELES, CA 90051-3996 | | | Trade debt | | | | 13,221.36 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 37,635.38

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

Case 2:14-bk-19980-SK    Doc 148    Filed 07/21/14    Entered 07/21/14 16:22:05    Desc
Main Document    Page 92 of 134

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC,                                    Case No. 2:14-bk-19980-SK
                 Debtor                                          (if known)

AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. R.O. Stewart Plumbing 1166 N. WESTERN AVENUE LOS ANGELES, CA 90029 | | | Trade debt | | | | 203.27 |
| ACCOUNT NO. Smart Post Sound 405 W. RIVERSIDE DRIVE BURBANK, CA 91506-1999 | | | Trade debt | | | | 2,120.00 |
| ACCOUNT NO. Staples PO BOX 219189 KANSAS CITY, MO 64121-9189 | | | Trade debt | | | | 987.99 |
| ACCOUNT NO. Studiopolis 11700 VENTURA BLVD STUDIO CITY, CA 91604 | | | Trade debt | | | | 5,350.00 |
| ACCOUNT NO. Unisun Products 5450 W 83RD ST LOS ANGELES, CA 90045 | | | Trade debt | | | | 88.58 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 8,749.84

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

---

Case 2:14-bk-19980-SK    Doc 148    Filed 07/21/14    Entered 07/21/14 16:22:05    Desc
Main Document    Page 91 of 134

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC,                                    Case No. 2:14-bk-19980-SK
                 Debtor                                          (if known)

AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. KAMEN ATANASOV ul. "DRIN", #30 9000 VARNA BULGARIA | | | Trade debt | | | | 1,515.00 |
| ACCOUNT NO. Konica Minolta – Business Solutions Dept. LA 22988 Pasadena, CA 91185 | | | Trade debt | | | | 496.25 |
| ACCOUNT NO. Konica Minolta-Premier Finance 1310 MADRID STREET SUITE 101 MARSHALL, MN 56258 | | | Equipment Lease | | | | 1,526.72 |
| ACCOUNT NO. Media Distributors PO BOX 75614 CLEVELAND, OH 44101-4755 | | | Trade debt | | | | 244.26 |
| ACCOUNT NO. NEC Financial Services 250 Pehle Avenue - Ste.# 704 Saddle Brook, NJ 07665-5806 | | | Trade debt | | | | 2,178.71 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 5,960.94

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

## Document 1 (Page 94 of 134)

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC,    Debtor    Case No. 2:14-bk-19980-SK (if known)

AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MARK ORMANDY<br>3995 ALTA MESA, STUDIO CITY CA 91604 | | | Royalties | | | | 103.00 |
| ACCOUNT NO.<br>CHRONIC MUSIC<br>933 GARNET COVE, OAKPOINT TX 75068 | | | Royalties | | | | 32.00 |
| ACCOUNT NO.<br>CLACK, INC<br>163 GRENIER ROAD, JEFFERSON NY 12093 | | | Royalties | | | | 1,467.00 |
| ACCOUNT NO.<br>ALAN HOWARTH<br>2810 TERRY ROAD, LAGUNA BEACH, CA 92651 | | | Royalties | | | | 1,295.00 |
| ACCOUNT NO.<br>EILAM HOFFMAN<br>22 Ranelagh Road, 1st Floor Flat, LONDON UK W5 R5J | | | Royalties | | | | 29.00 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal ▶ | | $ 2,926.00 |
| | | | | | Total ▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | | $ |

American LegalNet, Inc.
www.FormsWorkflow.com

## Document 2 (Page 93 of 134)

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC,    Debtor    Case No. 2:14-bk-19980-SK (if known)

AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Alan S. Howarth<br>2810 TERRY RD<br>LAGUNA BEACH, CA 92651 | | | Royalties | | | | 1,295.00 |
| ACCOUNT NO.<br>ANN KROEBER<br>2101 SEA SHELL DRIVE<br>RICHMOND, CA 94804 | | | Royalties | | | | $177.00 |
| ACCOUNT NO.<br>AMERICAN ZOETROPE<br>916 KEARNEY STREET SAN FRANCISCO, CA 94133 | | | Royalties | | | | 616.00 |
| ACCOUNT NO.<br>BOB HART<br>22 WILDBERRY WAY, CARLISLE, ONTARIO L0R 1H2 CANADA | | | Royalties | | | | 409.00 |
| ACCOUNT NO.<br>BURTIS BILLS<br>299 W UTAH AVENUE, PAYSON UT 84651 | | | Royalties | | | | 178.00 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal ▶ | | $ 2,498.00 |
| | | | | | Total ▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | | $ |

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC,   Debtor   Case No. 2:14-bk-19980-SK (if known)

AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. RIC WIERS 2335S ANGEL PARK MACOMB TWP, MI 48042 | | | Royalties | | | | 309,00 |
| ACCOUNT NO. CHARLES CAMPAGNA 1433 RANDALL STREET GLENDALE, CA 91201 | | | Royalties | | | | 56,00 |
| ACCOUNT NO. PATRICO LEHENSON 14747 COVELLO STREET VAN NUYS CA 91405 | | | Royalties | | | | 60,00 |
| ACCOUNT NO. MARK MANGINI 4028 STONE CANYON AVE, SHERMAN OAKS CA 91403 | | | Royalties | | | | 20,50 |
| ACCOUNT NO. RICHARD ANDERSON 11075 Hillhaven Ave., TUJUNGA, CA 91042 | | | Royalties | | | | 20,50 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal▶ | $ | 466,00 |
| | | | (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | Total▶ | $ | |

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC,   Debtor   Case No. 2:14-bk-19980-SK (if known)

AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CHARLES MAYNES MUSIC & SOUND DESIGN 514 CORNELL DRIVE, BURBANK CA 91504 | | | Royalties | | | | 26,00 |
| ACCOUNT NO. NIGEL HOLLAND 33 PANDORA ROAD, GROUND FLOOR FLAT, LONDON UK | | | Royalties | | | | 747,00 |
| ACCOUNT NO. ANN KROEBER 2101 SEASHELL DRIVE, RICHMOND, CA 94804 | | | Royalties | | | | 177,00 |
| ACCOUNT NO. KAMEN ATANASOV ul. "DRIN", #30 9000 VARNA BULGARIA | | | Royalties | | | | 2,757.00 |
| ACCOUNT NO. PETER SULLIVAN 916 South New Hampshire Ave. LOS ANGELES, CA 90006 | | | Royalties | | | | 27,00 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal▶ | $ | 3,734.00 |
| | | | (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | Total▶ | $ | |

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Todd-Soundelux, LLC,                                Case No. 2:14-bk-19980-SK
_____                                _____
         Debtor                                                    (if known)

AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MARC ARAMIAN 11955 IOWA AVE # 8 LOS ANGELES, CA 90025 | | | Royalties | | | | 99.00 |
| ACCOUNT NO. | | | | | | | |
| JIM STOUT 10567 Wildhurn Cir HIGHLANDS RANCH, CO 80126 | | | Royalties | | | | 2,464.00 |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| | | | | | Subtotal▶ | | $ 2,563.00 |
| | | | | | Total▶ | | $ 8,390,680.92 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

**Exhibit "B"**

**The allowed claims against the estate, claims whose treatment is**

**explained in detail by section IX**

**Todd-Soundelux, LLC**
**2:14-bk-19980-SK**

| Claimant | Priority Unsecured Claims | General Unsecured Claims |
|---|---|---|
| 7080 HOLLYWOOD LLC | $ 182,845.66 | $ 1,061,073.96 |
| 900 SEWARD HOLLYWOOD, LLC | $ - | $ 2,957,984.18 |
| ACCO ENGINEERED SYSTEMS | $ - | $ 3,475.00 |
| Accountemps | $ - | $ 1,520.00 |
| ADS Recording | $ - | $ 195.00 |
| ADVANCED AUDIO | $ - | $ 1,200.00 |
| ADVISORS LLP | $ - | $ 1,400.00 |
| AIR CONDITIONING SOLUTIONS, INC. | $ - | $ 6,242.34 |
| ALAN HOWARTH | $ - | $ 1,295.00 |
| Alliance of Motion Picture and Television Producers | $ - | $ 60,900.00 |
| ALLIED WASTE SERVICES | $ - | $ 3,125.73 |
| Althoff, Robert T | $ 1,004.17 | $ - |
| Altus, Julie M | $ 1,240.97 | $ - |
| AMAZING J. LANDSCAPING SERVICES | $ - | $ 300.00 |
| AMB Parking Services | $ - | $ 225.00 |
| AMERICAN EXPRESS | $ - | $ 6,453.67 |
| AMERICAN EXPRESS | $ - | $ 2,074.93 |
| AMERICAN EXPRESS | $ - | $ 515.49 |
| AMERICAN EXPRESS | $ - | $ 44.64 |
| AMERICAN EXPRESS | $ - | $ 2,676.69 |
| AMERICAN EXPRESS | $ - | $ 143.80 |
| AMERICAN EXPRESS | $ - | $ 301.50 |
| AMERICAN EXPRESS | $ - | $ 1,273.94 |
| AMERICAN EXPRESS | $ - | $ 899.83 |
| AMERICAN EXPRESS | $ - | $ 1,043.85 |
| AMERICAN EXPRESS | $ - | $ 486.15 |
| AMERICAN EXPRESS | $ - | $ 1,227.33 |
| AMERICAN EXPRESS | $ - | $ 1,461.85 |
| AMERICAN EXPRESS | $ - | $ 7,376.93 |
| AMERICAN EXPRESS | $ - | $ 1,055.27 |
| AMERICAN EXPRESS | $ - | $ 3,269.04 |

| | | | |
|---|---|---|---|
| AMERICAN EXPRESS | $ - | $ | 1,019.80 |
| AMERICAN EXPRESS | $ - | $ | 5,101.83 |
| AMERICAN EXPRESS | $ - | $ | 4,673.75 |
| AMERICAN EXPRESS | $ - | $ | 5,554.82 |
| AMERICAN HI DEFINITION INC | $ - | $ | 3,595.00 |
| AMERICAN ZOETROPE | $ - | $ | 616.00 |
| ANDERSEN COMMERCIAL PLUMBING, INC | $ - | $ | 265.00 |
| ANIXTER | $ - | $ | 410.00 |
| ANN KROEBER | $ - | $ | 177.00 |
| ANNA MACKENZIE | $ - | $ | 425.00 |
| Antonio Cleaning Services | $ - | $ | 9,200.00 |
| Apocalypse Sound | $ - | $ | 12,857.29 |
| APPLE COMPUTER, INC. | $ - | $ | 1,177.84 |
| APPLEONE EMPLOYMENT SERVICES | $ - | $ | 27,059.34 |
| AQUATECH BACKFLOW SERVICES INC | $ - | $ | 270.00 |
| Arango, Andrea | $ 87.23 | $ | - |
| Armstrong, Dora | $ 1,391.06 | $ | - |
| Arnett, Paula C | $ 2,290.10 | $ | - |
| Arredondo, Ron R | $ 797.60 | $ | - |
| ARROWHEAD DIRECT | $ - | $ | 2,361.63 |
| ARU LLC | $ - | $ | 1,850.00 |
| ASCENT MEDIA HOLDING INC | $ - | $ | 1,968,279.92 |
| ASSOCIATED PRODUCTION MUSIC LLC | $ - | $ | 470.00 |
| AT&T | $ - | $ | 79,030.17 |
| AT&T | $ - | $ | 1,982.53 |
| AT&T GLOBAL ISDN | $ - | $ | 2,518.20 |
| AT&T LONG DISTANCE | $ - | $ | 1,934.34 |
| Atkinson, Laura | $ 100.03 | $ | - |
| Atomic Sound | $ - | $ | 33,000.00 |
| AUDIO RENTS | $ - | $ | 140.00 |
| AUDIO RUCKUS | $ - | $ | 1,400.00 |
| Avid Technology | $ - | $ | 2,218.53 |
| BAGEL BROKER | $ - | $ | 1,238.98 |
| Barnes & Thornburg LLP | $ - | $ | 1,441.85 |

| | | |
|---|---|---|
| Barnett, Joseph R | $ 2,810.53 | $ - |
| Barrick, Christopher | $ 1,269.36 | $ - |
| Bartkowicz, Stephen M | $ 487.21 | $ 45,413.55 |
| Batha, Robert D | $ 529.66 | $ - |
| Beam, Eric M | $ 8,588.00 | $ - |
| Bedrosian, Ron H | $ 1,868.01 | $ - |
| Beigel, Ethan D | $ 1,678.57 | $ - |
| BERKE-WEISS & PECHMAN LLP | $ - | $ 1,260.00 |
| Blank, Onnalee | $ 2,961.81 | $ - |
| BLUE PLANET SOUND | $ - | $ 439.79 |
| BOB HART | $ - | $ 409.00 |
| Bowman, Jennifer L | $ 1,885.96 | $ - |
| Bozzone, Nicholas P | $ 3,310.20 | $ 19,200.00 |
| Burdenbe, Inc. (filed by Travis Willingham) | $ 6,810.38 | $ - |
| Bur-Mac Group Inc. | $ - | $ 2,405.00 |
| Burnette, Richard Glen | $ 11,919.66 | $ - |
| Burns, Kevin P | $ 1,930.22 | $ - |
| BURTIS BILLS | $ - | $ 178.00 |
| CAL-PACIFIC PRINTING | $ - | $ 479.00 |
| Camara, Rick | $ 1,468.56 | $ - |
| Canning, Patrick J | $ 332.64 | $ - |
| Capital Fire Protection | $ - | $ 334.00 |
| CAPTAIN AUDIO SOUND EDITORIAL | $ - | $ 7,650.00 |
| Carmean Williams, Kerry Ann | $ 825.57 | $ - |
| Casler, Brooke A | $ 857.24 | $ - |
| CASTRO JANITORIAL SERVICES | $ - | $ 14,650.00 |
| Cathy Tische | $ - | $ 5,404.32 |
| Chalfant, John M | $ 1,707.09 | $ - |
| CHARLES CAMPAGNA | $ - | $ 56.00 |
| CHARLES CAMPAGNA | $ - | $ 66.00 |
| CHARLES MAYNES MUSIC & SOUND DESIGN | $ - | $ 26.00 |
| Chock, Michael Francis | $ 83.67 | $ - |
| CHRONIC MUSIC | $ - | $ 32.00 |
| CHURCH AUDIO POST | $ 11,900.75 | $ 1,300.00 |

