Mette H. Kurth (SBN 187100)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:  213.629.7401
E-mail:  kurth.mette@arentfox.com

Attorneys for the Official Committee
of Unsecured Creditors

FILED & ENTERED

NOV 10 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pickett    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:14-BK-19980-SK |
| **TODD-SOUNDELUX, LLC**, | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION BY DEBTOR (1) TO APPROVE SALE AGREEMENT WITH PITCH SLAPPED PRODUCTIONS LLC, (2) FOR AUTHORITY TO SELL ESTATE'S INTEREST IN PERSONAL PROPERTY (3) TO PAY SALES COMMISSION TO TIGER GROUP (4) DETERMINING THE BUYER TO BE A "GOOD FAITH" PURCHASER WITHIN THE MEANING OF BANKRUPTCY CODE SECTION 363(M)** |
| | <u>Hearing Date</u> |
| | Date:        October 23, 2014<br>Time:        8:30 a.m.<br>Courtroom:  1575<br>Location:    255 E. Temple Street<br>                    Los Angeles, CA 90012 |

**IN THIS DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE INDICATED BELOW:**

- 1 -

AFDOCS/11459806.1

On October 23, 2014 a hearing was held on the *Motion By Debtor In Possession (1) To Approve Sale Agreement With Pitch Slapped Productions LLC, (2) For Authority To Sell Estate's Interest In Personal Property (3) To Pay Sales Commission To Tiger Group (4) Determining The Buyer To Be A "Good Faith" Purchaser Within The Meaning Of Bankruptcy Code Section 363(M)* [Doc. No. 294] (the "Motion").[1] After review and consideration of the Motion, the declarations and exhibits thereto and any pleadings in support thereof, including the *Joinder of Official Committee of Unsecured Creditors in Debtors Motion* [Doc. No. 304]; notice of the Motion; the record in this case; and the arguments of counsel at the hearing, and finding that the relief requested in the Motion is in the best interest of the Debtor's estate and creditors; that the Buyer is a "good faith" purchaser within the meaning of Bankruptcy code Section 363(m), and that good cause exists to grant the Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted in its entirety;
2. The Sale Agreement is approved;
3. The 14-day stay under FRBP 6004(h) shall be waived.
4. The Debtor is authorized (but not directed) to take all steps required and/or contemplated to complete the proposed sale consistent with this Order.

Date: November 10, 2014

Sandra R. Klein
United States Bankruptcy Judge

---

[1] The Committee files and serves this proposed order pursuant to Local Bankruptcy Rule 9021-1(b)(1)(C), which provides that if the prevailing party fails to serve and lodge a proposed order within the allotted time, then any other party present at the hearing may lodge and serve a proposed order.

- 2 -

AFDOCS/11459806.1