Leslie A. Cohen (SBN 93698)
J'aime K. Williams (SBN 261148)
LESLIE COHEN LAW PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 990401
Tel. 310.394.5900
Fax 310. 394.9280
leslie@lesliecohenlaw.com

Proposed Counsel for
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TODD-SOUNDELUX, LLC<br><br>Debtor in Possession | Case No. 2:14-bk-19980-SK<br><br>Chapter 7<br><br>**DECLARATION OF J'AIME WILLIAMS IN RESPONSE TO THE COURT'S TENTATIVE RULING ON THE DEBTOR'S MOTION FOR SALE OF ESTATE PROPERTY**<br><br>Hearing Information:<br>Date: November 13, 2014<br>Time: 8:30 a.m.<br>Courtroom: 1575 |

I, J'aime Williams, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before the United States Bankruptcy Court for the Central District of California. I am an attorney at the law firm of Leslie Cohen Law, P.C., counsel for Todd-Soundelux, LLC ("**Debtor**"), Debtor and Debtor-in-Possession in the above-captioned chapter 11 bankruptcy case. The facts set forth herein are based upon my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2. I make this Declaration in response to the Court's tentative ruling posted November 12, 2014 ("**Tentative Ruling**") and in support of the Debtor's *Motion By Debtor In Possession (1) To Approve Sale Of Assets And Assumption And Assignment Of Contracts, (2) For Authority To Sell Estate's Interest In Personal*

1

*Property And Assume And Assign Related Contracts To The Successful Bidder (3) Determining The Successful Bidder To Be A "Good Faith" Purchaser Within The Meaning Of Bankruptcy Code Section 363(M) (4) Waiving The 14-Day Stay Periods Set Forth In Bankruptcy Rules 6004(H) And 6006(D)* ("**Motion**") [Docket No. 331].

3. On November 6, 2014, the Debtor filed my declaration confirming that all parties to the contracts being assumed and assigned as part of the proposed sale had been notified of the proposed sale, except for HissandaRoar, who has consented to the sale.

4. In response to the Tentative Ruling, the following is a comprehensive list of the contracts to be assumed and assigned as part of the proposed sale (the "**Assigned Contracts**"):

| *Agreement* | *Party* |
| --- | --- |
| Recordist Agreement (DR) or Royalty Contract (S) / THE as Licensor | Clack, Inc. |
| Recordist Agreement (DR) or Royalty Contract (S) / THE as Licensor | Discovery Communications |
| Recordist Agreement/ THE as Licensor | Serafine, Inc. |
| Recordist Agreement/ THE as Licensor | Lang/Cunningham Productions |
| Recordist Agreement (DR) or Royalty Contract (S) / THE as Licensor | Mark A. Mangini |
| Recordist Agreement/ THE as Licensor | Chris Lang/Rosemead Music/Prosonus/Greytsound/Northstar |
| Recordist Agreement (DR) or Royalty Contract (S) / THE as Licensor | Robb Horzal |
| Recordist Agreement (DR) or Royalty Contract (S) / THE as Licensor | Alexander Kopeikin |
| Recordist Agreement/ THE as Licensor | Hart Sound, Inc. |
| Recordist Agreement (DR) or Royalty Contract (S) / THE as Licensor | EilamHoffman |
| Recordist Agreement (DR) or Royalty Contract (S) / THE as Licensor | Richard L. Anderson |
| Recordist Agreement (DR) or Royalty Contract (S) / THE as Licensor | Alan Howarth |
| Recordist Agreement (DR) or Royalty Contract (S) / THE as Licensor | Kamen Atanasov |
| Royalty Contract | American Zoetrope |
| Royalty Contract | Burtis Bills |
| Royalty Contract | Mark Ormandy |
| Royalty Contract | Chronic Music |
| Royalty Contract | Ric Viers |
| Royalty Contract | Campagna, Charles |

