Leslie A. Cohen (SBN 93698)
J'aime K. Williams (SBN 261148)
LESLIE COHEN LAW PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 990401
Tel. 310.394.5900
Fax 310. 394.9280
leslie@lesliecohenlaw.com

Counsel for
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re

TODD-SOUNDELUX, LLC

           Debtor in Possession

Case No. 2:14-bk-19980-SK

Chapter 11

**DECLARATION OF LESLIE COHEN IN SUPPLEMENT TO THE HEARING ON THE DEBTOR'S MOTION FOR SALE OF ESTATE PROPERTY**

Hearing Information:
Date: November 13, 2014
Time: 8:30 a.m.
Courtroom: 1575

I, Leslie A. Cohen, declare as follows:

    1.   I am an attorney duly licensed to practice law in the State of California and before the United States Bankruptcy Court for the Central District of California. I am president and sole shareholder of Leslie Cohen Law, P.C., counsel for Todd-Soundelux, LLC ("**Debtor**"), Debtor and Debtor-in-Possession in the above-captioned chapter 11 bankruptcy case. The facts set forth herein are based upon my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

    2.   I make this Declaration to supplement the hearing on and in support of the Debtor's *Motion By Debtor In Possession (1) To Approve Sale Of Assets And Assumption And Assignment Of Contracts, (2) For  Authority To Sell Estate's Interest In Personal Property And Assume And Assign Related Contracts To*

*The Successful Bidder (3) Determining The Successful Bidder To Be A "Good Faith" Purchaser Within The Meaning Of Bankruptcy Code Section 363(M) (4) Waiving The 14-Day Stay Periods Set Forth In Bankruptcy Rules 6004(H) And 6006(D)* ("**Sale Motion**") [Docket No. 331]. The hearing took place at 8:30 a.m. on November 13, 2014 (the "**Hearing**").

3. From the inception of the case our office as well as the Debtor received multiple inquiries from parties expressing an interest in purchasing The Hollywood Edge and Soundelux sound library.

4. Debtor responded to all the inquiries and ultimately received a written offer with $100,000 deposit from Sound Ideas.

5. Before and after receiving the Sound Ideas offer we also heard from the Official Committee of Unsecured Creditors ("**OCC**" or "**Committee**") who provided names of potential interested purchasers.

6. The Debtor filed the Motion To Approve Bidding Procedures and To Approve Sound Ideas as the stalking horse bidder on October 2, 2014 [Docket No. 296] (the "**Bid Procedure Motion**").

7. Per the Bid Procedure Motion, the Debtor provided notice of the Motion to all known interested parties that contacted the Debtor, our firm, and/or the Committee (listed below as interested parties), the Committee, the U.S. Trustee, parties requesting special notice and all parties to contracts proposed to be assigned per the motion:

> Office of United States Trustee
> TODD-SOUNDELUX, LLC
> Sound Ideas
> PNC Bank
> **COMMITTEE MEMBERS**
> 900 Seward Hollywood, LLC
> Entertainment Digital Network (Ednet)
> Sovereign Sound
> Minkler Corporation
> Slick Sounds
> Counsel for Committee - Arent Fox
> **SPECIAL NOTICE**
> Robert K. Lee
> Ian S. Landsberg
> Linda Boyle (tw telecom inc.)
> **ASSUMED CONTRACT PARTIES**
> American Zoetrope

| | |
|---|---|
| 1 | Bob Hart |
| 2 | Burtis Bills |
| | Mark Ormandy |
| 3 | CHRONIC MUSIC |
| 4 | CLACK, INC. |
| | Alan Howarth |
| 5 | EILAM HOFFMAN |
| 6 | RIC VIERS |
| | CAMPAGNA, CHARLES |
| 7 | PATRICIO LIEBENSON |
| 8 | MARK MANGINI |
| | Richard Anderson |
| 9 | CHARLES MAYNES MUSIC & SOUND DESIGN |
| 10 | Nigel Holland |
| | ANN KROEBER |
| 11 | KAMEN ATANASOV |
| 12 | Peter Sullivan |
| 13 | MARC ARAMIAN |
| | Jim Stout |
| 14 | Kopeikin, Alexander |
| 15 | Kopec, Ben |
| | DISCOVERY COMMUNICATIONS LLC |
| 16 | King, Jonathan |
| 17 | Robb Hutzal |
| | Serafine, Inc. (Frank Serafine) |
| 18 | Lang/Cunningham Productions |
| 19 | Chris Lang/Rosemead Music/ Prosonus/Greytsound/Northstar |
| | Konami Digital Entertainment |
| 20 | Electronic Arts, Inc. |
| 21 | Sony Computer Entertainment America, Inc. |
| 22 | Audio Micro, Inc. |
| | Sounddogs.com/Soundstorm |
| 23 | Media Spova LLC / ProSound Effects |
| 24 | iTunes / Apple, Inc. |
| | Rabbit Ears Audio LLC |
| 25 | Boom Library GbR |
| 26 | **INTERESTED PARTIES** |
| | Sam Isfan (All3media America) |
| 27 | Doug Rogers (Eastwest) |
| 28 | Rob Nokes (Sounddogs.com, Inc.) |