| | | | |
|---|---|---|---|
| CITY OF BURBANK | $ - | $ | 388.20 |
| CITY OF LOS ANGELES BUILDING & SAFETY | $ - | $ | 174.96 |
| City of Los Angeles Office of Finance | $ - | $ | 13,221.36 |
| CITY OF SANTA MONICA POLICE DEPARTM | $ - | $ | 329.72 |
| CLACK, INC | $ - | $ | 5,220.00 |
| CLIMATE CONTROLLED STORAGE VAULTS INC | $ 15,325.00 | $ | 1,200.00 |
| Cohen, Harry | $ 453.07 | $ | - |
| COHNREZNICK, LLP | $ - | $ | 15,000.00 |
| Colomby, Michael A | $ 2,154.17 | $ | - |
| COMTEL PROMEDIA | $ - | $ | 1,130.52 |
| Corpuz, Emilie Ann | $ 859.12 | $ | - |
| Costco Wholesale | $ - | $ | 165.00 |
| CROWD CONTROL GROUP, LLC | $ - | $ | 4,900.00 |
| Daddario, Andrew C | $ 317.97 | $ | - |
| Daniel R. Kerr | $ - | $ | 12,979.40 |
| Davis, Jeremy B | $ 744.47 | $ | - |
| Davis, Ross S | $ 117.93 | $ | - |
| DCI CORPORATE | $ - | $ | 1,200.00 |
| Decristofaro, Andrew R | $ 12,475.00 | $ | 7,944.31 |
| DESIGN FX | $ - | $ | 6,300.00 |
| DIALOGUE AUDIO RESTORATION | $ - | $ | 11,190.00 |
| Digital Difference | $ 300.00 | $ | - |
| Dimuro, Dino R | $ 388.88 | $ | - |
| DIRECT TV | $ - | $ | 491.50 |
| DISCOVERY STUDIOS LLC | $ - | $ | 491.00 |
| DOCUMEDIA GROUP | $ - | $ | 1,034.61 |
| DOCUSOURCE, LLC | $ - | $ | 85.00 |
| DOLBY LABORATORIES INC | $ - | $ | 2,150.00 |
| DOPPLER STUDIOS INC | $ - | $ | 632.50 |
| Dorf, Mitchell A | $ 12,475.00 | $ | 222,222.23 |
| DPA Microphones Inc. | $ - | $ | 908.10 |
| Dzuban, Joseph Michael | $ 386.52 | $ | - |
| Dzuban, Justin E | $ 533.34 | $ | - |
| EDNET (Entertainment Digital Network) | $ - | $ | 33,638.83 |

| | | | |
|---|---|---|---|
| EILAM HOFFMAN | $ - | $ | 29.00 |
| Ejnes, Samuel E | $ 559.59 | $ | - |
| Ellis, Kimberly N | $ 117.16 | $ | - |
| Empire Investment Holdings | $ - | $ | 2,126,462.00 |
| Ennis, Victor | $ 81.81 | $ | - |
| ESPRESSO MASTERS, THE | $ - | $ | 4,834.93 |
| Eyemed Vision Care | $ - | $ | 1,206.12 |
| E-Z Office Machines | $ - | $ | 95.00 |
| Fairfield, Paula K | $ 674.37 | $ | - |
| Fearing, Tammy | $ 87.39 | $ | - |
| FEDEX | $ - | $ | 94.39 |
| Fehrman, Alexandra Jane | $ 1,464.58 | $ | - |
| Feiner, Julie L | $ 68.60 | $ | - |
| Fitzpatrick, James F | $ 8,000.00 | $ | - |
| Flick, Bradley M | $ 199.68 | $ | - |
| Franchise Tax Board | $ 283.36 | $ | 3,046.26 |
| FULL CIRCLE RECYCLING COMPANY | $ - | $ | 300.00 |
| Garlington, Marshall W | $ 1,806.33 | $ | - |
| Garten, Joseph | $ 2,035.09 | $ | - |
| Gary Hecker | $ 12,475.00 | $ | 116,900.00 |
| Gezalyan, Nerses | $ 2,408.40 | $ | - |
| Gika, Hector | $ 896.69 | $ | - |
| GLW Inc. (Gary Thielman) | $ - | $ | 20,132.97 |
| Godwin, Kurt L | $ 14.78 | $ | - |
| Gonzalez, Azuzena | $ 453.79 | $ | - |
| Gonzalez, Jessicca | $ 865.80 | $ | - |
| GOURMET COFFEE SERVICE, INC. | $ - | $ | 2,294.96 |
| GRAHAM COMPANY | $ - | $ | 240.00 |
| GRAYCON INC. | $ - | $ | 1,063.06 |
| Grimala, Glynna M | $ 411.66 | $ | - |
| GS1 US | $ - | $ | 715.00 |
| Hacienda Security Services | $ - | $ | 420.00 |
| Hadaway, Lauren C | $ 132.94 | $ | - |
| Hairell Electric Co. Inc. | $ - | $ | 519.79 |

| | | | |
|---|---|---|---|
| Hayes, Gregory Michael | $ | 158.29 | $ | - |
| Hayes, Shane D | $ | 131.08 | $ | - |
| Hegeman, Daniel | $ | 124.29 | $ | - |
| Henderson, Elizabeth A | $ | 417.00 | $ | - |
| Hernandez, Martin C | $ | 263.22 | $ | - |
| Hertlein, Michael K | $ | 174.79 | $ | - |
| HF2 Productions | $ | 45,560.00 | $ | 18,760.00 |
| HIGHLAND COMMERCIAL ROOFING | $ | - | $ | 300.00 |
| HILDEBERTO CRUZ | $ | - | $ | 270.00 |
| Hogan, Chris | $ | 83.67 | $ | - |
| HOLLYWOOD VINYL SIGNS | $ | - | $ | 438.18 |
| Howard, Zack Michael | $ | 222.27 | $ | - |
| Hugentobler, Kaspar | $ | 332.12 | $ | - |
| INTERDUBS, LLC | $ | - | $ | 1,623.03 |
| Internal Revenue Service (IRS) | $ | 1,175.58 | $ | 1,100.00 |
| Iridium Studios, LLC | $ | - | $ | 8,465.00 |
| IRON MOUNTAIN | $ | - | $ | 2,875.10 |
| JAM PRODUCTIONS INC | $ | - | $ | 500.00 |
| JAMESTOWN Lantana North, L.P. | $ | - | $ | 3,282,685.04 |
| JIM STOUT | $ | - | $ | 2,464.00 |
| Jimenez, Kimberly A | $ | 8,863.70 | $ | 10,028.82 |
| JIVAN TAHMIZIAN | $ | 12,475.00 | $ | 11,125.00 |
| JOAN ROWE | $ | 43,200.00 | $ | 36,900.00 |
| Jobe, David M | $ | 240.20 | $ | - |
| Jones, Jackie Marie | $ | 59,003.17 | $ | 55,406.50 |
| KAMEN ATANASOV | $ | - | $ | 2,757.00 |
| Katona, Bradley C | $ | 400.13 | $ | - |
| Keller, Michael | $ | 108.90 | $ | - |
| Kelly Cabral | $ | 5,301.52 | $ | - |
| Kirk, Dennis G | $ | 2,548.33 | $ | - |
| Konica Minolta - Business Solutions | $ | - | $ | 496.25 |
| Konica Minolta - Premier Finance | $ | - | $ | 1,526.72 |
| Koo, Karl | $ | 1,612.99 | $ | - |
| Kornbluth, Yishai B | $ | 98.25 | $ | - |

| | | |
|---|---|---|
| KROLL BACKGROUND AMERICA, INC. | $ - | $ 314.00 |
| LA DWP | $ - | $ 52,158.43 |
| Lamberti, Anthony | $ 339.91 | $ - |
| Landers, John C | $ 695.23 | $ - |
| LAZ PARKING | $ - | $ 8,598.25 |
| LCFRE SM ARIZONA LP | $ - | $ 580,340.00 |
| LET'S DUB, INC. | $ - | $ 11,207.01 |
| Level 3 Post | $ - | $ 7,700.00 |
| Levy, Aaron M | $ 3,741.57 | $ - |
| Lipman, Samuel | $ 2,057.73 | $ - |
| LOGISTIC PARKING INC. | $ - | $ 2,938.00 |
| Lon Bender | $ - | $ 8,192.00 |
| Longstaffe, Paul | $ 464.07 | $ - |
| Los Angeles County Treasurer & Tax Collector | $ 80.89 | $ - |
| LOS ANGELES SIGN COMPANY | $ - | $ 2,413.04 |
| LOS ANGELES TIMES | $ - | $ 122.84 |
| Loveman, Thomas E | $ 1,440.15 | $ - |
| Luiten, Andrew R | $ 561.60 | $ - |
| Maceo Sound Editorial | $ - | $ 6,096.00 |
| Mackenzie, Anna C | $ 802.47 | $ - |
| Macleod, Nancy B | $ 334.71 | $ - |
| Malooly, Brittany A. | $ 653.76 | $ - |
| Mandel, Verna | $ 981.50 | $ - |
| MANHATTAN BEAT | $ - | $ 450.00 |
| Mann, Darrin S | $ 22.61 | $ - |
| MARC ARAMIAN | $ - | $ 99.00 |
| Marion, Michael P | $ 1,718.72 | $ - |
| MARK MANGINI | $ - | $ 20.50 |
| MARK ORMANDY | $ - | $ 103.00 |
| MARSHALL M. MILLER ASSOCIATES,INC. | $ - | $ 1,250.00 |
| Martin Alonso Zevallos | $ - | $ 382.50 |
| Marullo, Gary V | $ 1,526.96 | $ - |
| Mccullough, Kevin M | $ 219.25 | $ - |
| McEvoy, Peter D | $ 1,140.19 | $ - |

| | | |
|---|---|---|
| MCMASTER-CARR SUPPLY CO | $          - | $          376.42 |
| Mcmoyler, David | $    3,032.45 | $          - |
| MCS RECORDING STUDIOS | $          - | $          497.00 |
| Media Distributors | $          - | $          244.26 |
| Merhi, Jenna J | $    56.16 | $          - |
| MESSENGERS INC | $          - | $          160.50 |
| Mike Minkler | $    12,475.00 | $    387,525.00 |
| Miller, Michael S | $    12,475.00 | $    3,469.14 |
| MINKLER CORPORATION | $    12,475.00 | $    416,588.02 |
| Minkler, Christian Paul | $    679.46 | $          - |
| MIRROR IMAGE AUDIO LLC | $          - | $    12,500.00 |
| MITCHELL SILBERBERG & KNUPP LLP | $          - | $    2,790.14 |
| MOBILE MINI | $          - | $    1,132.82 |
| Montero, Irene | $    1,706.30 | $          - |
| Monterroso, Jennifer J | $    1,121.07 | $          - |
| Montgomery, Garrett Phillip | $    1,405.20 | $    1,509.00 |
| Motion Picture Editors Guild, I.A.T.S.E. Local 700 | $    946,197.90 | $    3,332,014.05 |
| MOTION PICTURE INDUSTRY, SOUNDELUX | $          - | $    294,532.29 |
| MOTION PICTURE INDUSTRY, TODD AO | $          - | $    164,328.14 |
| MOVING IMAGE TECHNOLOGIES | $          - | $    964.65 |
| Munoz, Roxana Rossany | $    1,920.32 | $          - |
| Nakamura, Daniel | $    1,107.99 | $          - |
| Neary, Thomas J | $    1,229.93 | $          - |
| NEC Financial Services | $          - | $    118,057.03 |
| New York State Department of Labor | Unliquidated | $          - |
| Niesen, Todd A | $    153.48 | $          - |
| NIGEL HOLLAND | $          - | $    747.00 |
| Nisim Laniado | $    16,666.66 | |
| NOISYBEAU INC. | $    12,475.00 | $    3,571.03 |
| ORKIN PEST CONTROL | $          - | $    259.68 |
| Orr, Todd K | $    2,003.23 | $          - |
| Osborn, Aynee | $    162.82 | $          - |
| OSCAR ESTEVEZ DE JERONIMO | $          - | $    600.00 |
| Outwater, Kurt | $    772.96 | $          - |

| | | | |
|---|---|---|---|
| Oxford, Kelly Lee | $ | 3,527.69 | $ | - |
| Papagiannis, Stephen G | $ | 483.36 | $ | - |
| PARAGON MICRO INC | $ | - | $ | 1,057.94 |
| Parker, Douglas L | $ | 1,375.11 | $ | - |
| Paterson, Mark | $ | 2,780.66 | $ | - |
| PATRICIO LIEBENSON | $ | - | $ | 60.00 |
| Payne, Michael J | $ | 672.33 | $ | - |
| PC MALL SALES INC | $ | - | $ | 375.11 |
| Peter Brown | $ | 12,475.00 | $ | 28,913.00 |
| PETER SULLIVAN | $ | - | $ | 27.00 |
| Petersen, Dennis | $ | 1,607.49 | $ | - |
| Peterson, Brian J | $ | 36.97 | $ | - |
| Pinkston, Christopher J | $ | 2,159.54 | $ | - |
| PITNEY BOWES GLOBAL FINANCIAL SERVI | $ | - | $ | 4,764.11 |
| PITNEY BOWES PURCHASE POWER | $ | - | $ | 1,010.48 |
| PITNEY BOWES | $ | - | $ | 137.83 |
| POLYLABEL.COM | $ | - | $ | 173.75 |
| Premiere Global Services | $ | - | $ | 1.91 |
| Prestwood Smith, Michael | $ | 194.26 | $ | - |
| Pugh, Alexander | $ | 32.75 | $ | - |
| Quintero, David A | $ | 1,091.12 | $ | - |
| Quiroz, Dwayne | $ | 12.89 | $ | - |
| R.O. Stewart Plumbing | $ | - | $ | 203.27 |
| Raines, David J | $ | 1,366.58 | $ | - |
| Ralsten, Stephen | $ | 699.89 | $ | - |
| Ramos, Aiden | $ | 670.50 | $ | - |
| RANDSTAD FINANCE & ACCOUNTING | $ | 11,033.75 | $ | 10,703.00 |
| Real to Reel Studios, Inc. | $ | - | $ | 2.00 |
| Reese, Yuri A | $ | 3,364.26 | $ | - |
| RELAMPIT | $ | - | $ | 2,200.00 |
| RIC VIERS | $ | - | $ | 309.00 |
| RICHARD ANDERSON | $ | - | $ | 20.50 |
| Rincon, Peter | $ | 12,475.00 | $ | 5,409.62 |
| Rivera, Miguel | $ | 490.63 | $ | - |