| | | |
|---|---|---|
| 1 | Royalty Contract | Patricio Liebenson / Liebenson Technical Services |
| 2 | Royalty Contract | Charles Maynes Music & Sound Design |
| | Royalty Contract | Ann Kroeber |
| 3 | Royalty Contract | Peter Sullivan |
| | Royalty Contract | Marc Aramian |
| 4 | Royalty Contract | Jim Stout |
| 5 | Royalty Contract | Kopec, Ben |
| | Royalty Contract | King Jonathan |
| 6 | Multi-End Use Site License / THE as Licensor | Konami Digital Entertainment |
| 7 | Multi-End Use Site License / THE as Licensor | Electronic Arts, Inc. |
| | Multi-End Use Site License / THE as Licensor | Sony Computer Entertainment America, Inc. |
| 8 | Distribution Agreements | Audio Micro, Inc. |
| 9 | Distribution Agreements | Sounddogs.com |
| | Distribution Agreements | Media Spova LLC / ProSound Effects |
| 10 | Distribution Agreements | iTunes / Apple, Inc. (various) |
| 11 | Soundelux - Licensed from 3rd Parties | Rabbit Ears Audio LLC |
| | Soundelux - Licensed from 3rd Parties | Boom Library GbR |
| 12 | Soundelux - Licensed from 3rd Parties | Soundstorm |
| 13 | Soundelux - Licensed from 3rd Parties | Sounddogs.com |
| 14 | Soundelux – License Agreement | HissandaRoar*  (per agreement with HissandaRoar, the Buyer shall be required to execute a new registration with respect to this agreement only.) |

5.   The contracting parties listed above are the same as those shown in the list attached as Exhibit C to the Motion, except that the HissandaRoar contract has been added, and the Nigel Holland contract has been removed, as Mr. Holland contacted the Debtor indicating his objection to the assumption and assignment, and the Buyer has agreed to exclude that contract from the sale.

6.   In response to the Tentative Ruling's concern regarding the cure amounts attached to the Motion as Exhibit D, the reason there are fewer parties listed on the cure amounts list than on the Assigned Contracts list is because, to the best of the Debtor's knowledge, these are the only pre-petition contract defaults.  As noted in my November 6, 2014 Declaration, the Motion provided a deadline of October 30, 2014 for parties to dispute cure amounts by filing an objection with the Court and notifying the Debtor and Committee.  To date, no one has notified Debtor's counsel of any disputes as to the proposed cure amounts and no objections have been filed.

///

///

1     I declare under penalty of perjury under the laws of the United States of America that the foregoing is
2 true and correct.

3     Executed this 12th day of November 2014, at Santa Monica, California.

                                                J'aime Williams

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF J'AIME WILLIAMS IN RESPONSE TO THE COURT'S TENTATIVE RULING ON THE DEBTOR'S MOTION FOR SALE OF ESTATE PROPERTY**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___11/12/14___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David E Ahdoot    dahdoot@bushgottlieb.com, rsanthon@bushgottlieb.com
Melody G Anderson    manderson@hemar.com
Simon Aron    saron@wrslawyers.com
James C Bastian    jbastian@shbllp.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
M Douglas Flahaut    flahaut.douglas@arentfox.com
Barry R Gore    bgore@goreassociates.com, nnarag@goreassociates.com
Joseph A Kohanski    jkohanski@bushgottlieb.com, jsilver@bushgottlieb.com
Mette H Kurth    kurth.mette@arentfox.com, nancy.peters@arentfox.com
Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;cdonoyan@landsberg-law.com;dzuniga@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
Dare Law    dare.law@usdoj.gov
Robert K Lee    uclalaw90@gmail.com
Melissa Davis Lowe    mdavis@shbllp.com, lverstegen@shbllp.com
Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
Leo D Plotkin    lplotkin@lsl-la.com, hpetrilli@lsl-la.com;dsmall@lsl-la.com
Lindsey L Smith    lls@lnbyb.com
Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Gilbert B Weisman    notices@becket-lee.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___11/12/14___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Sandra Klein
U.S. Bankruptcy Court
255 E. Temple St.
Los Angeles, CA 90012

Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

TODD-SOUNDELUX, LLC
7080 Hollywood Blvd.
6th Floor

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 **F 9013-3.1.PROOF.SERVICE**

Hollywood, CA 90028

Mette H. Kurth
Arent Fox LLP
555 West 5th Street, 48th Floor
Los Angeles, CA  90013

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/12/14 | Brian Link | /s/ Brian Link |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

2