Douglas Price (Pro Sound Effects)

Shannon J. Mills

Jason Johnson

Robert Rosenthal (Formosa Group, LLC)

Akiko Otsuki (Crypton Future Media, Inc.)

Lon Bender
Paul Poduska

Wylie Stateman
Rhonda Hjort (Skywalker Sound)

Joseph Petro (Sound Ideas)

Zak Tucker (Harbor Picture Company)

8.    The Committee raised concerns about the proposed bid procedures and the Debtor negotiated with Committee and Sound Ideas to consensually reach agreed upon modified bid procedures which were filed with the court.  *See "Notice Of Agreement By The Debtor, The Official Committee Of Unsecured Creditors, And The Stalking Horse Bidder To Modify The Bid Procedures Set Forth In The [Motion]"* (the "**Modification Agreement**") [Docket No. 321].

9.    The Bid Procedures Motion was granted with approval of the modified procedures, including a $30,000 cap on breakup fee to the stalking horse bidder and a $70,000 minimum initial overbid.  Docket No's. 321, 336.

10.  The Notice of Sale of Estate Property [Docket No. 332], and Sale Motion describing the opportunity to overbid [Docket No. 331] were served on all known interested parties, Committee, UST, parties requesting special notice and all parties to contracts proposed to be assigned per the Sale Motion.

11.  Following this notice the Debtor was contacted by numerous interested parties.  The following interested parties signed an NDA which gave them access to the drop box containing due diligence materials:

Lon Bender
Rob Nokes/Sounddogs, Inc.

Doug Rogers (Eastwest)

Douglas Price (Pro Sound Effects)

Zak Tucker (Harbor Picture Company)

AudioMicro/Ryan Born

12. Ultimately the Debtor received one overbid from Sounddogs in the amount of $600,000 which the Debtor and Committee qualified as a Qualified Overbid per the Court-approved procedures.

13. On November 12, 2014 Sound Ideas (the stalking horse bidder) advised they were not going to overbid Sounddogs.

14. Based on the foregoing it is the Debtor's business judgment that the assets have been fully marketed and exposed to an open bidding process to generate maximum value for the estate.  Accordingly, it is the Debtor's business judgment that the sale and assignment of contracts to Sounddogs and/or its nominee is in the best interest of the estate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of November 2014, at Santa Monica, California.

_____
Leslie Cohen

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF LESLIE COHEN IN SUPPLEMENT TO THE HEARING ON THE DEBTOR'S MOTION FOR SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____11/13/14___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David E Ahdoot    dahdoot@bushgottlieb.com, rsanthon@bushgottlieb.com
Melody G Anderson    manderson@hemar.com
Simon Aron    saron@wrslawyers.com
James C Bastian    jbastian@shbllp.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
M Douglas Flahaut    flahaut.douglas@arentfox.com
Barry R Gore    bgore@goreassociates.com, nnarag@goreassociates.com
Joseph A Kohanski    jkohanski@bushgottlieb.com, jsilver@bushgottlieb.com
Mette H Kurth    kurth.mette@arentfox.com, nancy.peters@arentfox.com
Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;cdonoyan@landsberg-law.com;dzuniga@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
Dare Law    dare.law@usdoj.gov
Robert K Lee    uclalaw90@gmail.com
Melissa Davis Lowe    mdavis@shbllp.com, lverstegen@shbllp.com
Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
Leo D Plotkin    lplotkin@lsl-la.com, hpetrilli@lsl-la.com;dsmall@lsl-la.com
Lindsey L Smith    lls@lnbyb.com
Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Gilbert B Weisman    notices@becket-lee.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ___11/13/14____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sandra Klein
U.S. Bankruptcy Court
255 E. Temple St.
Los Angeles, CA 90012

Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

TODD-SOUNDELUX, LLC
7080 Hollywood Blvd.
6th Floor
Hollywood, CA 90028

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Mette H. Kurth
Arent Fox LLP
555 West 5th Street, 48th Floor
Los Angeles, CA 90013

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)
_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _11/13/14_____ | _____Brian Link_____ | _/s/ Brian Link_____ |
| Date | Printed Name | Signature |