| | | |
|---|---:|---:|
| RJ'S SODA SERVICE INC | $ - | $ 60.00 |
| ROBB HUTZAL | $ - | $ 8.00 |
| Robinson, Stephen P | $ 366.32 | $ - |
| Rodenhizer, John S | $ 402.62 | $ - |
| Rodriguez, Paul George | $ 2,306.11 | $ - |
| Rose, Catherine L | $ 326.57 | $ - |
| Said, Shirene A | $ 2,443.88 | $ - |
| Santos, Berta Barrera | $ 1,088.88 | $ - |
| Sara Duran Singer | $ 12,475.00 | $ 27,187.50 |
| Schloemer, Martin Allan | $ 1,110.57 | $ - |
| SCOTT CAMPBELL COMPANY | $ - | $ 795.00 |
| Screen Actors Guild - Producer Pension and Health Plans | $ 66,906.94 | $ - |
| Seo, Kyle K | $ 5,802.22 | $ 5,360.23 |
| Sephton, Robert L | $ 405.37 | $ - |
| Serrano, Gabriel Joseph | $ 44.35 | $ - |
| SERVICE BY AIR INC | $ - | $ 1,050.00 |
| Siegel, Alec F | $ 392.92 | $ - |
| SINC PRODUCTIONS | $ - | $ 32,200.00 |
| Slate Run Productions | $ - | $ 443.75 |
| SLICK SOUNDS | $ 12,532.90 | $ 7,569.74 |
| Smart Post Sound | $ - | $ 2,120.00 |
| Smith, Damien Michael | $ 622.26 | $ - |
| Smith, William K | $ 2,335.55 | $ - |
| SNAPPER HEAD, INC. | $ 11,725.00 | $ 161,928.84 |
| Snell, Peter H | $ 117.14 | $ - |
| SONY ELECTRONICS INC | $ - | $ 4,833.00 |
| Soto, Alicia Mercedes | $ 871.40 | $ 620.00 |
| Soto-Mendez, Berta L | $ 2,459.13 | $ 2,459.33 |
| SOUNDLINE INC | $ - | $ 400.00 |
| SOUNDTRACK | $ - | $ 4,571.25 |
| SOUTHERN CALIFORNIA EDISON | $ - | $ 28,694.71 |
| SOVEREIGN SOUND INC. | $ - | $ 51,460.00 |
| Spain, Patrick J | $ 680.07 | $ - |
| SPARKLETTS DRINKING WATER | $ - | $ 849.83 |

| | | |
|---|---|---|
| SPECIAL T WATER SYSTEMS, INC | $ - | $ 92.00 |
| St John, Dean L | $ 1,616.77 | $ - |
| St John, Alexander M | $ 1,592.70 | $ - |
| STANDARD PARKING | $ - | $ 19,050.00 |
| Stanke, David C | $ 1,257.21 | $ - |
| Staples | $ - | $ 987.99 |
| STAPLES ADVANTAGE | $ - | $ 883.86 |
| Stateman, Wylie | $ 6,027.21 | $ - |
| Steele, Gregory | $ 1,241.32 | $ - |
| Sterner, Elizabeth R | $ 478.69 | $ - |
| Studiopolis | $ - | $ 5,350.00 |
| Suckley, Nathaniel Alison | $ 238.16 | $ - |
| Sullivan Coblentz, Rebecca S | $ 1,247.99 | $ - |
| SUPERIOR ALARM SYSTEMS | $ - | $ 1,007.38 |
| Sustar, Lucy | $ 45.22 | $ - |
| Szakmeister, Michael | $ 188.18 | $ - |
| T. Gregory Schorer | $ - | $ 9,000.00 |
| Tarlecki, Brian | $ 478.77 | $ - |
| Teaney, Kenneth M | $ 1,287.41 | $ - |
| THE GAS COMPANY | $ - | $ 3,975.61 |
| Thoma, Gretchen M | $ 120.87 | $ - |
| Thomas, Carol | $ 444.23 | $ - |
| Thomas, Ceri G | $ 707.53 | $ - |
| Thomas, Jody H | $ 248.71 | $ 6,000.00 |
| THYSSENKRUPP ELEVATOR CORP | $ - | $ 1,990.48 |
| TIMBRE INC. | $ - | $ 5,437.99 |
| TIME WARNER CABLE | $ - | $ 457.18 |
| Title, Jon | $ 267.76 | $ - |
| Toenes, Richard W | $ 433.95 | $ 27,316.50 |
| Torres, Christian A | $ 369.60 | $ - |
| Townsend, Gregory C | $ 108.20 | $ - |
| Treadwell, Tami | $ 1,266.32 | $ - |
| TREW AUDIO LOS ANGELES, INC | $ - | $ 165.00 |
| Turner, Johanna C | $ 206.05 | $ - |

| | | | |
|---|---|---|---|
| TW TELECOM | $ - | $ | 2,119.98 |
| TYCO INTEGRATED SECURITY | $ - | $ | 2,521.26 |
| Unisan Products | $ - | $ | 88.58 |
| UPS | $ - | $ | 1.43 |
| US Bank NA dba US Bank Equipment Finance | $ - | $ | 14,676.57 |
| Van Slyke, David F | $ 626.69 | $ | - |
| Vega, Tracy Anne | $ 1,127.40 | $ | - |
| VERIZON CALIFORNIA | $ - | $ | 1,853.52 |
| VERIZON WIRELESS | $ - | $ | 2,184.31 |
| VIRTUAL GRAFFITI INC | $ - | $ | 1,400.00 |
| Wachel, Ann Marie | $ 1,730.00 | $ | 1,807.00 |
| Waters, Mathew T | $ 12,475.00 | $ | 1,686.86 |
| Weber, Loren Scott | $ 2,764.54 | $ | - |
| Weingart, Richard | $ 2,168.92 | $ | - |
| Wesley, Gayle | $ 888.01 | $ | - |
| West, Tim | $ 12,475.00 | $ | 1,777.22 |
| WESTERN EXTERMINATOR CO. | $ - | $ | 382.50 |
| WESTLAKE PRO, INC | $ - | $ | 829.41 |
| Wilhoit, Mike | $ 3,965.06 | $ | - |
| WRECKER PRODUCTIONS | $ 12,475.00 | $ | 204,568.43 |
| XYTECH SYSTEMS CORPORATION | $ - | $ | 3,500.00 |
| ZAYO GROUP | $ - | $ | 93,796.39 |
| Zebert, Eliza P | $ 446.28 | $ | - |
| Zeller, Dean R | $ 633.88 | $ | - |
| Zurawska, Liliana | $ 59.47 | $ | - |
| **TOTALS** | $ **1,813,614.23** | $ | **18,685,021.85** |

**Exhibit "C"**

**Detailed statement of cash flow projections for the duration of the Plan**

| | Cumulative 2014 | January | February | March | April | May | June | July | August | September | October | Nover | December | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | **Todd-Soundelux LLC** |
| | | | | | | | | | | | | | | | **Cash Flow - Plan Projections** |
| | | | | | | | | | | | | | | | **2015** |
| A/R Collection | $ 505,000.00 | | | | | | | | | | | | | $ | - |
| Equipment Liquidation | $ 1,250,000.00 | | | | | | | | | | | | | $ | - |
| Sound Library Sale | $ 500,000.00 | | | | | | | | | | | | | $ | - |
| Cash On Hand | $ 819,392.00 | $ 2,408,426.13 | $ 70,250.00 | $ 64,750.00 | $ 59,250.00 | $ 44,000.00 | $ 38,500.00 | $ 33,000.00 | $ 27,500.00 | $ 22,000.00 | $ 16,500.00 | $ 11,000.00 | $ 5,500.00 | $ | 2,408,426.13 |
| **Total Cash** | **$ 3,074,392.00** | **$ 2,408,426.13** | **$ 70,250.00** | **$ 64,750.00** | **$ 59,250.00** | **$ 44,000.00** | **$ 38,500.00** | **$ 33,000.00** | **$ 27,500.00** | **$ 22,000.00** | **$ 16,500.00** | **$ 11,000.00** | **$ 5,500.00** | **$** | **2,408,426.13** |
| | | | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | | | |
| **Administrative Expenses** | | | | | | | | | | | | | | | |
| 9-18 -14 to 12-31-14 Operations | $ 665,965.87 | | | | | | | | | | | | | | |
| Office of US Trustee | | $ 9,750.00 | | | $ 9,750.00 | | | | | | | | | $ | 19,500.00 |
| Leslie Cohen Law PC | | $ 202,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ | 230,000.00 |
| Musickk Peeler & Garrett LLP | | $ 20,000.00 | | | | | | | | | | | | $ | 20,000.00 |
| Arent Fox | | $ 322,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ | 333,000.00 |
| Deloitte | | $ 30,000.00 | | | | | | | | | | | | $ | 30,000.00 |
| Administrtive Rent (Lantana) | | $ 210,560.63 | | | | | | | | | | | | $ | 210,560.63 |
| Cigna Medical | | $ 24,277.62 | | | | | | | | | | | | $ | 24,277.62 |
| Life Insur. Co. of N.A. | | $ 588.26 | | | | | | | | | | | | $ | 588.26 |
| Administrative Storage | | $ - | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ | 22,000.00 |
| **Tax Claims** | | | | | | | | | | | | | | | |
| Franchise Tax Board | | $ 3,329.62 | | | | | | | | | | | | $ | 3,329.62 |
| **Priorirty Unsecured Claims** | | | | | | | | | | | | | | | |
| Priority Unsecured Claimants | | $ 1,515,170.00 | | | | | | | | | | | | $ | 1,515,170.00 |
| **General Unsecured Claims** | | $ - | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| **Total Expenses** | **$ 665,965.87** | **$ 2,338,176.13** | **$ 5,500.00** | **$ 5,500.00** | **$ 15,250.00** | **$ 5,500.00** | **$ 5,500.00** | **$ 5,500.00** | **$ 5,500.00** | **$ 5,500.00** | **$ 5,500.00** | **$ 5,500.00** | **$ 5,500.00** | **$** | **2,408,426.13** |
| | | | | | | | | | | | | | | | |
| **Net Profit (loss)** | $ 2,408,426.13 | $ 70,250.00 | $ 64,750.00 | $ 59,250.00 | $ 44,000.00 | $ 38,500.00 | $ 33,000.00 | $ 27,500.00 | $ 22,000.00 | $ 16,500.00 | $ 11,000.00 | $ 5,500.00 | $ (0.00) | $ | (0.00) |

**Exhibit "D"**

**Financial documents, including balance sheets, cash flow
statements and income and expense statements for the period
including the most recent twelve-month calendar year**

## Todd-Soundelux LLC
## Income Statement
**For the year ending December 31, 2013**

| | | |
|---|---|---:|
| Revenues | $ | 50,843,338 |
| **Total Revenues** | | **50,843,338** |
| | | |
| Cost of Revenues | | 43,308,911 |
| **Total Cost of Revenues** | | **43,308,911** |
| | | |
| **Gross Margin** | $ | **7,534,427** |
| Gross Margin % | | 14.8% |
| | | |
| **Operating Expenses** | | |
| DMG | | 492,228 |
| Modern Music | | 272,391 |
| POP Sound | | 1,162,747 |
| Hollywood Edge | | 145,625 |
| Soundelux | | 527,853 |
| Todd AO | | 2,356,305 |
| Sales | | 646,575 |
| Marketing | | 182,888 |
| Engineering | | 172,462 |
| Operations | | 200,791 |
| Corporate | | 700,077 |
| Depreciation & Amortization | | 399,667 |
| **Total Operating Expenses** | $ | **7,259,609** |
| | | |
| **Operating Profit** | $ | **274,818** |
| Operating Margin | | 0.5% |
| | | |
| **EBITDA** | $ | **674,485** |
| EBITDA Margin | | 1.3% |
| | | |
| Other income/expense | | |
| Interest Expense | | 58,505 |
| Other Expenses | | 893,866 |
| **Total Other Income/Expense** | $ | **952,371** |
| | | |
| **Net Loss** | $ | **(677,553)** |

**Todd-Soundelux**
**Balance Sheet**
**As of December 31, 2013**

**ASSETS**

**Current Assets**
  **Cash**
  Cash PNC | $ (275,712)
  Cash PNC Lockbox | 76,295
  Cash Citibank | 49,051
  Petty Cash | 347
    **Total Cash** | **(150,019)**

| | | |
|---|---|---|
| **Current Assets** | | |
|   **Cash** | | |
|   Cash PNC | $ | (275,712) |
|   Cash PNC Lockbox | | 76,295 |
|   Cash Citibank | | 49,051 |
|   Petty Cash | | 347 |
|     **Total Cash** | | **(150,019)** |
| | | |
|   **Accounts Receivable** | | |
|   Accounts Receivable | | 4,434,799 |
|     **Total Accounts Receivable** | | **4,434,799** |
| | | |
|   **Other Current Assets** | | |
|   Accrued Receivables | | 853,465 |
|   Allowance for Doubtful Accounts | | (518,477) |
|   Unapplied Receivable | | (28,887) |
|   Prepaid Expenses | | 165,155 |
|     **Total Other Current Assets** | | **471,256** |
| | | |
| **Total Current Assets** | | **4,756,036** |
| | | |
| **Fixed Assets** | | |
|   Film and Edit Equpment | | 879,041 |
|   A/D Film and Edit Equipment | | (309,963) |
|   Computer Equipment | | 2,635,404 |
|   A/D Computer Equipment | | (1,812,858) |
|   Capitalized Software | | 45,552 |
|   A/D Capitalized Software | | (29,911) |
|   Office Furniture and Equipment | | 60,296 |
|   A/D Office Furniture and Equipment | | (30,407) |
|   Building, Machinery and Electrical | | 1,764,155 |
|   A/D Building Machinery and Electrical | | (1,383,297) |
|   Leasehold Improvements | | 755,867 |
|   A/A Leasehold Improvements | | (398,825) |
|   Construction in Progress | | 6,730 |
|   **Total Fixed Assets** | | **2,181,786** |
| | | |
| **Other Assets** | | |
|   Goodwill | | (3,363,527) |
|   Security Deposits | | 379,220 |
|   Debt Issue Costs | | 159,492 |
|   Intercompany | | 155,356 |

| | | |
|---|---|---:|
| **Total Other Assets** | | **(2,669,459)** |
| | | |
| **Total Assets** | **$** | **4,268,362** |

**LIABILITIES & EQUITY**

**Liabilities**
    **Accounts Payable**

| | | |
|---|---|---:|
|     Accounts Payable | $ | 1,130,568 |
|        **Total Accounts Payable** | | **1,130,568** |
| | | |
|     **Other Current Liabilities** | | |
|     Related Party Payable | | 360,000 |
|     Accrued Expenses | | 434,379 |
|     Accrued Tax | | (670) |
|     Accrued Property Tax | | 92,566 |
|     Accrued Holiday | | 294,000 |
|     Accrued Tenant Improvement | | 395,835 |
|     Accrued Recruiting Costs | | - |
|     Accrued Salary | | 81,770 |
|     Accrued Withholding Taxes | | (2,844) |
|     Accrued Vacation | | 238,817 |
|     Accrued Benefits | | - |
|     Accrued Bonus | | 200,000 |
|     Deferred Revenue | | 196,765 |
|     Progress billing | | 322,496 |
|     Line of Credit | | (595,903) |
|        **Other Current Liabilities** | | **2,017,211** |
| | | |
|     **Total Current Liabilities** | | **3,147,779** |
| | | |
|     **Long Term Liabilities** | | |
|     Loan from Empire | | 1,536,462 |
|     Deferred Withholding Taxes | | (336) |
|     Other Noncurrent Liability | | 791,641 |
|     Deferred Rent | | 1,171,182 |
|        **Total Long Term Liabilities** | | **3,498,949** |
| | | |
| **Total Liabilitiies** | | **6,646,728** |
| | | |
| **Equity** | | |
|     Paid in Capital | | 1,000,000 |
|     Retained Earnings | | (2,700,811) |
|     Net Income | | (677,554) |
|        **Total Equity** | | **(2,378,365)** |
| | | |
| **Total Liabilitiies and Equity** | **$** | **4,268,362** |

# Todd-Soundelux LLC
## Statement of Cash Flows
### YTD August 31, 2014

|  | Aug-14 |
|---|---|
| **Cash Flows from Operating Activities:** | |
| Net income/(loss) | $    1,729,378 |
| Depreciation and amortization - net | 495,091 |
| Write off of Negative Goodwill | (3,253,576) |
| Write off of Deferred Rent Expense | (1,171,182) |
| (Increase)/Decrease in Accounts Receivable - net | 3,767,351 |
| (Increase)/Decrease in Prepaid Expenses | 165,155 |
| (Increase)/Decrease in Other Assets | 162,816 |
| Increase/(Decrease) in Accounts Payable | 647,621 |
| Increase/(Decrease) in Accrued Expenses and Other Liabilities | (3,044,366) |
| Prior Period Adjustment | 50,558.90 |
| **Net Cash Provided By/(Used In) Operating Activities** | (451,155) |
| | |
| **Cash Flows from Investing Activities:** | |
| Purchases of Equipment | (64,107) |
| Write off of leasehold improvements | 310,443 |
| Gain on sale of equipment | 187,103 |
| **Net Cash Provided By/(Used In) Investing Activities** | 433,439 |
| | |
| **Cash Flows from Financing Activities:** | |
| Line of Credit Payments - net | 595,992 |
| Related Party Advances - net | 745,356 |
| Related Party Debt Repayments | (360,000) |
| **Net Cash Provided By/(Used In) Financing Activities** | 981,348 |
| | |
| **Net Increase/(Decrease) in Cash** | 963,632 |
| | |
| **Net Cash at Beginning of Period** | (146,232) |
| | |
| **Net Cash at End of Period** | $     817,401 |

# Todd Soundelux
# Profit & Loss
### January through August 2014

|  | Jan - Aug 14 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 40000 · Revenue | 62,003.00 |
| 41000 · Foley Revenue | 1,132,540.77 |
| 42100 · TV Editorial Revenue | 3,194,753.71 |
| 42200 · Feature Editorial Revenue | 4,423,900.49 |
| 43100 · TV Mix Revenue | 3,584,487.22 |
| 43200 · Feature Mix Revenue | 1,446,950.74 |
| 44000 · ADR Revenue | 882,736.78 |
| 45000 · Commercial Revenue | 1,850,731.15 |
| 46000 · Home Theatre Revenue | 124,524.78 |
| 47000 · Music & Effects Revenue | 394,563.11 |
| 48000 · Sound Design Revenue | 65,157.85 |
| 48100 · Equipment Rental Revenue | 3,060.00 |
| 48200 · Other Revenue | 13,245.71 |
| 49000 · Transfer Revenue | 523,019.47 |
| **Total Income** | 17,701,674.78 |
| | |
| **Cost of Goods Sold** | |
| 50000 · Payroll Expenses - COR | |
| 50100 · Wages | 9,264,512.64 |
| 50200 · Overtime | 672,577.06 |
| 50300 · Bonus | 4,696.22 |
| 50000 · Payroll Expenses - COR - Other | 20,527.59 |
| **Total 50000 · Payroll Expenses - COR** | 9,962,313.51 |
| | |
| 51000 · Employee Benefits COR | 1,246,206.86 |
| 52000 · Payroll Taxes COR | 836,947.43 |
| 53000 · Facilities Rent | 2,381,258.96 |
| 54000 · Utilities Production | 138,399.78 |
| 57000 · Equipment Costs | |
| 57100 · Maintenance & Spare Part | 23,736.04 |
| 57200 · Equipment Rental | 57,861.85 |
| **Total 57000 · Equipment Costs** | 81,597.89 |
| | |
| 58000 · Shipping/Freight | 1,683.92 |
| 59000 · Outside Services - Billable | |
| 59100 · Communication Services | 10,745.11 |
| 59200 · Production Services | 1,525,265.01 |
| 59300 · VoiceOver Services | 101,799.05 |
| 59000 · Outside Services - Billable - Other | 305.08 |
| **Total 59000 · Outside Services - Billable** | 1,638,114.25 |
| | |
| 59400 · Outside Services - Non-Billable | 10,062.36 |
| 59500 · Client Meals - Billable | 44,360.46 |
| 59600 · Travel - Billable | 1,971.41 |

# Todd Soundelux
# Profit & Loss
## January through August 2014

|  | Jan - Aug 14 |
|---|---|
| 59700 · Merchant Processing Fees | 21,393.79 |
| 59900 · Royalties | 7,394.87 |
| **Total COGS** | 16,371,705.49 |
|  |  |
| **Gross Profit** | 1,329,969.29 |
|  |  |
| **Expense** |  |
| 60000 · Payroll Expenses |  |
| 60100 · Wages | 1,598,784.33 |
| 60200 · Overtime | 35,788.36 |
| 60300 · Bonus | 1,500.00 |
| **Total 60000 · Payroll Expenses** | 1,636,072.69 |
|  |  |
| 61000 · Employee Benefits | 221,459.71 |
| 62000 · Payroll Taxes | 149,326.90 |
| 63000 · Facilities |  |
| 63100 · Facilities Rent | 560,640.89 |
| 63200 · Parking | 131,971.98 |
| 63300 · Utilities | 423,895.67 |
| 63400 · Repairs and Maintenance | 72,700.82 |
| 63500 · Janitorial | 54,788.71 |
| 63600 · Security | 10,670.05 |
| 63700 · Storage | 21,034.54 |
| 63000 · Facilities - Other | 69,581.52 |
| **Total 63000 · Facilities** | 1,345,284.18 |
|  |  |
| 64000 · Advertising and Promotion |  |
| 64100 · Trade Advertising | 16,960.16 |
| 64200 · Marketing | 2,145.12 |
| 64300 · Promo Awards | 16,787.76 |
| 64400 · Public Relations | 446.38 |
| **Total 64000 · Advertising and Promotion** | 36,339.42 |
|  |  |
| 65000 · Travel & Entertainment |  |
| 65100 · Travel & Lodging | 52,354.54 |
| 65200 · Staff Entertainment | 1,826.95 |
| 65300 · Client Meals - Non Bllable | 14,114.31 |
| 65500 · Other Travel Costs | 8,696.95 |
| **Total 65000 · Travel & Entertainment** | 76,992.75 |
|  |  |
| 66700 · Outside Services |  |
| 66100 · Legal | 144,971.20 |
| 66200 · Accounting | 37,362.00 |
| 66300 · Recruiting | 944.75 |
| 66400 · IT | 959.23 |
| 66500 · Temporary Staff | 74,705.72 |

11:59 AM
09/16/14 Case 2:14-bk-19980-SK   Doc 280   Filed 09/17/14   Entered 09/17/14 18:01:35   Desc
Accrual Basis   Main Document   Page 117 of 131

**Todd Soundelux**
**Profit & Loss**
**January through August 2014**

|  | Jan - Aug 14 |
|---|---|
| 66800 · Other | 48,375.89 |
| 66900 · Consulting | 2,125.00 |
| 66700 · Outside Services - Other | 25.90 |
| **Total 66700 · Outside Services** | 309,469.69 |
|  |  |
| **67000 · Office Expenses** |  |
| 67100 · Office Supplies | 34,932.57 |
| 67200 · Kitchen Supplies | 124,426.41 |
| 67300 · Computer Supplies | 50,777.27 |
| 67000 · Office Expenses - Other | 1,035.08 |
| **Total 67000 · Office Expenses** | 211,171.33 |
|  |  |
| **68000 · Insurance Expense** |  |
| 68100 · General Liability | 13.07 |
| 68000 · Insurance Expense - Other | 338,782.72 |
| **Total 68000 · Insurance Expense** | 338,795.79 |
|  |  |
| **69000 · Telecom & Data** |  |
| 69100 · Telephone | 184,764.51 |
| 69200 · Cell Phones | -2,042.58 |
| 69300 · Internet Expenses | 10,213.02 |
| **Total 69000 · Telecom & Data** | 192,934.95 |
|  |  |
| **70000 · Dues & Subscriptions** | 8,289.03 |
| **71000 · Postage & Shipping** | 11,977.65 |
| **72000 · License, Fees & Misc** |  |
| 72100 · Bank Fees | 629,730.81 |
| 72200 · Payroll Processing Fees | 18,312.84 |
| 72300 · Real Estate Taxes | 190,202.15 |
| 72900 · Other Misc Expenses | 1,836.80 |
| 72000 · License, Fees & Misc - Other | 13,953.01 |
| **Total 72000 · License, Fees & Misc** | 854,035.61 |
|  |  |
| **75000 · Bad Debt Expense** | 190,201.22 |
| **Total Expense** | 5,582,350.92 |
|  |  |
| **Net Ordinary Income** | -4,252,381.63 |
|  |  |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| 80100 · Depreciation Expense | 495,090.94 |
| 80200 · Amortization Expenses | -109,950.10 |
| 80300 · Interest Expense | 12,059.50 |
| 80700 · Management Fee | 0.00 |
| 80900 · Transaction Expenses | -6,378,960.41 |

|                           | Jan - Aug 14    |
|---------------------------|-----------------|
| **Total Other Expense**   | -5,981,760.07   |
| **Net Other Income**      | 5,981,760.07    |
| **Net Income**            | 1,729,378.44    |

11:57 AM
09/16/14
Accrual Basis

Case 2:14-bk-19980-SK   Doc 280   Filed 09/17/14   Entered 09/17/14 18:01:35   Desc
Main Document   Page 119 of 131

Todd Soundelux
Balance Sheet
As of August 31, 2014

|                                              | Aug 31, 14     |
|----------------------------------------------|----------------|
| **ASSETS**                                   |                |
| **Current Assets**                           |                |
| **Checking/Savings**                         |                |
| 10000 · Cash - PNC Operating                 | -1,245,260.00  |
| 10050 · Cash - PNC Lockbox                   | 2,062,660.88   |
| **Total Checking/Savings**                   | 817,400.88     |
|                                              |                |
| **Accounts Receivable**                      |                |
| 12100 · Accounts Receivable                  | 1,302,001.97   |
| **Total Accounts Receivable**                | 1,302,001.97   |
|                                              |                |
| **Other Current Assets**                     |                |
| 13300 · Allowance for Doubtful Accounts      | -241,530.20    |
| 13350 · Unapplied Receivable                 | -86,974.33     |
| **Total Other Current Assets**               | -328,504.53    |
|                                              |                |
| **Total Current Assets**                     | 1,790,898.32   |
|                                              |                |
| **Fixed Assets**                             |                |
| 15410 · Film & Edit Equip                    | 792,670.35     |
| 15419 · A/D Film & Edit Equip                | -346,951.97    |
| 15510 · Computer Equipment                   | 2,518,688.51   |
| 15519 · A/D Computer Equipment               | -2,018,376.12  |
| 15520 · Capitalized Software                 | 55,130.05      |
| 15529 · A/D Capitalized Software             | -36,056.40     |
| 15610 · Office Furniture & Equipment         | 31,274.00      |
| 15619 · A/D Office Furniture & Equipm        | -18,309.52     |
| 15620 · Building Machinery & Electrical      | 1,438,675.12   |
| 15629 · A/D Building Machinery & Elect       | -1,280,414.78  |
| 15710 · Transportation                       | 1,594.13       |
| 15719 · A/D Transportation                   | -132.85        |
| **Total Fixed Assets**                       | 1,137,790.52   |
|                                              |                |
| **Other Assets**                             |                |
| 19100 · Security Deposits                    | 375,895.74     |
| **Total Other Assets**                       | 375,895.74     |
|                                              |                |
| **TOTAL ASSETS**                             | 3,304,584.58   |
|                                              |                |
| **LIABILITIES & EQUITY**                     |                |
| **Liabilities**                              |                |
| **Current Liabilities**                      |                |
| **Accounts Payable**                         |                |
| 20100 · Accounts Payable                     | 1,713,666.16   |

# Todd Soundelux
# Balance Sheet
Main Document    Page 120 of 131
**As of August 31, 2014**

| | Aug 31, 14 |
|---|---|
| **Total Accounts Payable** | 1,713,666.16 |
| | |
| **Total Current Liabilities** | 1,713,666.16 |
| | |
| **Long Term Liabilities** | |
| **25100 · Notes Payable to Empire** | 2,126,462.00 |
| **Total Long Term Liabilities** | 2,126,462.00 |
| | |
| **Total Liabilities** | 3,840,128.16 |
| | |
| **Equity** | |
| **39100 · Paid in Capital** | 1,000,000.00 |
| **39200 · Retained Earnings** | -3,264,922.02 |
| **Net Income** | 1,729,378.44 |
| **Total Equity** | -535,543.58 |
| | |
| **TOTAL LIABILITIES & EQUITY** | 3,304,584.58 |

**Exhibit "E"**

**The identity and fair market value of the estate's assets**

**Todd Soundelux, LLC**
**Schedule of Estimated Asset FMV**
**As of September 15, 2014**

| | | |
|---|---|---|
| Cash on hand | $ | 819,392 |
| Accounts Receivable at gross | $ | 1,211,000 |
| Less doubtful accounts | $ | (706,000) |
| Estimated collecctible A/R | $ | 505,000 |
| Guaranteed equipment liquidation value | $ | 1,200,000 |
| Estimated FMV of equipment at client sites | $ | 50,000 |
| Estimated Sound Library value | $ | 500,000 |
| **Total Estimated FMV of Assets** | **$** | **3,074,392** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document entitled (*specify* DISCLOSURE STATEMENT AND CHAPTER 11 PLAN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

## 1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___9/17/14___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David E Ahdoot    dahdoot@bushgottlieb.com, jsilver@bushgottlieb.com
James C Bastian    jbastian@shbllp.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
M Douglas Flahaut    flahaut.douglas@arentfox.com
Barry R Gore    bgore@goreassociates.com, nnarag@goreassociates.com
Joseph A Kohanski    jkohanski@bushgottlieb.com, jsilver@bushgottlieb.com
Mette H Kurth    kurth.mette@arentfox.com, nancy.peters@arentfox.com
Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;cdonoyan@landsberg-law.com;dzuniga@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
Dare Law    dare.law@usdoj.gov
Robert K Lee    uclalaw90@gmail.com
Melissa Davis Lowe    mdavis@shbllp.com
Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
Leo D Plotkin    lplotkin@lsl-la.com, hpetrilli@lsl-la.com;dsmall@lsl-la.com
Lindsey L Smith    lls@lnbyb.com
Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Gilbert B Weisman    notices@becket-lee.com

☐ Service information continued on attached page

## 2. **SERVED BY UNITED STATES MAIL**:

On (*date*) ___9/17/14___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sandra Klein
U.S. Bankruptcy Court
255 E. Temple St.
Los Angeles, CA 90012

Office of United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

TODD-SOUNDELUX, LLC
7080 Hollywood Blvd.
6th Floor
Hollywood, CA 90028

Mette H. Kurth
Arent Fox LLP
555 West 5th Street, 48th Floor
Los Angeles, CA 90013

Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049
*Counsel for Secured Creditor PNC Bank*

☒ Service information continued on attached pages

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/17/14 | Brian Link | /s/ Brian Link |
|---------|-----------|----------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

20 Largest Unsecured:

Mike Minkler
6250 Hollywood Blvd Unit 50
Los Angeles, CA 90028

Ascent Media Holding Inc.
PO BOX 816288
DALLAS, TX 75381

Monitronics International
PO BOX 816288
DALLAS, TX 75381

Jamestown Lantana North, L.P.
PO BOX 31001-2064
PASADENA, CA 91110-2064

MOTION PICTURE INDUSTRY -
Todd AO
PENSION & HEALTH PLANS
PO BOX 1999
STUDIO CITY, CA 91614-0999

Gary Hecker
839 7th St.
Hermosa Beach, CA 90254

900 Seward Hollywood, LLC
3103 Neilson Way, Ste A
Santa Monica, CA 90405

ZAYO GROUP
PO Box 952136
Dallas, TX 75395-2136

LCFRE SM Arizona LP
P.O. Box 844118
Los Angeles, CA 90084-4118

American Express
P.O. Box 32900
Weston, FL  33332-9000

Minkler Corporation
6250 Hollywood Blvd Unit 50
Los Angeles, CA 90028

Jackie Jones
729 N. WILTON PL
LOS ANGELES, CA 90038

MOTION PICTURE INDUSTRY -
Soundelux
PENSION & HEALTH PLANS
PO BOX 1999
STUDIO CITY, CA 91614-0999

L.A. DWP
P.O. Box 30808
Los Angeles, CA 90030-0808

SINC Productions
1130 S. FLOWER ST #117
LOS ANGELES, CA 90015

Joan Rowe
311 VIRGINIA STREET, #A
EL SEGUNDO, CA 90245

Sovereign Sound Inc.
15458 CABRITO RD.
STAGE A
VAN NUYS, CA 91406

EDNET
1291 SW 29TH AVE
POMPANO BEACH, FL 33069

Peter Brown
2437 18th Street
Santa Monica, CA 90405

Atomic Sound Post Production
Services
Attn: Thomas E de Gorter
P.O. Box 802211
Valencia, Ca. 91380-2211

7080 Hollywood LLC
DEPT 9385
Los Angeles, CA 90084-9385

Committee:

900 Seward Hollywood, LLC
c/o Jonathan Barach, President
3103 Neilson Way, Suite A
Santa Monica, CA 90405

Entertainment Digital Network
(Ednet)
Division of Onstream Media
clo Thomas A. Scott, Vice President
of Technology
1291SW29thh Avenue
Pompano Beach, FL 33069

Sovereign Sound
c/o Marc Matiosian, President
493 Stanford Place
Santa Barbara, CA 93111

Minkler Corporation
c/o Michael Minkler, President
6250 Hollywood Boulevard, Unit 5D
Los Angeles, CA 90028

Slick Sounds
c/o David F. Van Slyke, Sound
Designer
5038 Westwood Boulevard
Culver City, CA 90230

Mette H. Kurth
Arent Fox LLP
555 West 5th Street, 48th Floor
Los Angeles, CA  90013

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>Special Notice</u>:

Robert K. Lee
1007 N. Sepulveda Bldv. #1237
Manhattan Beach, CA 90267-1237

Ian S. Landsberg
Landsberg & Associates, A PC
5950 Canoga Avenue, Suite 605
Woodland Hills, CA. 91367

Linda Boyle
tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

<u>Other</u>:

Los Angeles County Tax
Collector
P. O. Box 54110
Los Angeles, CA 90051-0110

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
300 N. Los Angeles St.
Los Angeles, CA 90012

Securities Exchange Commission
5670 Wilshire Boulevard, 11th
Floor
Los Angeles, CA 90036

Securities Exchange Commission
450 5th Street, NW
Washington, DC 20549

Employment Development
Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

*Service List Continued on Attached Pages (to the extent not already listed above)*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
**3.1.PROOF.SERVICE**

**F 9013-**

7080 Hollywood, LLC
1007 N. Sepulveda Blvd., #1237
Manhattan Beach, CA 90267-8262

BURBAC GROUP INC
DBA WESTLAKE RECORDING STUDIOS
7265 SANTA MONICA BLVD
LOS ANGELES CA 90046-6717

BURTIS BILLS
209 W UTAH AVENUE
PAYSON UT 84651-2153

---

Ascent Media Group, LLC
c/o Landsberg & Associates, APLC
5950 Canoga Ave., Suite 605
Woodland Hills, CA 91367-5039

LCFHE SN Arizona L.P.
111 N. LaBrea Avenue
Suite 101
Hollywood CA 90301-1770

Todd-Soundelux, LLC
7080 Hollywood Blvd.
6th Floor
Hollywood, CA 90028-6906

Barnett, Joseph R
653 Oak Run Trail #201
Oak Park, CA 91377-5624

Barrick, Christopher
810 S. Spring Street
Los Angeles CA 90014-2908

Barthkowics, Stephen M
934 Donora Court
San Dimas, CA 91773-1403

---

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

7080 HOLLYWOOD LLC
DEPT 9385
LOS ANGELES CA 90084-9385

ABM Parking Services- Alameda Media Building
Parking Office- Level P2
2901 W. Alameda Ave.
Burbank , CA 91505-4407

Batha, Robert D
24024 Bridgeport Lane #29
Valencia, CA 91355-1649

Beam, Eric N
1746 Brockton Ave #104
Los Angeles CA 90025-3895

Bedrosian, Ron H
27620 Navejo Ct
Castaic, CA 91384-3572

---

ACCO ENGINEERED SYSTEMS
6265 SAN FERNANDO RD
GLENDALE CA 91201-2214

ACCOUNTENTS
P.O. BOX 743295
Los Angeles CA 90074-3295

ADS RECORDING
8006 SW 17TH STREET
PORTLAND OR 97202-6717

Beigel, Ethan D
1550 N. Lima Street
Burbank, CA 91505-1803

Blank, Onnalee
234 N Gramercy Place
Los Angeles CA 90004-4022

Bowman, Jennifer L
1255 Midvale Avenue
Los Angeles, CA 90024-4872

---

ADVANCED AUDIO
3096 N CLYBOURN AVE
BURBANK CA 91505-1312

ADVISORS LLP
11911 SAN VICENTE BLVD SUITE 265
LOS ANGELES CA 90049-6634

AIR CONDITIONING SOLUTIONS INC
2223 EL SOL AVENUE
ALTADENA CA 91001-5331

Bossone, Nick
7100 Alvern Street
Los Angeles, CA 90045-3813

Bossone, Nicholas P
7100 Alvern St Unit 411
Los Angeles, CA 90045-3817

Brown, Peter
2437 18th Street
Santa Monica, CA 90405-2720

---

ALAN S. HOWARTH
2810 TERRY RD
LAGUNA BEACH, CA 92651-4130

ALLIANCE OF MOTION PICTURES
& TV PRODUCERS
Mark A. Pien c/o AMPTP
15301 VENTURA BLVD BLDG E
SHERMAN OAKS, CA 91403-5885

ALLIED WASTE SERVICES
PO BOX 78829
PHOENIX AZ 85062-8829

Burnette, Richard Glen
13220 Riverside Dr #203
Sherman Oaks, CA 91423-2186

Burns, Kevin P
3665 Scenic Drive
Pasadena, CA 91103-1936

CALPACIFIC PRINTING
2969 Felton Avenue, Apt. 204
Los Angeles, CA 90064-4165

---

AMALING J LANDSCAPING SERVICES
537 SAN PASCUAL AVE
LOS ANGELES CA 90042-3727

AMERICAN EXPRESS- CPC Remittance Processing
P.O. BOX 32960
Weston , FL  33332-9000

AMERICAN HI DEFINITION INC
2 BETA DRIVE
PITTSBURGH PA 15238-2916

CAMPAIGNA CHARLES
1433 RANDALL STREET
GLENDALE CA 91201-2725

CAPITAL FIRE PROTECTION
5007 LEDGE AVE
NORTH HOLLYWOOD CA 91601-4144

CAPTAIN AUDIO SOUND EDITORIAL
213 NORTH MAPLE STREET
BURBANK CA 91505-3631

---

AMERICAN EXPRESS INC
916 KEARNEY STREET
SAN FRANCISCO CA 94133-5107

ANDERSEN COMMERCIAL PLUMBING INC
190 E ARROW HWY SUITE B
SAN DIMAS CA 91773-3314

ANISTEN
PO BOX#7428
DALLAS TX 75284-7428

CHARLES MAYNES MUSIC AND SOUND DESIGN
CHARLES MAYNES
514 CORNELL DRIVE
BURBANK CA 91504-4031

CHRONIC MUSIC
933 GARNET COVE
OAK POINT TX 75068273

CHURCH AUDIO POST
7324 McCool Avenue
Los Angeles, CA 90045-1232

---

ANN KROEBER
2101 SEA SHELL DRIVE
RICHMOND CA 94804-7485

ANNA MACKENSIE
2207 N OCEAN PARK BLVD
SANTA MONICA CA 90405-5015

APOCALYPSE SOUND
2437 18th Street,
SANTA MONICA, CA 90405-2720

CIGNA
PO BOX 8500-110
PHILADELPHIA, PA  19178-0110

CIGNA
PO BOX 8500110
PHILADELPHIA PA 19178-0110

CIGNA HEALTH AND LIFE INSURANCE
CHLIC-CHICAGO
5476 COLLECTIONS CENTER DR
CHICAGO IL 60693-0054

---

APPLE COMPUTER INC
P O BOX 846095
DALLAS TX 752846095

APPLEONE EMPLOYMENT SERVICES
PO BOX 29048
GLENDALE CA 91209-9048

AQUATECH BACKFLOW SERVICES INC
2275 HUNTINGTON DR  875
SAN MARINO CA 91108-2640

CIGNA MEDICAL PLAN
400 N BRAND BLVD 2ND FLOOR
GLENDALE CA 91203-2311

CITY OF BURBANK
COMMUNITY DEVELOPMENT DEPT/BUILDING DIV
PO BOX 6459
BURBANK CA 91510-6459

CITY OF BURBANK WATER AND POWER
PO BOX 631
BURBANK CA 91503-0631

---

ARROWHEAD DIRECT 215
6661 DIXIE HWY SUITE 4
LOUISVILLE KY 40258-3950

ARS LLC
625 N MICHIGAN AVE STE 2400
CHICAGO IL 60611-3166

ASCENT MEDIA GROUP LLC
PO BOX 816288
DALLAS TX 75381-6288

CITY OF LA BUSINESS TAX- OFFICE OF FINANCE
PO BOX 513996
LOS ANGELES, CA 90051-3996

CITY OF LOS ANGELES
BUILDING AND SAFETY
PO BOX 514260
LOS ANGELES CA 90051-4260

CITY OF LOS ANGELES OFFICE OF FINANCE
ATTN EMONT SANTOS HSU
P O BOX 53320
LOS ANGELES CA 90053-0320

---

ASSOCIATED PRODUCTION MUSIC LLC
6255 SUNSET BLVD STE 900
HOLLYWOOD CA 90028-7425

AT&T
AT&T - PO BOX 5094
CAROL STREAM IL 60197-5094

AT&T
PO BOX 105068
ATLANTA GA 30348-5068

CITY OF SANTA MONICA
LOCATION 0710644
1444 4TH STREET
SANTA MONICA CA 90401-2309

CITY OF SANTA MONICA BUSINESS LICENSE DEPT
1685 MAIN ST
SANTA MONICA CA 90401-3248

CITY OF SANTA MONICA POLICE DEPARTM
ATTN FALSE ALARM BILLING
333 OLYMPIC DRIVE
SANTA MONICA CA 90401-3360

---

AT&T
PO BOX 105107
ATLANTA GA 30348-5107

AT&T
PO BOX 5025
CAROL STREAM IL 60197-5025

AT&T LONG DISTANCE
PO BOX 5017
CAROL STREAM IL 60197-5017

CLACK INC
163 GREENIER ROAD
JEFFERSON NY 12093-4419

CLIMATE CONTROLLED STORAGE VAULTS INC
P O BOX 926
LOS ANGELES CA 90078-0926

COHRERENCE LLP
1900 AVENUE OF THE STARS 28TH FLR
LOS ANGELES CA 90067-4301

---

AT&T MOBILITY
PO BOX 6463
CAROL STREAM IL 60197-6463

AUDIO RENTS
1541 NORTH WILCOX AVE
HOLLYWOOD CA 90028-7308

AUDIO HOUND
10 E 5TH ST SUITE  440
MINNEAPOLIS MN 55402-1004

COSTCO FIRE PROTECTION
PO BOX 490
GARDENA CA 90247-5849

COSTCO MEMBERSHIP
PO BOX 34783
SEATTLE WA 981241783

CROWD CONTROL GROUP LLC
1040 N LAS PALMAS BLDG 19
HOLLYWOOD CA 90038-2409

---

AVID TECHNOLOGY INC
PO BOX 203339
DALLAS TX 753203339

AVID TECHNOLOGY INC
PO BOX 203339
DALLAS, TX 75320-3339

Althoff, Robert T
4056 Angela St
Simi Valley, CA 93063-2802

Camara, Rick
2664 Regina Ave
Thousand Oaks, CA 91360-1609

Canning, Patrick J
5625 Crescent Parkway #305
Playa Vista, CA 90094-2209

Carmean Williams, Kerry Ann
2051 El Monte Drive
Thousand Oaks, CA 91362-1823

---

Altus, Julie M
924 N. Lima Street
Burbank, CA 91505-2927

American Express Travel Related Services
Company, Inc.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Antonio Cleaning Services
8207 Langdon Avenue, #100
Van Nuys, CA 91406-1332

Casler, Brooke A
1430 Amherst Avenue #6
Los Angeles, CA 90025-0358

Chalfant, John M
1200 W. Riverside Drive #359
Burbank, CA 91504-3147

Chock, Michael Francis
3575 Lowry Rd
Los Angeles, CA 90027-1433

---

Arango, Andrea
42957 W. Guyman Ave.
Lancaster, CA 93534-4924

Armstrong, Dora
517 View Crest Drive
Montebello, CA 90640-2720

Arnett, Paula C
808 Princeton Apt. C
Santa Monica, CA 90403-2248

Cohen, Harry
30052 Hunstock
Castaic, CA 91384-2456

Colomby, Michael A
P.O. Box 93302
Los Angeles, CA 90093-0302

Corpus, Emilie Ann
1622 Lake Shore Avenue
Los Angeles, CA 90026-2502

---

Arredondo, Ron R
252 East Beverly Blvd. Unit A
Montebello, CA 90640-3793

Atkinson, Laura
1971 Santa Rosa Ave
Pasadena, CA 91104-1128

Atomic Sound Post Production Services
Attn: Thomas E de Gorter
P.O. Box 802211
Valencia, CA 91380-2211

DAN KERR
5341 W 119TH STREET
DEL AIRS CA 90304

DCI CORPORATE
PO BOX 79910
BALTIMORE MD 212790910

DESIGN FX
PO BOX 491087
LOS ANGELES CA 90049-9087

---

Aulicino, Paul
476 Granite Hills St.
Simi Valley, CA 93065-0605

BAGEL BROKER MANAGEMENT GROUP
7825 BEVERLY BLVD
LOS ANGELES CA 90036-2192

BARNES & THORNBURG LLP
2049 CENTURY PARK EAST STE 3550
LOS ANGELES, CA 90067-3210

DIALOGUE AUDIO RESTORATION
2005 BARNKREES B
MANHATTAN BEACH CA 90266-4112

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

DISCOVERY COMMUNICATIONS LLC
c/o Discovery Studios
One Discovery Place
SILVER SPRING, MD 20910-3354

---

BERENMEISS AND PECKMAN LLP
488 MADISON AVENUE
NEW YORK NY 10022-5702

BLUE PLANET SOUND
PO BOX 30291
HONOLULU HI 96820-0291

BOB HART
22 WILDBERRY WAY
CARLISLE ONTARIO L0R 1 H2
CANADA

DISCOVERY STUDIOS LLC
ONE DISCOVERY PL
SILVER SPRING MD 209103354

DIVAN TADRGIIAN
3730 RANCH TOP RD
PASADENA CA 91107-1328

DMV Renewal
PO BOX 942894
Sacramento, CA  94294-0895

DOCUMEDIA GROUP
2182 DUPONT DRIVE UNIT 2
IRVINE CA 92612-1319

DOCTSOURCE LLC
13100 ALONDRA BLVD STE 108
CERRITOS CA 90703-2262

REFUND [illegible]
[illegible]
CHICAGO IL 60693-0168

Hayes, Gregory Michael
7661 Wish Avenue
Lake Balboa, CA 91406-2131

Hayes, Shane D
1221 Seward Street #101
Los Angeles, CA 90038-1338

DOPPLER STUDIOS INC
1922 PIEDMONT CIR NE
ATLANTA GA 30324-4855

DORA ARMSTRONG
17 VIEW CREST DRIVE
MONTEBELLO CA 90640

DPA MICROPHONES, INC
1500 KANSAS AVE SUITE 3A
LONGMONT, CO 80501-6561

Becker, Gary
839 7th St.
Hermosa Beach, CA 90254-4822

Begeman, Daniel
16331 Bermuda St.
Granada Hills, CA 91344-6856

Henderson, Elizabeth A
5323 Virginia Avenue
Los Angeles, CA 90029-1107

Daddario, Andrew C
21815 W. Jeffersn Ln.
Saugus, CA 91350-3905

Davis, Jeremy B
5110 Tujunga Avenue Apt 1
North Hollywood, CA 91601-4925

Davis, Ross S
29002 Catherwood Court
Agoura Hills, CA 91301-1620

Bernandez, Martin C
3392 Tareco Road
Los Angeles, CA 90068-2528

Bertlein, Michael K
2095 Barkmann Street
Manhattan Beach, CA 90266-4112

Hogan, Chris
5377 Indian Hills Dr
Simi Valley, CA 93063-2030

Deristofaro, Andrew R
8 Packsaddle Road
Rolling Hills, CA 90274-5239

Digital Difference Inc.
1201 Olympic Bvld
Santa Monica CA 90404-3721

Dimuro, Dino R
578 N. Gower Street
Los Angeles, CA 90004-1302

Howard, Zach Michael
14409 Hatteras Street
Sherman Oaks, CA 91401-4226

Hugentobler, Kaspar
3615 Lavell Drive
Los Angeles, CA 90065-3442

IATSE Local 700
7715 Sunset Blvd, Suite 200
Los Angeles, CA 90046-3912

Dorf, Mitchell A
2633 32Nd Street
Santa Monica, CA 90405-3104

Dorff, Mitch
2633 32nd Street
Santa Monica, CA 90405-3104

Double Fine Productions, Inc.
Attn: Khris Brown
525 Brannan Street, Suite 200
San Francisco, CA 94107-1632

INTERIORS LLC
2054 BROADWAY
SANTA MONICA CA 90404-2910

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE*
300 North Los Angeles Street
M/S 5022
Los Angeles, CA 90012-3351

Druban, Joseph Michael
1823 1/2 THAYER AVE
LOS ANGELES CA 90025-4905

Druban, Justin E
120 2nd Street
Hermosa Beach, CA 90254-5116

EDGENUES MEDIA/COMTEL PRO MEDIA
PO BOX 75514
CLEVELAND OH 44101-4755

IRENE MONTERO
858 NORTH NANTES AVE
LA PUENTE CA 91744-2700

IRON MOUNTAIN
PO BOX 601002
PASADENA CA 91189-1002

IS Hollywood 1, LLC
Attn: Matthew Davis
7080 Hollywood Blvd. Suite 1100
Hollywood, CA 90028-6938

EDMIT
1291 SW 29TH AVE
POMPANO BEACH FL 33069-4359

EILAN HOFFMAN
22 HANSLAGH ROAD 1ST FLOOR FLAT
LONDON UK W6 5RZ

EZ OFFICE MACHINES
1439 S ROBERTSON BLVD
LOS ANGELES CA 90035-3414

JACKIE JONES
729 N WILTON PL
LOS ANGELES CA 90038-4112

JAM PRODUCTIONS INC
2806 AZALEA PLACE
NASHVILLE TN 37204-3118

JAMESTOWN LANTANA NORTH LP
PO BOX 310012064
PASADENA CA 91110-2064

EJnes, Samuel E
11225 Huston Street #304
North Hollywood, CA 91601-4477

Ellis, Kimberly N
9834 Babbitt Ave
Northridge, CA 91325-1926

Empire Investment Holdings, LLC
Attn: Michael Greif
1000 NW 57th Ct, Suite 900
Miami, FL 33126-3295

JIM STOTT
10567 WILDHURST CIR
HIGHLANDS RANCH CO 80126-7519

JOAN HOWE
311 VIRGINIA ST No. A
EL SEGUNDO CA 90245-2997

JOHN HIRES
920 W ANGELENO AVENUE APT E
BURBANK CA 91506-2265

Ennis, Victor
630 Cooper Dr
Placentia, CA 92870-2001

Eyemed Vision Care
Po Box 632530
Cincinnati, OH  45263-2530

FEDEX
PO BOX 7221
PASADENA CA 91109-7321

JOSEPH MAGEE
10222 THE GROVE BLVD #1318
BATON ROUGE LA 70836-6431

Jimenez, Kimberly A
427 South Griffith Park Drive
Burbank, CA 91506-2716

Jobe, David H
3217 Canon Place
Topanga, CA 90290-4201

FEDEX FREIGHT INC
PO BOX 63247
N CHARLESTON SC 29419-3247

FIDELITY SECURITY LIFE INSURANCE/EYEMED
FSL/EYEMED PREMIUMS
PO BOX 632530
CINCINNATI OH 45263-2530

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Jones, Jackie Marie
729 N. Wilton Place
Los Angeles, CA 90038-4112

Joseph Magee
4747 Galendo Street
Woodland Hills, CA 91364-4214

KAISER FOUNDATION HEALTH PLAN INC
PO BOX 80204
WORLDWAY POSTAL CENTER
LOS ANGELES CA 90080-0204

FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO CA 94257-0531

FULL CIRCLE RECYCLING COMPANY
13222 ESTRELLA AVE
GARDENA CA 90248-1520

Fairfield, Paula K
13331 Moorpark Street #307
Sherman Oaks, CA 91423-3949

KAMEN ATANASOV
ul. 'ORIN', #30
9000, Varna, Bulgaria

KARL KOO
1 1259 ARROWOOD STREET
ARCADIA CA 91006-5907

KEVIN OCONNELL
14704 SUTTON STREET
SHERMAN OAKS CA 91403-4243

Fearing, Tammy
5232 Wilkinson Avenue Unit 2
Valley Village, CA 91607-2411

Fehrman, Alexandra Jane
3202 Rowena Ave Apt 2
Los Angeles, CA 90027-2515

Feiner, Julie L
6036 Eucalyptus Ln.
Los Angeles, CA 90042-1244

KIMBERLY JIMENES
427 S GRIFFITH PARK DR
BURBANK CA 91506-2716

KONICA MINOLTA BUSINESS SOLUTIONS
DEPT LA 22988
PASADENA CA 91185-2988

KONICA MINOLTA PREMIER FINANCE
1310 MADRID STREET SUITE 101
MARSHALL NN 56258-4002

Fitzpatrick, James F
19955 Avenue of the Oaks
Newhall, CA 91321-1389

Flick, Bradley M
3652 Perdonia Drive Apt B
Los Angeles, CA 90068-1208

GLW INCORPORATED
GARY TEKELMAN
1024 FIRESTONE PARKWAY
LA VERGNE TN 37086-3505

KONICA MINOLTA PREMIER FINANCE / US Bank Equ
1310 MADRID STREET SUITE 101
MARSHALL, MN 56258-4002

KROLL BACKGROUND AMERICA INC
PO BOX 847514
DALLAS TX 75284-7514

Katona, Bradley C
7658 Bobby Drive
West Hills, CA 91304-5387

GOURMET COFFEE SERVICE INC
PO BOX 8318
VAN NUYS CA 91409-8318

GRAHAM COMPANY
28231 AVENUE CROCKER 55
VALENCIA CA 91355-1276

GRAYCON INC
232 8TH AVENUE
CITY OF INDUSTRY CA 91746-3200

Keith Rogers
21313 Oak Orchard Rd
Newhall, CA 91321-1809

Keller, Michael
14985 Round Valley Dr.
Sherman Oaks, CA 91403-4637

Kelly Cabral
18760 Tuba Street
Northridge, CA 91324-1335

GREENSTONE FILM AND SOUND PRODS INC
22231 MULHOLLAND HWY 203B
CALABASAS CA 91302-5189

G&L US
7887 WASHINGTON VILLAGE DR/
SUITE 300
DAYTON OH 45459-8605

Gerlington, Marshall N
8936 Odessa Ave
North Hills, CA 91343-4111

King, Jonathan
c/o Freestyle Funk Recordings LLC
2170 Armour St.
Pomona, CA 91768-1506

Kirk, Dennis G
11230 Otsego St #208
North Hollywood, CA 91601-3785

Konica Minolta Premiere Finance
P.O. Box 790448
St. Louis, MO 63179-0448

Garten, Joseph
528 3rd Street
Manhattan Beach, CA 90266-6415

Gesalyan, Nerses
21451 Alamo St.
Woodland Hills, CA 91364-5401

Gika, Hector
3601 Glen Abbey Lane
Oxnard, CA 93036-6328

Koo, Karl
11259 Arrowood Street
Arcadia, CA 91006-5907

Koper, Ben
19 Howard Ave. #3
Ansonia, CT 06401-2209

Kopelkin, Alexander
Satatovskaya Street, 14,/1, apt. 19
109125, Moscow, RUSSIA

Godwin, Kurt L
1352 Roxbury Drive
Los Angeles, CA 90035-4735

Gonzalez, Azusena
9509 Havenwood Street
Pico Rivera, CA 90660-2928

Gonzalez, Jessicca
15656 Yermo St
Whittier, CA 90603-2445

Kornbluth, Yishai B
865 Comstock Ave #12-A
Los Angeles, CA 90024-2585

LA DWP
PO BOX 30808
LOS ANGELES CA 90030-0808

LAZ PARKING
3000 OLYMPIC BLVD SUITE 1450
SANTA MONICA CA 90404-5073

Grimala, Glynna M
1014 Ozone Avenue
Santa Monica, CA 90405-5717

HACIENDA SECURITY SERVICES
15902-A HALLINGTON AVE.#211
HACIENDA HEIGHTS, CA 91745-3505

HADRELL ELECTRIC CO INC
7531 WHEATLAND AVE
SUN VALLEY CA 91352-5259

LCPRE SM ARIZONA LP
PO BOX 8441 18
LOS ANGELES CA 90008-0441

LETS DUB INC
ATTN BOB BREMER
815 LACKMAN LANE
PACIFIC PALISADES CA 90272-2206

LEVEL 3 POST
2901 ALAMEDA
BURBANK CA 91505-4407

HFI PRODUCTIONS
5091 CATALON AVE
WOODLAND HILLS CA 91364-3313

HFI PRODUCTIONS
5091CATALON AVE.
WOODLAND HILLS, CA 91364-3313

HFI Productions
22149 49 Archwood St
Woodland Hills CA 91303-2442

LOGISTIC PARKING INC
1 1271 VENTURA BLVD SUITE 103
STUDIO CITY CA 91604-3136

LOS ANGELES SIGN COMPANY
3595 Motor Ave
Los Angeles, CA 90034-4806

LOS ANGELES SIGN COMPANY
QEAN PRO INC
3595 MOTOR AVE
LOS ANGELES CA 90034-4806

HIGHSIGNAND COMMERCIAL ROOFING
5105 HEINTZ STREET
BALDWIN PARK CA 91706-1820

HILDEBERTO CRUZ
3835 W 7TH ST APT 11
LOS ANGELES CA 90005-3282

HOLLYWOOD VINYL SIGNS
922 N GARDNER STREET
W HOLLYWOOD CA 90046-6507

LOS ANGELES TIMES
202 W FIRST STREET 5TH FLOOR
LOS ANGELES CA 90012-4401

Lamberti, Anthony
928 N. Florence St.
Burbank, CA 91505-2615

Landers, John C
4705 Franklin Ave #5
Los Angeles, CA 90027-4216

Levy, Aaron M
13680 Bear Valley Rd
Moorpark, CA 93021-2338

Lipman, Samuel
814 19th St #G
Santa Monica, CA 90403-1993

MACBO SOUND EDITORIAL
493 STANFORD PL
SANTA BARBARA CA 93111-1824

Oxford, Kelly Lee
9625 Maricopa Dr
Simi Valley, CA 93063-2048

PARAGON MICRO INC
DEPARTMENT 7116
CAROL STREAM IL 60122-7116

PATRICCO LIEBERSON
LIEBERSON TECHNICAL SERVICES INC
14747 COVELLO ST
VAN NUYS CA 91405-1806

MANHATTAN BEACHPHOTO PANACEA SA DE CV
ORAL SALVADOR ALVARADO NO 8 INT 501
COL ESPORRNO CONDESA
MEXICO DF CP 06170

MANUEL CASTRO
CASTRO JANITOR SERVICES
PO BOX 30444
LOS ANGELES CA 90030-0444

MARC ARAMIAN
11955 IOWA AVE 8
LOS ANGELES CA 90025-3725

PAUL RODRIGUES
3567 EL LADO DRIVE
GLENDALE CA 91208-1006

PCM PC MALL
FILE 55327
LOS ANGELES CA 90074-5327

PETER SULLIVAN
916 SOUTH NEW HAMPSHIRE AVE
LOS ANGELES CA 90006-1623

MARK MANGINI
4028 STONE CANYON AVE
SHERMAN OAKS CA 91403-4541

MARK ORMANDY
3995 ALTA MESA DR
STUDIO CITY CA 91604-4010

MARSHALL M MILLER ASSOCIATES INC
3000 MARCUS AVENUE SUITE 3W8
LAKE SUCCESS NY 11042-1009

PITNEY BOWES
PO BOX 856390
LOUISVILLE KY 40285-6390

PITNEY BOWES GLOBAL FINANCIAL SERVI
PO BOX 371887
PITTSBURGH PA 15250-7887

PITNEY BOWES PURCHASE POWER
PO BOX 371874
PITTSBURGH PA 15250-7874

MARTIN ALONSO ZEVALLOS
1657 12TH STREET
SANTA MONICA CA 90404-3709

MATTHEW WATERS
2321 DRAYTON AVE
THOUSAND OAKS CA 91360-3121

MCMASTER-CARR SUPPLY CO
PO BOX 7690
CHICAGO IL 60680-7690

PNC BANK
C/O LEO PLOTKIN
815 MORAGA DRIVE
LOS ANGELES CA 90049-1633

POLYLANDS.COM
194 MCINTYRE DRIVE UNIT 1
KITCHENER ONTARIO
N2R 1 B4

PREMIERE GLOBAL SERVICES
PO BOX 404351
ATLANTA GA 30384-4351

MCO RECORDING STUDIOS
550 QUEEN ST E
SUITE G-100
TORONTO ON M5A 1 V2

MEDIA DISTRIBUTORS
PO BOX 75614
CLEVELAND OH 44101-4755

MESSENGERS INC
4402 W MAGNOLIA BLVD
BURBANK CA 91505-2798

Pacific Bell Telephone Company
%AT&T Services, Inc
Karen A Cavagnaro - Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Papagianis, Stephen G
1200 W. Riverside Drive #204
Burbank, CA 91506-3126

Parker, Douglas L
28315 Alaminos Drive
Santa Clarita, CA 91350-1416

MINKLER CORPORATION
6250 HOLLYWOOD BLVD UNIT 50
LOS ANGELES CA 90028-5325

MIRROR IMAGE AUDIO LLC
21815 W. Jeffers Lane
Santa Clarita, CA 91350-3905

MITCHELL SILBERBERG AND KNUPP LLP
11377 WEST OLYMPIC BLVD
LOS ANGELES CA 90064-1683

Peterson, Mark
818 18th Street Unit D
Santa Monica, CA 90403-1935

Payne, Michael J
500 N. Hollywood Way
Burbank, CA 91505-3405

Petersen, Dennis
21517 Velicata Street
Woodland Hills, CA 91364-1906

MOBILE MINI
PO BOX 7144
PASADENA CA 91109?7144

MOTION PICTURE INDUSTRY
PENSION AND HEALTH PLANS
PO BOX 1999
STUDIO CITY CA 91614-0999

MOTION PICTURE INDUSTRY
PO BOX 1999
STUDIO CITY CA 91614-0999

Peterson, Brian J
5245 Bellaire Avenue
Valley Village, CA 91607-2311

Pinkston, Christopher J
404 Hermosa Ave. #3
Hermosa Beach, CA 90254-4463

Playididium
Attn: Jason Wishnov
610 E San Jose Ave #101
Burbank, CA 91501-1364

MOTION PICTURE SOUND EDITORS
1 2712 MOORPARK ST SUITE 102
STUDIO CITY CA 91604-2155

MOTION PICTURE EDITORS GUILD
7715 SUNSET BLVD 210
HOLLYWOOD CA 90046-3912

MOVING IMAGE TECHNOLOGIES
17760 NEWHOPE STREET
FOUNTAIN VALLEY CA 92708-5442

Prestwood Smith, Michael
8577 Wonderland Ave.
Los Angeles, CA 90046-1463

Projector Lamp Services/Relamplt
50 Orville Drive Ste 3
Bohemia NY 11716-2548

Pugh, Alexander
400 W. Madison Avenue #4
Pasadena, CA 91101

Mackenzie, Anna C
2207 1/2 Ocean Park Blvd
Santa Monica, CA 90405-5015

Macleod, Nancy B
1341 Cambridge Dr
Glendale, CA 91205-3556

Mulcoly, Brittany A.
1926 Berkeley Avenue
Los Angeles, CA 90026-2528

Quintero, David A
5341 Dewar Avenue
Los Angeles, CA 90022-2227

Quiros, Dwayne
1878 Ridgewood Dr.
Camarillo, CA 93012-4218

R.O STEWART PLUMBING
1166 N. WESTERN AVENUE
LOS ANGELES CA 90029-1098

Mandel, Verna
7642 Airlie Drive
Tujunga, CA 91042-1202

Mann, Darrin S
11556 Cumpston Street
North Hollywood CA 91601-2636

Marion, Michael P
22728 Garzota Drive
Valencia, CA 91354-2337

RANDSTAD PROFESSIONALS
12516 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0125

RANDSTAD Professionals US, LLP
150 Presidential Way 4th Flr
Woburn MA 01801-1150

REAL TO REEL STUDIOS INC
14 CANYON RIDGE DRIVE
ROCKWALL TX 75087-7903

Marullo, Gary V
14300 Albers Street
Sherman Oaks, CA 91401-5104

Matiosian, Mace
493 STANFORD PL
SANTA BARBARA, CA 93111-1824

McEvoy, Peter D
2212 A Curtis Avenue
Redondo Beach, CA 90278-2006

RELAMPIT
50 ORVILLE DR STE 3
BOHEMIA NY 11716-2548

RCC VIERS
23358 ANGEL PARK
MACOMB TWP MI 48042-5021

RICHARD ANDERSON
11075 BILLDAVEN AVE
TUJUNGA CA 91042?1419

Mccullough, Kevin M
16 Surfside Court
Newport Beach, CA 92663-2118

Mcmoyler, David
1929 N. Rose Street
Burbank, CA 91505-1319

Media Distributors
845 N Church Court
Elmhurst Ill 60126-1036

RJS SODA SERVICE INC
2300 PECK ROAD
WHITTIER CA 90601-1601

RO STEWART PLUMBING
1166 N WESTERN AVENUE
LOS ANGELES CA 90029-1098

ROBB RUTTRAL
28 BROOKSAGE MEWS SW
CALGARY ALBERTA CANADA T2W 2P3

Methi, Jenna J
7651 Laurel Canyon Blvd. #306
North Hollywood, CA 91605-7419

Miller, Michael S
17748 W Sweetpum Ln
Fair Oaks Ranch, CA 91387-3825

Minkler, Christian Paul
3539 Santa Calotta Street
La Crescenta, CA 91214-1116

Raines, David J
525 N. Sycamore Avenue #221
Los Angeles, CA 90036-2040

Raleton, Stephen
27452 B Elderview Dr
Valencia, CA 91354-2003

Ramos, Aiden
41 29th Avenue #1B
Venice, CA 90291-4328

Minkler, Mike
6250 Hollywood Blvd Unit 50
Los Angeles, CA 90028-5325

Mirror Image Audio LLC
Andrew Daddario
444 E. Tujunga #208
Burbank CA 91501-3011

Montero, Irene
858 N. Nantes Ave
La Puente, CA 91744-2700

Reese, Yuri A
1317 W. Clark Avenue
Burbank, CA 91506-2025

Rincon, Peter
5 Vista Terrace
Pacific Palisades, CA 90272-4656

Rivera, Miguel
5645 Ponce Avenue
Woodland Hills, CA 91367-4339

Montecroso, Jennifer J
4549 Troost Ave
North Hollywood, CA 91606-2555

Montgomery, Garrett Phillip
3630 Marathon Street #208
Los Angeles, CA 90026-2867

Munoz, Roxana Roseany
4946 W. 99th Street
Inglewood, CA 90301-3612

Robinson, Stephen P
205 Joy Street
Highland Park, CA 90042-3810

Rodenhiser, John S
11035 otsego st #204
North Hollywood, CA 91601-3872

Rodriguez, Paul George
3567 El Lado Drive
Glendale, CA 91208-1006

NBC FINANCIAL SERVICES
250 Pehle Avenue, Ste # 704
Saddle Brook, NJ 07663-5888

NBC Financial Services
250 Pehle Avenue, Ste 704
Saddle Brook, NJ 07663-5888

NIGEL HOLLAND
33 PANDORA RD GROUND FLOOR FLAT
LONDON UK

Rose, Catherine L
8512 Tuscany Avenue #218
Playa del Rey, CA 90293-8159

SAG PRODUCERS PENSION AND HEALTH
PO BOX 54867
LOS ANGELES CA 90054-0867

SAG-AFTRA Interactive and New Media Contract
Attn: Pierre Debs
5757 Wilshire Boulevard Seventh Floor
Los Angeles, CA 90036-5810

NISIN LANZADO
1 15 SOUTHWOOD CIRCLE
SYOSSET NY 11791-4923

MOISTERBAI INC.
560 San Juan Ave., Apt. W
Venice, CA 90291-4133

Nakamura, Daniel
29530 Blake Wy
Canyon Country, CA 91387-7100

SARA DURANNINGER
1151 PIDER ST
PACIFIC PALISADES CA 90272-3866

SCOTT CAMPBELL COMPANY
2532 EAST 49TH STREET
VERNON CA 90058-2121

SERVICE BY AIR INC
PO BOX 7777
OLD BETHPAGE NY 11804-7777

Neary, Thomas J
1119 Harrison Avenue
Venice, CA 90291-5024

New York State Dept of Labor
State Office Campus Bldg #12 Rm 256
Albany, NY 12240-0001

Niesen, Todd A
213 N. Naomi St.
Burbank, CA 91505-3631

SEWARD HOLLYWOOD LLC
3103 NEILSON WAY STE A
SANTA MONICA CA 90405-5355

SHIRENE SAID
4653 WOODMAN AVE 10
SHERMAN OAKS CA 91423-3066

SINC PRODUCTIONS
1130 S FLOWER ST 117
LOS ANGELES CA 90015-2240

ONKIN PEST CONTROL
PO BOX 7161
PASADENA CA 91109-7161

OSCAR ESTEVES DE JERONIMO
3760 S JASMINE AVENUE 21
LOS ANGELES CA 90034-5917

OTHER WORLD COMPUTING INC
2450 BRIDGE LANE
WOODSTOCK IL 60098-6922

SLATE RUN PRODUCTIONS
6115 MARGARITO DR
OAKLAND CA 94618-1838

SLICK SOUNDS
5838 WESTWOOD BLVD
CULVER CITY CA 90230-4923

SMART POST SOUND
405 W RIVERSIDE DRIVE
BURBANK CA 91506-3208

SNAPPER HEAD INC
14704 SUTTON STREET
SHERMAN OAKS CA 91403-4143

SONY ELECTRONICS INC
PO BOX 100172
PASADENA CA 91189-0272

TEERAC LLC
4301 RADFORD AVE
Marina Del Rey, CA 90292-6905

Torres, Richard W
11635 Mccormick St.
Studio City, CA 91604-2733

Torres, Christian A
11138 Sunshine Terrace
Valley Village, CA 91601-3022

Torres, Christina A
11138 Sunshine Terrace
Studio City, CA 91604-3118


SOUNDLINE INC
11146 GAULT ST
NORTH HOLLYWOOD CA 91405-6305

SOUNDTRACK
936 BROADWAY
NEW YORK NY 10010-8202

SOUTHERN CALIFORNIA EDISON
PO BOX 300
ROSEMEAD CA 91770-0300

Townsend, Gregory C
1177 Coronado Street
Los Angeles, CA 90026-2205

Treadwell, Tami
4437 Tujunga Ave. #3
Studio City, CA 91602-2064

Turner, Johanna C
19113 Archwood St.
Reseda, CA 91335-5002


SOVEREIGN SOUND INC
15450 CABRITO RD
STAGE A
VAN NUYS CA 91406-1406

SPARKLETTS DRINKING WATER
PO BOX 660579
DALLAS TX 752660579

SPECIAL T WATER SYSTEMS INC
P O BOX 165
WHITTIER CA 90608-0165

UNDIAN
5450 W 83RD ST
LOS ANGELES CA 90045-3204

UPS
PO BOX 894020
LOS ANGELES CA 90189-4820

US Bank NA dba US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258-4099


STANDARD PARKING
7080 HOLLYWOOD BLVD SUITE 1004
HOLLYWOOD CA 90028-6958

STAPLES ADVANTAGE
DEPT LA
PO BOX 83689
CHICAGO IL 60696-3689

STAPLES PROMOTIONAL PRODUCTS
PO BOX 219189
KANSAS CITY MO 64121-9189

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

VERIZON CALIFORNIA
PO BOX 920041
DALLAS TX 75392-0041

VERIZON WIRELESS
PO BOX 660108
DALLAS TX 75266-0108


STATE OF CALIFORNIA
BOARD OF EQUALIZATION
PO BOX 942879
SACRAMENTO CA 94279-3535

STEVE BARTKOWICZ
934 SONORA CT
SAN DIMAS CA 91773-1603

STUDIOPOLIS
11700 VENTURA BLVD
STUDIO CITY CA 91604-2615

VIRTUAL GRAFFITI INC
9979 MUIRLANDS BLVD
IRVINE CA 92618-2508

Van Slyke, David P
5038 Westwood Blvd.
Culver City, CA 90230-4923

Vanchure, Anthony Thomas
4443 Kingswell Ave
Los Angeles, CA 90027-4403


SUPERIOR ALARM SYSTEMS
PO BOX 10094
CANOGA PARK CA 91309-1084

Saíd, Shirene A
4453 Woodman Ave #10
Sherman Oaks, CA 91423-3066

Santos, Berta Barrera
3835 W. 7th Street #11
Los Angeles, CA 90005-3282

Vega, Tracy Anne
1029 S. Edith Avenue #212
Alhambra, CA 91803-2268

WESTERN EXTERMINATOR CO
3333 W TEMPLE ST
LOS ANGELES CA 90026-4540

WESTLAKE PRO INC
4101 LANKERSHIM BLVD
NORTH HOLLYWOOD CA 91602-2816


Schloemer, Martin Allan
4756 W 167Th Street
Lawndale, CA 90260-3101

Schorer, Greg
P.O. Box 429
Borrego Springs, CA 92004-0429

Seo, Kyle K
1012 N Laurel Ave #5
Los Angeles, CA 90046-6077

WEECKER PRODUCTIONS
ATTN GARY HECKLER
839 7TH STREET
HERMOSA BEACH CA 90254-4822

Wachal, Ann Marie
2104 Roselin Place
Los Angeles, CA 90039-3320

Waters, Mathew T
2321 Drayton Ave
Thousand Oaks, CA 91360-3121


Sephton, Robert L
5229 Carmento Drive
Oak Park, CA 91377-6858

Serrano, Gabriel Joseph
145 N. Hamilton Drive #8
Beverly Hills, CA 90211-1686

Siegel, Alex F
11725 Montana Ave #205
Los Angeles, CA 90049-4730

Weber, Loren Scott
25942 Tennyson Lane
Stevenson Ranch, CA 91381-1008

Weingart, Richard
95 Coronado Street
Ventura, CA 93001-3517

Wesley, Gayle
19789 Northcliff Dr.
Canyon Country, CA 91351-5777


Smith, Damien Michael
11741 Bicanoli Way
Porter Ranch, CA 91326-6616

Smith, William K
10854 Debra Ave.
Granada Hills, CA 91344-5254

Snell, Peter H
655 Hampshire Road #3
Westlake Village, CA 91361-2302

West, Tim
2577 S. Westgate Aven
Los Angeles, CA 90064-2741

Wilboit, Michael D
9834 Babbitt Ave.
Northridge, CA 91325-1926

XYTECH SYSTEMS CORPORATION
ATTN ACCOUNTS RECEIVABLE
15451 SAN FERNANDO MISSION BLVD
MISSION HILLS CA 91345-1421


So Calif Edison Company
Attn: Credit and Payment Svs
1551 W. San Bernardino Rd
Covina CA 91722-3407

Soto, Alicia Mercedes
8333 Grand View Dr
Los Angeles, CA 90046-1917

Soto-Mendez, Berta L
34 Paso Street Apt B
Arcadia, CA 91006-3854

ZATO GROUP
PO BOX 952136
DALLAS TX 75395-2136

Zebert, Eliza P
5725 Wish Avenue
Encino, CA 91316-1411

Zeller, Dean R
1305 2nd Street Apt 106
Santa Monica, CA 90401-1125


Sovereign Sound
c/o Marc Matiossian
493 Stanford Place
Santa Barbara, CA 93111-1814

Spain, Patrick J
2004 Apex Ave #4
Los Angeles, CA 90039-3159

St. John, Dean L
410 N Frederic St Upper
Burbank, CA 91505-3234

Zurawska, Liliana
1517 Princeton St #3
Santa Monica, CA 90404-3526

Barry R. Gore
3424 Carson St, Ste 350
Torrance, CA 90503-5716

Leslie A Cohen
Leslie Cohen Law PC
506 Santa Monica Bl Ste 200
Santa Monica, CA 90401-2413


St. John, Alexander M
6542 Balcom Ave
Reseda, CA 91335-6203

Stanka, David C
21622 Glen Canyon Pl
Santa Clarita, CA 91390-5288

Stateman, Wylie
2801 Balsey Rd
Topanga, CA 90290-4009


Steele, Gregory
1131 E Tujunga Ave
Burbank, CA 91501-1135

Sterner, Elizabeth R
3836 Clayton Avenue
Los Angeles, CA 90027-4720

Suckley, Nathaniel Alison
119 N. Lincoln Street
Burbank, CA 91506-2304


Sullivan Coblentz, Rebecca S
17438 Tuscan Drive
Granada Hills, CA 91344-1055

Sustar, Lucy
535 S. Curson Ave. #10C
Los Angeles, CA 90036-5268

Stakmeister, Michael
25325 Bowie Ct.
Stevenson Ranch, CA 91381-1611


TARG17 LLC
18760 TUBA STREET
NORTHRIDGE CA 91324-1335

THE ESPRESSO MASTERS
14701 ARMENTA ST Unit 6
VAN NUYS CA 91402-5956

THE GAS COMPANY
PO BOX C
MONTEREY PARK CA 91756-0932


THYSSENKRUPP ELEVATOR CORP
C/O CST CO
PO BOX 224768
DALLAS, TX  752224-6768

TIMBRE INC
21313 OAK ORCHARD RD
NEWHALL CA 91321-1809

TIME WARNER CABLE
PO BOX 60074
CITY OF INDUSTRY CA 91716-0074


TREW AUDIO LOS ANGELES INC
3325 CAHUENGA BLVD WEST
LOS ANGELES CA 90068-1327

TW TELECOM
PO BOX 172567
DENVER CO 802172567

TYCO INTEGRATED SECURITY
PO BOX 371967
PITTSBURGH PA 15250-7967


TYCO INTEGRATED SECURITY LLC
21171 S WESTERN AVE
TORRANCE CA 90501-1729

Tarlecki, Brian
12730 Mitchell Avenue #4
Los Angeles, CA 90066-4712

Teaney, Kenneth M
9409 Via Yolanda
Burbank, CA 91504-1332


The Digital Difference
1201 OLYMPIC BLVD.
Santa Monica, CA 90404-3721

The Sync Tank
Jody Thomas
22287 Mulholland Hwy #165
Calabasas CA 91302-5157

Thomas, Gretchen M
20908 Bilyeu
Bend, OR 97701-7028


Thomas, Carol
10975 Bluffside Drive Apt 1420
Studio City, CA 91604-4448

Thomas, Ceri G
10975 Bluffside Drive #1420
Studio City, CA 91604-4448

Thomas, Jody H
3217 Canon Pl
Topanga, CA 90290-4201

Robert K. Lee
1007 N. Sepulveda Bldv. #1237
Manhattan Beach, CA 90267-1237

Ian S. Landsberg
Landsberg & Associates, A PC
5950 Canoga Avenue, Suite 605
Woodland Hills, CA. 91367

LCFRE SM Arizona LP
P.O. Box 844118
Los Angeles, CA 90084-4118

Motion Picture Industry P&H Plans
Attn: Pension Dept.
11365 Ventura Blvd.
Studio City, CA 91604

7080 Hollywood LLC
Attn: Pablo Mejiszenkier
7080 Hollywood Blvd.
Suite 1004
Los Angeles, CA 90028

Cohreznick, LLP
Attn: Jeff Bobrosky
21700 Oxnard St.
Woodland Hills, CA 91367

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Jamison Services, Inc.
3424 Wilshire Blvd., Ste. 1200
Los Angeles, CA 90010
Attn: Jason Cha, Esq

Tom Paterson
Lionstone Investments
100 Waugh Drive, Suite 600
Houston, Texas 77007

900 Seward Hollywood, LLC
c/o Jonathan Barach, President
3103 Neilson Way, Suite A
Santa Monica, CA 90405

Entertainment Digital Network (Ednet)
Division of Onstream Media
c/o Thomas A. Scott, VP of Technology
1291 SW 29th Ave
Pompano Beach, FL 33069

Sovereign Sound
c/o Marc Matiossian, President
493 Stanford Place
Santa Barbara, CA 93111

Minkler Corporation
c/o Michael Minkler, President
6250 Hollywood Boulevard, Unit 5D
Los Angeles, CA 90028

Slick Sounds
c/o David F. Van Slyke, Sound Designer
5038 Westwood Boulevard
Culver City, CA 90230

Linda Boyle
tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

Tiger Remarketing Services
340 N. Westlake Boulevard, Suite 260
Westlake, California 91362
Attention:  Jeffrey J Tanenbaum

Anna Gumport
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013